**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **Asim Khan,** | § | |
| *Plaintiff* | § | |
| | § | |
| *v.* | § | **Civil Action No. 21-3157** |
| | § | |
| **Zort, Inc., and Adam Iza,** | § | |
| *Defendants* | § | |

### ORDER DENYING DEFENDANTS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND IMPROPER VENUE, OR, IN THE ALTERNATIVE, MOTION TO TRANSFER VENUE

On this day, the Court considered Defendants' Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue, or in the Alternative, Motion to Transfer Venue, and after reviewing the motion, the response thereto, and the arguments of counsel, if any, finds that said motion should be DENIED in full.

IT IS THEREFORE, ORDERED that Defendants' Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue, or in the Alternative, Motion to Transfer Venue is DENIED in full.

SIGNED on the _____, 2021

 

 

_____
Judge Presiding