Eric Bensamochan, Esq. SBN255482
The Bensamochan Law Firm, Inc.
9025 Wilshire Blvd., Suite 215
Beverly Hills, CA 90211
Tel: (818) 574-5740
Fax: (818) 961-0138
Email: eric@eblawfirm.us

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

|   |   |
|---|---|
| ASIM KHAN;<br><br>                    Plaintiff,<br><br>vs.<br><br>ZORT, INC. AND ADAM IZA;<br><br>                    Defendant | Case No.: 2:21-cv-08681-MFW-AGR<br><br>**JOINT STIPULATION REGARDING RULE 26 REPORT** |

**TO THIS HONORABLE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:**

   **PLEASE TAKE NOTICE THAT** the parties in the above-captioned matter, having met and conferred regarding certain dates contained in the Joint Rule 26 Report, hereby stipulate as follows:

   1.   Discovery cut-off dates shall be extended by one month with the new dates being 1/19/2023 for fact discovery to be completed and 2/16/2023 for expert discovery to be completed;

- 1 -

3410970 V1-26994/0002 MEMO

2. If there is a pending motion to compel, discovery cut-off dates may be further extended by stipulation.

3. Settlement discussions shall be continued from a deadline of 5/16/2022 to 9/30/2022.

4. Mediation shall be extended to a conclusion date of 9/30/2022, instead of 7/29/2022.

5. Defendants reserve their right to file a 12(b) Motion to Dismiss at a later date. Should Defendants elect to do so, the parties may request the opportunity to modify the Court's scheduling order so that the parties do not waste judicial resources prior to the decision on the Motion to Dismiss.

6. All remaining dates within the Joint Rule 26 Report remain unchanged.

**IT IS SO STIPULATED.**

Dated May 11, 2022          By: /s/Eric Bensamochan, Esq.
Eric Bensamochan, Esq
Lead Counsel for Plaintiff

Dated May 11, 2022          By:/s/ Donald Godwin (with permission).
Donald E. Godwin (*admitted Pro Hac Vice*)
Lead Counsel for Defendants

**Bryan C. Swaim** (*Local Counsel*)
California State Bar No. 289829
bswaim@bordinsemmer.com

- 2 -

3410970 V1-26994/0002 MEMO