Eric Bensamochan, Esq. SBN255482
The Bensamochan Law Firm, Inc.
9025 Wilshire Blvd., Suite 215
Beverly Hills, CA 90211
Tel: (818) 574-5740
Fax: (818) 961-0138
Email: eric@eblawfirm.us
Attorney for Plaintiff ASIM KHAN

BORDIN SEMMER, LLP
6100 Center Dr., Ste. 1100
Los Angeles, CA 90045
Telephone: (323) 457-2110
Facsimile: (323) 457-2120
Bryan C. Swaim (Local Counsel), SBN 289829
bswaim@bordinsemmer.com

GODWIN BOWMAN PC
1201 Elm St., Ste. 1700
Dallas, TX 75270
Telephone: (214) 939-4412
Facsimile: (214) 527-3112
Donald E. Godwin (*admitted Pro Hac Vice*), Texas SBN 08056500
dgodwin@godwinbowman.com
Attorneys for Defendants Zort, Inc. and Adam Iza

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASIM KHAN;<br><br>Plaintiff,<br><br>vs.<br><br>ZORT, INC. AND ADAM IZA;<br>Defendant | Case No.: 2:21-cv-08681-MFW-AGR<br><br>**STIPULATION REQUESTING MODIFICATION OF THE ORDER RE JURY TRIAL** |

**TO THIS HONORABLE COURT, ALL PARTIES AND TO THEIR**

**ATTORNEYS OF RECORD HEREIN:**

**PLEASE TAKE NOTICE THAT** the parties in the above-captioned matter, by and through this stipulation, hereby request the Court modify certain dates contained in the Order Re Jury Trial as follows:

1.     On Page 2, Section I of the Order Re Jury Trial the following chart appears which contains the Deadlines set by the Court:

| | |
|---|---|
| Last Day to Add Parties/Amend Pleadings | July 18, 2022 |
| Non-expert Discovery Cut-off | December 16, 2022 |
| Expert Disclosure (Initial) | November 4, 2022 |
| Expert Disclosure (Rebuttal) | December 2, 2022 |
| Expert Discovery Cut-off | January 13, 2023 |
| Last Day to Hear Motions | January 23, 2023 |
| Last Day to Conduct ADR Proceeding | February 1, 2023 |
| File Memorandum of Contentions of Fact and Law, Exhibit and Witness Lists, Status Report regarding settlement, and all Motions in Limine | March 13, 2023 |
| Lodge Pretrial Conference Order, file agreed set of Jury Instructions and Verdict forms, file statement regarding Disputed Instructions and Verdict Forms, and file oppositions | March 20, 2023 |
| Final Pretrial Conference and Hearing on Motions in Limine | April 3, 2023, at 11:00 a.m. |
| Trial Date (Est. 4 Days) | April 25, 2023, at 8:30 a.m. |

2.     By this stipulation the parties request that this chart be changed to reflect the new dates agreed upon by the parties as follows:

| Last Day to Add Parties/Amend Pleadings | December 27, 2022 |
|---|---|
| Non-expert Discovery Cut-off | February 21, 2023 |
| Expert Disclosure (Initial) | January 10, 2023 |
| Expert Disclosure (Rebuttal) | February 7, 2023 |
| Expert Discovery Cut-off | March 20, 2023 |
| Last Day to Hear Motions (Monday at 10:00 a.m.) | March 20, 2023 |
| Last Day to Conduct ADR Proceeding | April 4, 2023 |
| File Memorandum of Contentions of Fact and Law, Exhibit and Witness Lists, Status Report regarding settlement, and all Motions in Limine | May 16, 2023 |
| Lodge Pretrial Conference Order, file agreed set of Jury Instructions and Verdict forms, file statement regarding Disputed Instructions and Verdict Forms, and file oppositions | May 23, 2023 |
| Final Pretrial Conference and Hearing on Motions in Limine | June 5, 2023, at 11:00 a.m. (Monday) |
| Trial Date (Est. 4 Days) | June 27, 2023, at 8:30 a.m. (Tuesday) |

3.     If there is a pending motion to compel, discovery cut-off dates may be further extended by stipulation.

4.     Defendants reserve their right to file a 12(b) Motion to Dismiss at a later date. Should Defendants elect to do so, the parties may request the opportunity to modify the Court's scheduling order so that the parties do not waste judicial resources prior to the decision on the Motion to Dismiss.

**IT IS SO STIPULATED.**

Dated June 17, 2022          By: /s/Eric Bensamochan, Esq.
                                    Eric Bensamochan, Esq
                                    Lead Counsel for Plaintiff

Dated June 17, 2022          By:/s/ Donald Godwin
                                    Donald E. Godwin (*admitted Pro Hac Vice*)
                                    Lead Counsel for Defendants

                                    **Bryan C. Swaim** (*Local Counsel*)
                                    California State Bar No. 289829
                                    bswaim@bordinsemmer.com