Eric Bensamochan, Esq.   SBN 255482
THE BENSAMOCHAN LAW FIRM, INC.
9025 Wilshire Blvd. Suite 215
Beverly Hills, California 90211
Tel.  (818) 574-5740
Fax. (818) 961-0138
Email: eric@eblawfirm.us

Attorney for Plaintiff
Asim Khan

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASIM KHAN,<br><br>Plaintiff,<br><br>vs.<br><br>ZORT, INC., ADAM IZA, and IRIS AU,<br><br>Defendants. | Case No. 2:21-cv-08681-MFW-AGR<br><br>**REQUEST FOR JUDICIAL NOTICE BY PLAINTIFF ASIM KHAN IN PREPARATION FOR THE UPCOMING DISCOVERY CONFERENCE** |

**TO THE HONORABLE MICHAEL W. FITZGERALD, DEFENDANTS AND THEIR ATTORNEY OF RECORD:**

By this request, Plaintiff wishes to introduce other lawsuits filed against Defendants for the Court's consideration which Plaintiff believes will be relevant to the upcoming discovery conference.

## I.   REQUEST FOR JUDICIAL NOTICE

Plaintiff, Asim Khan, requests that Court take judicial notice of the following court records pursuant to Rule 201 of the Federal Rules of Evidence. See *Trigueros v. Adams*, 658 F.3d 983, 987 (9th Cir. 2011) ("[W]e 'may take notice of proceedings in other courts, both within and without the federal judicial system, if those proceedings have a direct relation to matters at issue.") (internal quotations omitted; citing Fed. R. Evid. 201(b)).

The Bensamochan Law Firm, Inc.
9025 Wilshire Blvd, Suite 215
Beverly Hills, California

Accordingly, Plaintiff respectfully requests that the Court take judicial notice of the following Court records indicated below:

1. **Exhibit A** – Complaint of *Paramount Investigative Services, Inc. v Zort, Inc., et al*. filed on May 9, 2022, in Los Angeles Superior Court, Case Number 22STCV15330.

2. **Exhibit B** – Amended Complaint of *Tray Anthony Woody v Zort Inc., Adam Iza, et al*. filed August 2, 2022, in Los Angeles Superior Court as Case Number 22STCV06878

Dated: September 22, 2022                                     THE BENSAMOCHAN LAW FIRM, INC.

                                              By:      /s/Eric Bensamochan
                                                       Eric Bensamochan, Esq.
                                                       Counsel for Asim Khan

REQUEST FOR JUDICIAL NOTICE

- 2 -