Eric Bensamochan, Esq.   SBN 255482
THE BENSAMOCHAN LAW FIRM, INC.
9025 Wilshire Blvd. Suite 215
Beverly Hills, California 90211
Tel.  (818) 574-5740
Fax. (818) 961-0138
Email: eric@eblawfirm.us

Attorney for Plaintiff
Asim Khan

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASIM KHAN,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>ZORT, INC., ADAM IZA, ET.AL.<br><br>　　　　　　　　　Defendants. | Case No. 2:21-cv-08681-MFW-AGR<br><br>**DECLARATION OF ERIC BENSAMOCHAN, ESQ. IN ADVANCE OF TELEPHONIC HEARING RE: MOTION TO QUASH DEPOSITION SUPBOENA AND ONGOING DISCOVERY DISPUTES**<br><br>**Telephonic Hearing:**<br>**Date:** November 4, 2022<br>**Time:** 10:30 am |

**TO THE HONORABLE ALICIA G. ROSENBERG, UNITED STATES MAGISTRATE JUDGE, DEFENDANTS AND THEIR ATTORNEY OF RECORD:**

　　Plaintiff's counsel, Eric Bensamochan, Esq. hereby submits the following declaration and exhibits in advance of the telephonic hearing scheduled for November 4, 2022, regarding Defendant's motion to quash Plaintiff's deposition notice, and accompanying document request.

　　I, Eric Bensamochan, do hereby declare that all the following is true and correct to the best of my personal knowledge and if called upon as a witness, I could and would competently testify to the truthfulness of all of the below statements.

　　1.　　I am counsel for Plaintiff in the above captioned case.

OPPOSITION TO MOTION TO QUASH
- 1 -

2. That I attended a Telephonic Discovery Conference Re: Defendants' Objections and Motion To Quash Plaintiff's Notice Of Deposition on September 23, 2022.

3. That pursuant to this Honorable Court's Order issued after the telephonic hearing, Defendants were to produce the following to me as Plaintiff's counsel. Defendants shall produce the documents regarding:

(a) Plaintiff's account(s) with Defendants, including but not limited to the whereabouts of Plaintiff's account(s) and any account statements;

(b) any funds transferred to Plaintiff's account with Defendants including but not limited to wire transfer receipts and bank statements evidencing such transfers or deposits; and

(c) any funds transferred out of Plaintiff's account, including but not limited to wire transfer receipts, bank statements, or other documents showing who received Plaintiff's funds transferred out of Plaintiff's account(s).

4. That attached hereto as **Exhibit "A"** is exactly what was produced to Plaintiff by Defendant in response to this Honorable Court's order.

5. That the information provided by Defendants lacks any discernible information. It contains no account numbers, names, or other identifiers. In fact, it is merely pictures taken of some random transactions, with no metadata attached which is no doubt intentional so as to insure that no additional information can be gleaned from the documents produced.

6. Defendants, pursuant to their own subpoena, did provide personal bank records of Defendant Adam Iza. No other financial records of any kind were provided notwithstanding the court's order.

7. That given the utter lack of response to this Honorable Court's order, Plaintiff's counsel and Defendants' counsel met and conferred to discuss the deficiencies.

8. The parties agreed to stipulate to continue the previously scheduled telephonic hearing in an attempt to gain compliance with this Honorable Court's order of September 23, 2022.

9. That only after counsel for Plaintiff inquired as to the status of the remaining documents, he was informed that there was a ".txt" file with a list of the Zort registrants provided by the Defendant and that a verification would be forthcoming. (Please see attached hereto as **Exhibit "B"** a true and correct copy of the email exchange between counsel.

10. That a list of "Zort Registrants" is not part of what this court ordered to be provided in the September 23, 2022 minute order. The list of "Zort Registrants" is likely a response to request number 5 in the notice of taking Adam Iza's deposition. Of note, the key aspect of that request is the list of those who "those who have demanded to be cashed out, those who successfully did cash out their investment." No such list was offered or provided.

11. That it was also requested by Defendants' counsel that we enter into a protective order prior to producing the list of "Zort Registrants". The proposed protective order was not the form protective order utilized by the Central District Court's website as indicated.

12. That on the morning of November 3, 2022, I received by email an "unsworn declaration" by Mr. Iza indicating that he produced the required financial documents. (Please see attached as **Exhibit "C"** a true and correct copy of the unsworn verification sent to me by email). This is disingenuous as the provided information as to his personal bank account, and claims that no other account information is available. This this is an utter failure to produce the documentation ordered by the court, namely the "tracing" of Plaintiff's funds.

13. That attached hereto as **Exhibit "D"** are the screenshots of transfers made out of the Crypto Wallet address that appears on page 6 of the complaint. Noticeably absent from the responses are the Defendants tracing of this crypto wallet or any other crypto wallet or holdings by Defendants.

14. That the account information provided in the unsworn declaration is the same account number given to the Plaintiff as the "Zort Pool Crytpo/Wire Instructions". That the account is clearly not a business account. Also of note is that no documentation was provided as to the Crytpo Transfer address listed in the complaint as well. (please see attached **Exhibit "D"** a true and correct copy of page 6 of the complaint).

15. That attached hereto as **Exhibit "E"** is a true and correct copy of the Crypto Currency Transfers made by Plaintiff Asim Khan to Defendants.

16. That the Plaintiff never indicated that he wired cash to Defendants, but, per the complaint, transferred his personal crypto holdings to the Defendants. This is why the individual bank records produced is clearly gamesmanship by the Defendant.

17. That this further compounds the necessity of the pending requests for the assets currently owned by Defendant Zort and Iza, including but not limited to any and all crypto currency holdings.

18. To be clear to the Court, Defendants have failed to produce evidence of the whereabouts of Plaintiff's account(s) and have failed to produce any discernible statements beyond what is attached hereto. That no evidence of fund transfers by Plaintiff to Defendant were produced, no evidence of funds transferred out of Plaintiff's accounts or evidence of who received them.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration is executed this 3rd day of November 2022, at Beverly Hills, California.

Dated: November 3, 2022                THE BENSAMOCHAN LAW FIRM, INC.

                                       By:   /s/Eric Bensamochan
                                             Eric Bensamochan, Esq.
                                             Counsel for Asim Khan