# EXHIBIT A

Case 2:21-cv-08681-MWF-AGR   Document 53-1   Filed 11/03/22   Page 2 of 34   Page ID #:235

# Withdrawals

| Date | Status | Amount |
|---|---|---|
| Jun 11, 2022<br>3:20 PM PST | • Completed | 386.1 USDC<br>$386.10 |
| Jun 11, 2022<br>3:20 PM PST | • Completed | 0.031751 ETH<br>$48.95 |
| Jun 11, 2022<br>3:20 PM PST | • Completed | 593.387883 DOGE<br>$41.87 |
| Jun 11, 2022<br>3:20 PM PST | • Completed | 2.133503 LTC<br>$113.12 |
| Jun 11, 2022<br>3:20 PM PST | • Completed | 0.005574 BTC<br>$159.07 |
| Nov 30, 2021<br>7:15 PM PST | • Completed | 99.0 USDC<br>$99.00 |
| Nov 30, 2021<br>7:15 PM PST | • Completed | 0.007537 ETH<br>$35.85 |
| Nov 30, 2021<br>7:15 PM PST | • Completed | 0.001483 BCH<br>$0.86 |
| Nov 30, 2021<br>7:15 PM PST | • Completed | 2.565672 LTC<br>$546.87 |
| Nov 30, 2021<br>7:15 PM PST | • Completed | 0.005157 BTC<br>$295.07 |

# Withdrawals

Case 2:21-cv-08681-MWF-AGR   Document 53-1   Filed 11/03/22   Page 3 of 34   Page ID #:236

| Date | Status | Amount |
|---|---|---|
| Nov 16, 2021 7:18 PM PST | • Completed | 711.844212 USDC $711.84 |
| Nov 16, 2021 7:18 PM PST | • Completed | 0.15768 ETH $644.32 |
| Nov 16, 2021 7:18 PM PST | • Completed | 0.146618 BCH $85.27 |
| Nov 16, 2021 7:18 PM PST | • Completed | 8.760839 DOGE $2.02 |
| Nov 16, 2021 7:18 PM PST | • Completed | 0.90301 LTC $199.71 |
| Nov 16, 2021 7:18 PM PST | • Completed | 0.010089 BTC $592.26 |
| Nov 04, 2021 11:43 PM PST | • Completed | 98.955124 DAI $99.01 |
| Nov 04, 2021 11:43 PM PST | • Completed | 2623.5 USDC $2623.50 |
| Nov 04, 2021 11:43 PM PST | • Completed | 0.020802 ETH $94.74 |
| Nov 04, 2021 11:43 PM PST | • Completed | 0.004027 BCH $2.43 |

Case 2:21-cv-08681-MWF-AGR   Document 53-1   Filed 11/03/22   Page 4 of 34   Page ID #237

| Date | Status | Amount |
|---|---|---|
| Nov 04, 2021 11:43 PM PST | • Completed | 1045.555329 DOGE $273.88 |
| Nov 04, 2021 11:43 PM PST | • Completed | 3.001864 LTC $605.40 |
| Nov 04, 2021 11:43 PM PST | • Completed | 0.014729 BTC $917.87 |
| Oct 24, 2021 9:43 PM PST | • Completed | 99.009455 DAI $98.99 |
| Oct 24, 2021 9:43 PM PST | • Completed | 1743.035492 USDC $1743.04 |
| Oct 24, 2021 9:43 PM PST | • Completed | 0.274056 ETH $1134.65 |
| Oct 24, 2021 9:43 PM PST | • Completed | 0.395911 BCH $245.50 |
| Oct 24, 2021 9:43 PM PST | • Completed | 2939.397696 DOGE $794.96 |
| Oct 24, 2021 9:43 PM PST | • Completed | 0.036192 BTC $2241.59 |
| Oct 09, 2021 6:08 PM PST | • Completed | 363.729491 DOGE $88.70 |

< 21-30 of 335 >

## Withdrawals

| Date | Status | Amount |
|---|---|---|
| Oct 09, 2021<br>6:08 PM PST | ● Completed | 0.007229 BTC<br>$395.07 |
| Oct 07, 2021<br>10:40 PM PST | ● Completed | 425.0 USDC<br>$425.00 |
| Oct 07, 2021<br>10:40 PM PST | ● Completed | 0.021103 ETH<br>$75.25 |
| Oct 07, 2021<br>10:40 PM PST | ● Completed | 0.177587 BCH<br>$106.38 |
| Oct 07, 2021<br>10:40 PM PST | ● Completed | 0.006171 BTC<br>$332.28 |
| Oct 04, 2021<br>12:56 AM PST | ● Completed | 702.450034 USDC<br>$702.45 |
| Oct 04, 2021<br>12:56 AM PST | ● Completed | 0.033132 ETH<br>$111.38 |
| Oct 04, 2021<br>12:56 AM PST | ● Completed | 0.594352 LTC<br>$99.14 |
| Oct 04, 2021<br>12:56 AM PST | ● Completed | 0.007995 BTC<br>$381.69 |
| Oct 01, 2021<br>9:14 PM PST | ● Completed | 100.0 USDC<br>$100.00 |

| Date | Status | Amount |
|---|---|---|
| Sep 29, 2021 3:04 PM PST | Completed | 199.985802 DAI $200.03 |
| Sep 29, 2021 3:04 PM PST | Completed | 1348.690865 USDC $1348.49 |
| Sep 29, 2021 3:04 PM PST | Completed | 0.418672 ETH $1181.32 |
| Sep 29, 2021 3:04 PM PST | Completed | 628.142317 DOGE $123.34 |
| Sep 29, 2021 3:04 PM PST | Completed | 2.1749 LTC $312.97 |
| Sep 29, 2021 3:04 PM PST | Completed | 0.03709 BTC $1528.47 |
| Sep 29, 2021 3:04 PM PST | Completed | 132.0 DAI $132.02 |
| Sep 06, 2021 3:31 PM PST | Completed | 1860.022954 USDC $1860.02 |
| Sep 06, 2021 3:31 PM PST | Completed | 0.438386 ETH $1732.07 |
| Sep 06, 2021 3:31 PM PST | Completed | 1041.939228 DOGE $193.83 |

## Withdrawals

| Date | Status | Amount |
|---|---|---|
| Sep 06, 2021<br>3:31 PM PST | • Completed | 3.445608 LTC<br>$766.87 |
| Sep 06, 2021<br>3:31 PM PST | • Completed | 0.016177 BTC<br>$849.61 |
| Aug 29, 2021<br>2:07 PM PST | • Completed | 599.999997 USDC<br>$600.00 |
| Aug 29, 2021<br>2:07 PM PST | • Completed | 0.130375 ETH<br>$422.79 |
| Aug 29, 2021<br>2:07 PM PST | • Completed | 2292.278315 DOGE<br>$649.98 |
| Aug 29, 2021<br>2:07 PM PST | • Completed | 2.178375 LTC<br>$382.93 |
| Aug 29, 2021<br>2:07 PM PST | • Completed | 0.023009 BTC<br>$1126.12 |
| Aug 25, 2021<br>2:52 PM PST | • Completed | 4439.250783 USDC<br>$4439.25 |
| Aug 25, 2021<br>2:52 PM PST | • Completed | 1.352146 ETH<br>$4347.91 |
| Aug 25, 2021<br>2:52 PM PST | • Completed | 615.974605 DOGE<br>$178.51 |

Case 2:21-cv-08681-MWF-AGR   Document 53-1   Filed 11/03/22   Page 8 of 34   Page ID #241

## Withdrawals

| Date | Status | Amount |
|---|---|---|
| Aug 25, 2021<br>2:52 PM PST | • Completed | 2.489518 LTC<br>$441.32 |
| Aug 25, 2021<br>2:52 PM PST | • Completed | 0.028306 BTC<br>$1385.11 |
| Aug 20, 2021<br>12:28 AM PST | • Completed | 1605.243431 USDC<br>$1605.24 |
| Aug 20, 2021<br>12:28 AM PST | • Completed | 0.145005 BCH<br>$95.53 |
| Aug 20, 2021<br>12:28 AM PST | • Completed | 771.234218 DOGE<br>$247.37 |
| Aug 20, 2021<br>12:28 AM PST | • Completed | 1.126121 LTC<br>$198.11 |
| Aug 20, 2021<br>12:28 AM PST | • Completed | 0.061089 BTC<br>$2874.67 |
| Aug 15, 2021<br>6:51 PM PST | • Completed | 1317.504196 DAI<br>$1318.80 |
| Aug 15, 2021<br>6:51 PM PST | • Completed | 2696.370528 USDC<br>$2696.37 |
| Aug 15, 2021<br>6:51 PM PST | • Completed | 0.505763 ETH<br>$1671.48 |

Case 2:21-cv-08681-MWF-AGR   Document 53-1   Filed 11/03/22   Page 9 of 34   Page ID #242

## Withdrawals

| Date | Status | Amount |
| --- | --- | --- |
| Aug 15, 2021<br>6:51 PM PST | ● Completed | 0.217183 BCH<br>$154.13 |
| Aug 15, 2021<br>6:51 PM PST | ● Completed | 358.563831 DOGE<br>$122.43 |
| Aug 15, 2021<br>6:51 PM PST | ● Completed | 1.393383 LTC<br>$260.74 |
| Aug 15, 2021<br>6:51 PM PST | ● Completed | 0.033593 BTC<br>$1598.89 |
| Aug 11, 2021<br>4:47 PM PST | ● Completed | 650.0 USDC<br>$650.00 |
| Aug 11, 2021<br>4:47 PM PST | ● Completed | 1.368577 ETH<br>$4329.20 |
| Aug 11, 2021<br>4:47 PM PST | ● Completed | 0.249909 BCH<br>$154.64 |
| Aug 11, 2021<br>4:47 PM PST | ● Completed | 0.877808 LTC<br>$149.93 |
| Aug 11, 2021<br>4:47 PM PST | ● Completed | 0.04961 BTC<br>$2262.13 |
| Aug 10, 2021<br>6:57 PM PST | ● Completed | 3500.0 USDC<br>$3500.00 |

# Withdrawals

| Date | Status | Amount |
|---|---|---|
| Aug 10, 2021<br>6:57 PM PST | ● Completed | 0.83814 ETH<br>$2657.24 |
| Aug 10, 2021<br>6:57 PM PST | ● Completed | 0.909614 LTC<br>$151.12 |
| Aug 10, 2021<br>6:57 PM PST | ● Completed | 0.051575 BTC<br>$2360.03 |
| Aug 09, 2021<br>3:20 PM PST | ● Completed | 3050.0 USDC<br>$3050.00 |
| Aug 09, 2021<br>3:20 PM PST | ● Completed | 0.804485 ETH<br>$2499.26 |
| Aug 09, 2021<br>3:20 PM PST | ● Completed | 0.640306 LTC<br>$106.79 |
| Aug 09, 2021<br>3:20 PM PST | ● Completed | 0.017376 BTC<br>$796.97 |
| Aug 08, 2021<br>9:18 PM PST | ● Completed | 2048.235392 USDC<br>$2048.24 |
| Aug 08, 2021<br>9:18 PM PST | ● Completed | 0.864813 ETH<br>$2540.46 |
| Aug 08, 2021<br>9:18 PM PST | ● Completed | 0.086531 BCH<br>$47.62 |

Case 2:21-cv-08681-MWF-AGR   Document 53-1   Filed 11/03/22   Page 11 of 34   Page ID #:244

| Date | Status | Amount |
|---|---|---|
| Aug 08, 2021<br>9:18 PM PST | Completed | 405.175165 DOGE<br>$96.78 |
| Aug 08, 2021<br>9:18 PM PST | Completed | 6.221231 LTC<br>$914.15 |
| Aug 08, 2021<br>9:18 PM PST | Completed | 0.012954 BTC<br>$562.16 |
| Aug 07, 2021<br>2:47 PM PST | Completed | 500.0 USDC<br>$500.00 |
| Aug 07, 2021<br>2:47 PM PST | Completed | 0.78688 ETH<br>$2453.01 |
| Aug 07, 2021<br>2:47 PM PST | Completed | 403.347947 DOGE<br>$99.73 |
| Aug 07, 2021<br>2:47 PM PST | Completed | 1.654475 LTC<br>$256.34 |
| Aug 07, 2021<br>2:47 PM PST | Completed | 0.008134 BTC<br>$359.12 |
| Aug 06, 2021<br>2:27 PM PST | Completed | 2249.051455 DAI<br>$2250.91 |
| Aug 06, 2021<br>2:27 PM PST | Completed | 2950.0 USDC<br>$2950.00 |

Case 2:21-cv-08681-MWF-AGR   Document 53-1   Filed 11/03/22   Page 12 of 34   Page ID #:245

## Withdrawals

| Date | Status | Amount |
|------|--------|--------|
| Aug 06, 2021<br>2:27 PM PST | ● Completed | 1.162686 ETH<br>$3367.24 |
| Aug 06, 2021<br>2:27 PM PST | ● Completed | 1.807269 LTC<br>$268.60 |
| Aug 06, 2021<br>2:27 PM PST | ● Completed | 0.028043 BTC<br>$1195.35 |
| Aug 02, 2021<br>2:28 PM PST | ● Completed | 99.911978 DAI<br>$100.05 |
| Aug 02, 2021<br>2:28 PM PST | ● Completed | 1345.0 USDC<br>$1345.00 |
| Aug 02, 2021<br>2:28 PM PST | ● Completed | 0.478678 ETH<br>$1241.39 |
| Aug 02, 2021<br>2:28 PM PST | ● Completed | 480.451183 DOGE<br>$97.24 |
| Aug 02, 2021<br>2:28 PM PST | ● Completed | 0.710352 LTC<br>$99.34 |
| Aug 02, 2021<br>2:28 PM PST | ● Completed | 0.01903 BTC<br>$738.80 |
| Jul 29, 2021<br>11:21 AM PST | ● Completed | 1148.752663 USDC<br>$1148.75 |

Case 2:21-cv-08681-MWF-AGR    Document 53-1    Filed 11/03/22    Page 13 of 34    Page ID #:246

# Withdrawals

| Date | Status | Amount |
|------|--------|--------|
| Jul 29, 2021<br>11:21 AM PST | • Completed | 0.529715 ETH<br>$1231.06 |
| Jul 29, 2021<br>11:21 AM PST | • Completed | 1.5735 LTC<br>$221.31 |
| Jul 29, 2021<br>11:21 AM PST | • Completed | 0.03947 BTC<br>$1563.28 |
| Jul 22, 2021<br>1:57 PM PST | • Completed | 0.018233 BTC<br>$588.21 |
| Jul 21, 2021<br>9:04 PM PST | • Completed | 97.070952 DAI<br>$97.16 |
| Jul 21, 2021<br>9:04 PM PST | • Completed | 1287.0 USDC<br>$1287.00 |
| Jul 21, 2021<br>9:04 PM PST | • Completed | 0.784294 ETH<br>$1550.05 |
| Jul 21, 2021<br>9:04 PM PST | • Completed | 0.20489 BCH<br>$87.65 |
| Jul 21, 2021<br>9:04 PM PST | • Completed | 0.058066 BTC<br>$1853.29 |
| Jul 12, 2021<br>2:57 AM PST | • Completed | 800.33935 USDC<br>$800.34 |

## Withdrawals

| Date | Status | Amount |
|---|---|---|
| Jul 12, 2021 2:57 AM PST | • Completed | 1.145743 ETH $2444.39 |
| Jul 12, 2021 2:57 AM PST | • Completed | 0.212922 BCH $105.91 |
| Jul 12, 2021 2:57 AM PST | • Completed | 4.483475 LTC $616.97 |
| Jul 12, 2021 2:57 AM PST | • Completed | 0.011716 BTC $400.03 |
| Jul 09, 2021 2:11 PM PST | • Completed | 100.0 USDC $100.00 |
| Jul 09, 2021 2:11 PM PST | • Completed | 0.185026 ETH $394.38 |
| Jul 09, 2021 2:11 PM PST | • Completed | 0.00604 BTC $202.31 |
| Jul 09, 2021 12:13 AM PST | • Completed | 940.815555 USDC $940.82 |
| Jul 09, 2021 12:13 AM PST | • Completed | 0.614094 ETH $1299.96 |
| Jul 09, 2021 12:13 AM PST | • Completed | 0.773424 LTC $101.12 |

## Withdrawals

| Date | Status | Amount |
| --- | --- | --- |
| Jul 09, 2021<br>12:13 AM PST | • Completed | 0.005936 BTC<br>$194.81 |
| Jul 06, 2021<br>7:06 PM PST | • Completed | 1050.0 USDC<br>$1050.00 |
| Jul 06, 2021<br>7:06 PM PST | • Completed | 1.503907 ETH<br>$3475.07 |
| Jul 06, 2021<br>7:06 PM PST | • Completed | 0.054953 BTC<br>$1876.40 |
| Jun 27, 2021<br>12:54 PM PST | • Completed | 99.896906 DAI<br>$99.95 |
| Jun 27, 2021<br>12:54 PM PST | • Completed | 3568.548553 USDC<br>$3568.55 |
| Jun 27, 2021<br>12:54 PM PST | • Completed | 3.037424 ETH<br>$5540.67 |
| Jun 27, 2021<br>12:54 PM PST | • Completed | 0.080035 BCH<br>$36.21 |
| Jun 27, 2021<br>12:54 PM PST | • Completed | 5.936046 LTC<br>$749.78 |
| Jun 27, 2021<br>12:54 PM PST | • Completed | 0.126702 BTC<br>$4166.64 |

Case 2:21-cv-08681-MWF-AGR   Document 53-1   Filed 11/03/22   Page 16 of 34   Page ID #:249

# Withdrawals

| Date | Status | Amount |
|---|---|---|
| May 23, 2021 2:00 PM PST | • Completed | 2150.0 USDC $2150.00 |
| May 23, 2021 2:00 PM PST | • Completed | 0.153542 ETH $317.91 |
| May 23, 2021 2:00 PM PST | • Completed | 0.390643 BCH $207.66 |
| May 23, 2021 2:00 PM PST | • Completed | 0.025255 BTC $850.68 |
| May 17, 2021 12:19 AM PST | • Completed | 0.288396 ETH $1004.71 |
| May 08, 2021 1:17 PM PST | • Completed | 0.010453 BTC $616.77 |
| May 04, 2021 6:11 PM PST | • Completed | 0.033294 BTC $1829.12 |
| Apr 29, 2021 1:16 PM PST | • Completed | 1500.0 USDC $1500.00 |
| Apr 29, 2021 1:16 PM PST | • Completed | 0.030421 ETH $81.73 |
| Apr 29, 2021 1:16 PM PST | • Completed | 3.438774 LTC $860.18 |

## Withdrawals

| Date | Status | Amount |
|------|--------|--------|
| Apr 29, 2021<br>1:16 PM PST | ● Completed | 0.009094 BTC<br>$479.48 |
| Apr 28, 2021<br>8:28 PM PST | ● Completed | 0.000183 BTC<br>$10.00 |
| Apr 28, 2021<br>7:10 PM PST | ● Completed | 0.615673 ETH<br>$1680.53 |
| Apr 28, 2021<br>12:42 PM PST | ● Completed | 0.020005 BTC<br>$1100.77 |
| Apr 27, 2021<br>11:08 PM PST | ● Completed | 0.002422 BTC<br>$131.89 |
| Apr 27, 2021<br>12:43 PM PST | ● Completed | 0.191369 ETH<br>$500.00 |
| Apr 24, 2021<br>12:29 PM PST | ● Completed | 0.000295 BTC<br>$15.00 |
| Apr 22, 2021<br>9:55 PM PST | ● Completed | 0.012197 BTC<br>$600.00 |
| Apr 22, 2021<br>3:01 PM PST | ● Completed | 0.125009 ETH<br>$300.87 |
| Apr 19, 2021<br>1:56 PM PST | ● Completed | 0.001877 BTC<br>$105.60 |

Case 2:21-cv-08681-MWF-AGR Document 53-1 Filed 11/03/22 Page ID #:251

## Withdrawals

| Date | Status | Amount |
|---|---|---|
| Apr 13, 2021<br>10:46 AM PST | ● Completed | 0.117053 ETH<br>$268.60 |
| Apr 13, 2021<br>10:46 AM PST | ● Completed | 0.013007 BTC<br>$822.94 |
| Apr 12, 2021<br>8:35 PM PST | ● Completed | 0.008257 BTC<br>$500.00 |
| Apr 11, 2021<br>1:28 PM PST | ● Completed | 0.008373 BTC<br>$500.00 |
| Apr 09, 2021<br>4:25 PM PST | ● Completed | 300.0 USDC<br>$300.00 |
| Apr 09, 2021<br>4:25 PM PST | ● Completed | 0.030876 ETH<br>$63.72 |
| Apr 09, 2021<br>4:25 PM PST | ● Completed | 1.064665 LTC<br>$234.97 |
| Apr 06, 2021<br>2:48 PM PST | ● Completed | 2372.36605 USDC<br>$2372.37 |
| Apr 06, 2021<br>2:21 PM PST | ● Completed | 1.364627 LTC<br>$326.81 |
| Apr 06, 2021<br>12:52 PM PST | ● Completed | 0.268024 ETH<br>$606.82 |

Case 2:21-cv-08681-MWF-AGR   Document 53-1   Filed 11/03/22   Page 19 of 34   Page ID #:252

## Withdrawals

| Date | Status | Amount |
|------|--------|--------|
| Apr 04, 2021 10:12 AM PST | • Completed | 0.001414 BTC $82.19 |
| Apr 03, 2021 2:24 PM PST | • Completed | 0.051617 BTC $3000.00 |
| Apr 01, 2021 12:46 PM PST | • Completed | 0.01105 BTC $650.00 |
| Mar 25, 2021 12:52 AM PST | • Completed | 0.000953 BTC $50.00 |
| Mar 22, 2021 11:36 AM PST | • Completed | 0.005131 BTC $290.80 |
| Mar 21, 2021 8:08 PM PST | • Completed | 0.0051 BTC $291.10 |
| Mar 21, 2021 7:44 PM PST | • Completed | 0.009873 ETH $17.46 |
| Mar 16, 2021 8:45 PM PST | • Completed | 0.152883 ETH $269.86 |
| Mar 14, 2021 9:07 PM PST | • Completed | 0.311806 ETH $587.99 |
| Mar 13, 2021 9:38 PM PST | • Completed | 1.61403 LTC $357.97 |

Case 2:21-cv-08681-MWF-AGR    Document 53-1    Filed 11/03/22    Page 20 of 34    Page ID #:253

E

## Withdrawals

| Date | Status | Amount |
|---|---|---|
| Mar 13, 2021<br>9:37 PM PST | • Completed | 1150.0 USDC<br>$1150.00 |
| Mar 10, 2021<br>8:01 PM PST | • Completed | 1450.0 USDC<br>$1450.00 |
| Mar 05, 2021<br>7:29 PM PST | • Completed | 0.097035 ETH<br>$148.83 |
| Mar 04, 2021<br>4:03 PM PST | • Completed | 0.065553 ETH<br>$100.40 |
| Mar 04, 2021<br>12:33 PM PST | • Completed | 0.018967 BTC<br>$910.62 |
| Feb 28, 2021<br>11:03 AM PST | • Completed | 0.161809 ETH<br>$219.38 |
| Feb 28, 2021<br>11:03 AM PST | • Completed | 4.303631 LTC<br>$685.81 |
| Feb 27, 2021<br>12:59 PM PST | • Completed | 1300.0 USDC<br>$1300.00 |
| Feb 27, 2021<br>12:54 PM PST | • Completed | 0.049395 BTC<br>$2326.41 |
| Feb 21, 2021<br>7:35 PM PST | • Completed | 0.148321 ETH<br>$278.60 |

Case 2:21-cv-08681-MWF-AGR   Document 53-1   Filed 11/03/22   Page 21 of 34   Page ID #254

# Withdrawals

| Date | Status | Amount |
|------|--------|--------|
| Feb 21, 2021<br>11:04 AM PST | • Completed | 0.152262 ETH<br>$300.00 |
| Feb 19, 2021<br>10:48 AM PST | • Completed | 0.009719 ETH<br>$19.17 |
| Feb 17, 2021<br>2:56 PM PST | • Completed | 300.0 USDC<br>$300.00 |
| Feb 17, 2021<br>2:56 PM PST | • Completed | 0.304677 ETH<br>$560.51 |
| Feb 17, 2021<br>2:56 PM PST | • Completed | 0.051892 BTC<br>$2706.57 |
| Feb 12, 2021<br>12:03 AM PST | • Completed | 0.557974 ETH<br>$987.61 |
| Feb 11, 2021<br>6:53 PM PST | • Completed | 1803.0 USDC<br>$1803.00 |
| Feb 11, 2021<br>12:20 AM PST | • Completed | 0.014251 BTC<br>$636.80 |
| Feb 07, 2021<br>12:19 AM PST | • Completed | 4633.445161 USDC<br>$4633.45 |
| Feb 07, 2021<br>12:19 AM PST | • Completed | 1.666953 ETH<br>$2742.90 |

Case 2:21-cv-08681-MWF-AGR   Document 53-1   Filed 11/03/22   Page 22 of 34   Page ID #:255

## Withdrawals

| Date | Status | Amount |
|---|---|---|
| Feb 07, 2021<br>12:19 AM PST | ● Completed | 2.019725 LTC<br>$311.73 |
| Feb 07, 2021<br>12:19 AM PST | ● Completed | 0.101389 BTC<br>$4005.43 |
| Feb 07, 2021<br>12:19 AM PST | ● Completed | 1.229361 BCH<br>$564.04 |
| Feb 04, 2021<br>2:58 PM PST | ● Completed | 0.026847 BTC<br>$1000.00 |
| Feb 03, 2021<br>9:32 AM PST | ● Completed | 0.0027 BTC<br>$100.00 |
| Feb 02, 2021<br>8:39 PM PST | ● Completed | 0.00123 BTC<br>$45.00 |
| Jan 29, 2021<br>1:11 PM PST | ● Completed | 600.0 USDC<br>$600.00 |
| Jan 29, 2021<br>1:11 PM PST | ● Completed | 0.209608 ETH<br>$283.72 |
| Jan 29, 2021<br>1:11 PM PST | ● Completed | 0.026645 BTC<br>$921.82 |
| Jan 26, 2021<br>2:41 PM PST | ● Completed | 0.036137 BTC<br>$1165.75 |

Case 2:21-cv-08681-MWF-AGR   Document 53-1   Filed 11/03/22   Page 23 of 34   Page ID #:256

| Date | Status | Amount |
|---|---|---|
| Jan 21, 2021<br>9:56 AM PST | ● Completed | 300.0 USDC<br>$300.00 |
| Jan 21, 2021<br>9:56 AM PST | ● Completed | 1.219755 ETH<br>$1457.51 |
| Jan 21, 2021<br>9:56 AM PST | ● Completed | 2.0903 LTC<br>$279.69 |
| Jan 21, 2021<br>9:56 AM PST | ● Completed | 0.078555 BTC<br>$2503.94 |
| Jan 10, 2021<br>7:25 PM PST | ● Completed | 1600.0 USDC<br>$1600.00 |
| Jan 10, 2021<br>7:25 PM PST | ● Completed | 0.911663 ETH<br>$1028.50 |
| Jan 10, 2021<br>7:25 PM PST | ● Completed | 3.091136 LTC<br>$482.12 |
| Jan 10, 2021<br>7:25 PM PST | ● Completed | 0.085254 BTC<br>$3043.66 |
| Jan 05, 2021<br>11:02 PM PST | ● Completed | 2457.397952 USDC<br>$2457.40 |
| Jan 05, 2021<br>11:02 PM PST | ● Completed | 1.649914 ETH<br>$1848.23 |

## Withdrawals

| Date | Status | Amount |
|---|---|---|
| Jan 05, 2021<br>11:02 PM PST | • Completed | 1.589773 LTC<br>$258.82 |
| Jan 05, 2021<br>11:02 PM PST | • Completed | 0.131227 BTC<br>$4632.03 |
| Dec 07, 2020<br>11:33 PM PST | • Completed | 545.23 USDC<br>$545.23 |
| Dec 07, 2020<br>11:33 PM PST | • Completed | 1.009081 ETH<br>$595.72 |
| Dec 07, 2020<br>11:33 PM PST | • Completed | 3.000299 LTC<br>$248.99 |
| Dec 07, 2020<br>11:33 PM PST | • Completed | 0.038009 BTC<br>$728.59 |
| Dec 05, 2020<br>1:15 AM PST | • Completed | 0.052334 BTC<br>$1000.00 |
| Nov 30, 2020<br>3:14 PM PST | • Completed | 250.0 USDC<br>$250.00 |
| Nov 30, 2020<br>3:14 PM PST | • Completed | 3.466788 ETH<br>$2115.50 |
| Nov 30, 2020<br>3:14 PM PST | • Completed | 0.052199 BTC<br>$1017.39 |

Case 2:21-cv-08681-MWF-AGR   Document 53-1   Filed 11/03/22   Page 25 of 34   Page ID #:258

## Withdrawals

| Date | Status | Amount |
|------|--------|--------|
| Nov 30, 2020<br>3:14 PM PST | ● Completed | 0.958824 BCH<br>$305.46 |
| Nov 30, 2020<br>12:54 PM PST | ● Completed | 0.015445 BTC<br>$300.00 |
| Nov 24, 2020<br>11:05 PM PST | ● Completed | 0.013248 BTC<br>$250.00 |
| Nov 19, 2020<br>7:59 PM PST | ● Completed | 0.011141 BTC<br>$200.00 |
| Nov 13, 2020<br>7:14 PM PST | ● Completed | 0.018445 BTC<br>$298.43 |
| Nov 13, 2020<br>12:55 AM PST | ● Completed | 0.623012 ETH<br>$289.57 |
| Nov 13, 2020<br>12:55 AM PST | ● Completed | 0.063797 BTC<br>$1037.64 |
| Nov 12, 2020<br>9:09 PM PST | ● Completed | 0.021491 ETH<br>$9.93 |
| Nov 08, 2020<br>12:02 AM PST | ● Completed | 0.022942 BTC<br>$343.65 |
| Nov 06, 2020<br>1:40 PM PST | ● Completed | 0.006425 BTC<br>$100.00 |

Case 2:21-cv-08681-MWF-AGR   Document 53-1   Filed 11/03/22   Page 26 of 34   Page ID #:259

| Date | Status | Amount |
|---|---|---|
| Nov 01, 2020 3:14 PM PST | • Completed | 300.0 USDC $300.00 |
| Nov 01, 2020 12:30 PM PST | • Completed | 2350.0 USDC $2350.00 |
| Nov 01, 2020 12:30 PM PST | • Completed | 5.10589 ETH $2003.93 |
| Nov 01, 2020 12:30 PM PST | • Completed | 5.29848 LTC $294.94 |
| Nov 01, 2020 12:30 PM PST | • Completed | 0.239712 BTC $3318.50 |
| Nov 01, 2020 12:30 PM PST | • Completed | 1.154725 BCH $310.86 |
| Oct 29, 2020 4:14 PM PST | • Completed | 1650.0 USDC $1650.00 |
| Oct 25, 2020 10:42 PM PST | • Completed | 0.000838 BTC $11.00 |
| Oct 23, 2020 9:54 PM PST | • Completed | 0.00387 BTC $50.00 |
| Oct 02, 2020 10:47 PM PST | • Completed | 0.009489 BTC $100.00 |

E

## Withdrawals

| Date | Status | Amount |
| --- | --- | --- |
| Oct 02, 2020<br>10:45 PM PST | ● Completed | 5300.0 USDC<br>$5300.00 |
| Sep 20, 2020<br>12:49 AM PST | ● Completed | 0.04555 BTC<br>$500.00 |
| Sep 11, 2020<br>4:59 PM PST | ● Completed | 0.067625 BTC<br>$702.92 |
| Sep 04, 2020<br>4:55 PM PST | ● Completed | 1.241203 ETH<br>$481.44 |
| Sep 04, 2020<br>4:53 PM PST | ● Completed | 8.674925 LTC<br>$439.34 |
| Sep 04, 2020<br>4:50 PM PST | ● Completed | 1300.747032 USDC<br>$1300.75 |
| Sep 04, 2020<br>4:40 PM PST | ● Completed | 0.063069 BTC<br>$660.83 |
| Sep 03, 2020<br>10:39 AM PST | ● Completed | 0.02324 BTC<br>$250.00 |
| Sep 01, 2020<br>6:11 PM PST | ● Completed | 0.421711 BTC<br>$5013.77 |
| Aug 31, 2020<br>3:27 PM PST | ● Completed | 1750.0 USDC<br>$1750.00 |

## Withdrawals

| Date | Status | Amount |
|---|---|---|
| Aug 31, 2020<br>1:30 PM PST | • Failed | 1750.0 USDC<br>$1750.00 |
| Aug 31, 2020<br>12:34 PM PST | • Completed | 12.063996 ETH<br>$5265.87 |
| Aug 22, 2020<br>1:53 PM PST | • Completed | 0.624501 ETH<br>$243.03 |
| Aug 22, 2020<br>1:21 PM PST | • Completed | 250.0 USDC<br>$250.00 |
| Aug 22, 2020<br>12:55 PM PST | • Completed | 0.140457 BTC<br>$1628.15 |
| Aug 21, 2020<br>5:28 PM PST | • Completed | 0.004379 BTC<br>$50.00 |
| Aug 20, 2020<br>3:47 PM PST | • Completed | 0.033809 BTC<br>$400.00 |
| Aug 15, 2020<br>6:03 PM PST | • Completed | 0.072861 BTC<br>$861.16 |
| Aug 07, 2020<br>4:47 PM PST | • Completed | 0.087571 BTC<br>$1014.38 |
| Aug 06, 2020<br>1:46 PM PST | • Completed | 8.377117 LTC<br>$498.82 |

Case 2:21-cv-08681-MWF-AGR   Document 53-1   Filed 11/03/22   Page 28 of 34   Page ID #:261

Case 2:21-cv-08681-MWF-AGR   Document 53-1   Filed 11/03/22   Page 29 of 34   Page ID #:262

E

## Withdrawals

| Date | Status | Amount |
|---|---|---|
| Aug 06, 2020<br>1:03 PM PST | • Completed | 3.103937 ETH<br>$1235.04 |
| Aug 06, 2020<br>12:58 PM PST | • Completed | 1200.0 USDC<br>$1200.00 |
| Aug 06, 2020<br>12:33 PM PST | • Completed | 0.172535 BTC<br>$2053.80 |
| Aug 05, 2020<br>7:53 AM PST | • Completed | 0.0043 BTC<br>$50.00 |
| Aug 01, 2020<br>3:59 PM PST | • Completed | 1.005096 BCH<br>$322.24 |
| Aug 01, 2020<br>3:53 PM PST | • Completed | 5.704999 LTC<br>$352.85 |
| Aug 01, 2020<br>3:33 PM PST | • Completed | 0.579371 BTC<br>$6811.15 |
| Aug 01, 2020<br>3:20 PM PST | • Completed | 12.363765 ETH<br>$4753.87 |
| Aug 01, 2020<br>2:58 PM PST | • Completed | 1049.605325 USDC<br>$1049.61 |
| Jul 31, 2020<br>1:41 PM PST | • Completed | 0.017574 BTC<br>$200.00 |

Case 2:21-cv-08681-MWF-AGR   Document 53-1   Filed 11/03/22   Page 30 of 34   Page ID #263

## Withdrawals

| Date | Status | Amount |
|---|---|---|
| Jul 30, 2020 3:45 AM PST | ● Completed | 0.027445 BTC $299.93 |
| Jul 27, 2020 6:04 AM PST | ● Completed | 0.019427 BTC $200.00 |
| Jul 25, 2020 11:48 PM PST | ● Completed | 0.005155 BTC $50.00 |
| Jul 20, 2020 3:00 AM PST | ● Completed | 300.0 USDC $300.00 |
| Jul 16, 2020 6:01 PM PST | ● Completed | 0.075118 BTC $684.67 |
| Jul 16, 2020 1:16 AM PST | ● Completed | 0.005481 BTC $50.00 |
| Jul 05, 2020 8:21 PM PST | ● Completed | 0.07536 BTC $685.08 |
| Jul 04, 2020 6:54 PM PST | ● Completed | 0.005477 BTC $50.00 |
| Jul 04, 2020 6:50 PM PST | ● Completed | 0.005477 BTC $50.00 |
| Jul 01, 2020 10:56 AM PST | ● Completed | 0.115477 BTC $1072.75 |

Case 2:21-cv-08681-MWF-AGR    Document 53-1    Filed 11/03/22    Page 31 of 34    Page ID #:264

# Withdrawals

| Date | Status | Amount |
|---|---|---|
| Jun 25, 2020<br>1:47 AM PST | ● Completed | 249.750273 USDC<br>$249.75 |
| Jun 25, 2020<br>1:46 AM PST | ● Completed | 0.173891 BTC<br>$1619.66 |
| Jun 24, 2020<br>1:14 PM PST | ● Completed | 0.005377 BTC<br>$49.99 |
| Jun 19, 2020<br>10:25 PM PST | ● Completed | 0.161206 BTC<br>$1500.00 |
| Jun 19, 2020<br>3:02 PM PST | ● Completed | 0.000147 BTC<br>$1.37 |
| Jun 18, 2020<br>7:26 PM PST | ● Completed | 0.000644 BTC<br>$6.00 |
| Jun 10, 2020<br>11:31 AM PST | ● Completed | 0.01774 BTC<br>$174.19 |
| Jun 09, 2020<br>4:30 PM PST | ● Completed | 0.00115 ETH<br>$0.28 |
| Jun 03, 2020<br>11:08 PM PST | ● Completed | 0.049442 BTC<br>$476.33 |
| Jun 01, 2020<br>1:55 AM PST | ● Completed | 950.0 USDC<br>$950.00 |

RCE

## Withdrawals

| Date | Status | Amount |
| --- | --- | --- |
| May 30, 2020<br>10:15 PM PST | • Completed | 0.105945 BTC<br>$1014.23 |
| May 25, 2020<br>10:10 PM PST | • Completed | 300.0 USDC<br>$300.00 |
| May 25, 2020<br>6:11 PM PST | • Completed | 0.109741 BTC<br>$972.09 |
| May 21, 2020<br>5:40 PM PST | • Completed | 252.007776 USDC<br>$252.01 |
| May 21, 2020<br>4:33 PM PST | • Completed | 2.688131 ETH<br>$535.95 |
| May 21, 2020<br>4:29 PM PST | • Completed | 0.05936 BTC<br>$539.50 |
| May 20, 2020<br>3:09 PM PST | • Completed | 12.202324 LTC<br>$538.85 |
| May 20, 2020<br>2:56 PM PST | • Completed | 0.164666 BTC<br>$1572.66 |
| May 18, 2020<br>12:53 AM PST | • Completed | 0.078286 BTC<br>$765.19 |
| May 16, 2020<br>12:28 AM PST | • Completed | 400.0 USDC<br>$400.00 |

Case 2:21-cv-08681-MWF-AGR   Document 53-1   Filed 11/03/22   Page 33 of 34   Page ID #:266

# Withdrawals

| Date | Status | Amount |
|---|---|---|
| May 16, 2020<br>12:25 AM PST | • Completed | 0.079407 BTC<br>$749.84 |
| May 15, 2020<br>7:53 PM PST | • Completed | 300.0 USDC<br>$300.00 |
| May 15, 2020<br>5:23 PM PST | • Completed | 0.11532 BTC<br>$1067.12 |
| May 13, 2020<br>10:12 PM PST | • Completed | 0.118368 BTC<br>$1100.00 |
| May 09, 2020<br>4:37 PM PST | • Completed | 0.000094 BTC<br>$0.90 |
| May 07, 2020<br>3:35 AM PST | • Completed | 0.000108 BTC<br>$1.00 |
| May 05, 2020<br>6:42 PM PST | • Completed | 1.501718 ETH<br>$306.88 |
| May 05, 2020<br>6:07 PM PST | • Completed | 0.03383 BTC<br>$303.47 |
| May 05, 2020<br>6:05 PM PST | • Completed | 300.0 USDT<br>$300.50 |
| May 05, 2020<br>5:20 PM PST | • Completed | 300.0 USDT<br>$300.30 |

| | | |
|---|---|---|
| Tether | 0.0 USDT $0.00 | Withdraw |
| USD Coin | 0.0 USDC $0.00 | Withdraw |

## Withdrawals

| Date | Status | Amount |
|---|---|---|
| May 01, 2020 12:45 AM PST | ● Completed | 0.024425 BTC $213.71 |
| Apr 30, 2020 4:40 AM PST | ● Completed | 0.004589 BTC $40.95 |
| Apr 29, 2020 5:40 PM PST | ● Completed | 0.00232 BTC $20.35 |
| Apr 28, 2020 4:51 PM PST | ● Completed | 0.00058 BTC $4.51 |
| Apr 27, 2020 8:44 AM PST | ● Completed | 0.006493 BTC $50.00 |
| Apr 12, 2020 12:11 AM PST | ● Completed | 18.266582 ETH $2863.56 |
| Apr 12, 2020 12:10 AM PST | ● Completed | 12.250169 LTC $514.75 |