# EXHIBIT B

**Eric Bensamochan**

| | |
|---|---|
| **From:** | Cheung, Dixon <DCheung@GodwinBowman.com> |
| **Sent:** | Tuesday, November 1, 2022 11:58 AM |
| **To:** | Eric Bensamochan |
| **Cc:** | Daniel Phelan; Anderson, Dylan |
| **Subject:** | RE: Please see attached |

Eric,

We have received from our client a .txt document of the complete database of Zort registrations. Given the nature of the document, we propose entering a protective order before we produce the document. I can send you a draft of a proposed protective order for your review ASAP by end of day.
We also have a signed declaration from Adam. We will produce his signed declaration before end of day tomorrow.

Thanks,
Dixon

# Dixon J. Cheung - Associate

1201 Elm St Suite 1700, Dallas, TX 75270
DCheung@GodwinBowman.com
O: 214.939.4673
C: 469.939.3288

# GODWIN|BOWMAN PC

  

This electronic transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender that is protected by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510 and 2521 and may be legally privileged. This message (and any associated files) is intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential, subject to copyright or constitutes a trade secret. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this message, or files associated with this message, is strictly prohibited. If you have received this communication in error, please notify **GODWIN PC** immediately by telephone (800.662.8393) and destroy the original message. Messages sent to and from us may be monitored.

**From:** Eric Bensamochan [mailto:eric@eblawfirm.us]
**Sent:** Tuesday, November 01, 2022 1:32 PM
**To:** Cheung, Dixon
**Cc:** Daniel Phelan; Anderson, Dylan
**Subject:** RE: Please see attached

1

Gentlemen,

As of today, I have received no additional documents, supplemental responses, or verification. Given that our continued hearing date is Friday, and how absolutely nothing was provided, I will be moving forward with my motion to compel and will be seeking fees as well. That motion will be filed by the end of the day tomorrow.

Thank you,
Eric

Eric Bensamochan, Esq. SBN 255482
The Bensamochan Law Firm Inc.
9025 Wilshire Blvd. Suite 215
Beverly Hills, CA. 90211
Phone: (818) 574-5740
Fax: (818) 961-0138
eric@eblawfirm.us


Agoura/Westlake Office
30851 Agoura Rd. Suite 114
Agoura Hills, CA. 91301

NO TAX ADVICE: To comply with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained herein (including any attachments), unless specifically stated otherwise, is not intended or written to be used, and cannot be used, for the purposes of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter herein.

Privileged And Confidential Communication.
This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC §§ 2510-2521), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited

**From:** Cheung, Dixon <DCheung@GodwinBowman.com>
**Sent:** Thursday, October 20, 2022 1:20 PM
**To:** Eric Bensamochan <eric@eblawfirm.us>
**Cc:** Daniel Phelan <danielp@eblawfirm.us>; Scott, Morgan <MScott@GodwinBowman.com>; Anderson, Dylan <DAnderson@GodwinBowman.com>
**Subject:** RE: Please see attached

Thanks. We will go ahead and file the attached Joint Stipulation and the proposed order.


# Dixon J. Cheung - Associate

1201 Elm St Suite 1700, Dallas, TX 75270
DCheung@GodwinBowman.com
O: 214.939.4673
C: 469.939.3288

# GODWIN│BOWMAN ᴩᴄ

2

 

This electronic transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender that is protected by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510 and 2521 and may be legally privileged. This message (and any associated files) is intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential, subject to copyright or constitutes a trade secret. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this message, or files associated with this message, is strictly prohibited. If you have received this communication in error, please notify **GODWIN PC** immediately by telephone (800.662.8393) and destroy the original message. Messages sent to and from us may be monitored.

---

**From:** Eric Bensamochan [mailto:eric@eblawfirm.us]
**Sent:** Thursday, October 20, 2022 3:07 PM
**To:** Cheung, Dixon
**Cc:** Daniel Phelan; Scott, Morgan; Anderson, Dylan
**Subject:** RE: Please see attached

This looks fine. I have electronically signed it. Please feel free to file it along with a proposed order.

Eric Bensamochan, Esq. SBN 255482
The Bensamochan Law Firm Inc.
9025 Wilshire Blvd. Suite 215
Beverly Hills, CA. 90211
Phone: (818) 574-5740
Fax: (818) 961-0138
eric@eblawfirm.us


Agoura/Westlake Office
30851 Agoura Rd. Suite 114
Agoura Hills, CA. 91301

NO TAX ADVICE: To comply with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained herein (including any attachments), unless specifically stated otherwise, is not intended or written to be used, and cannot be used, for the purposes of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter herein.

Privileged And Confidential Communication.
This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC §§ 2510-2521), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited

**From:** Cheung, Dixon <DCheung@GodwinBowman.com>
**Sent:** Thursday, October 20, 2022 1:04 PM
**To:** Eric Bensamochan <eric@eblawfirm.us>
**Cc:** Daniel Phelan <danielp@eblawfirm.us>; Scott, Morgan <MScott@GodwinBowman.com>; Anderson, Dylan <DAnderson@GodwinBowman.com>
**Subject:** RE: Please see attached

Eric,

Please find attached. Let us know if you have any changes.

Thanks,
Dixon


# Dixon J. Cheung – Associate

1201 Elm St Suite 1700, Dallas, TX 75270
DCheung@GodwinBowman.com
O: 214.939.4673
C: 469.939.3288

# GODWIN|BOWMAN ᴘᴄ

  

This electronic transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender that is protected by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510 and 2521 and may be legally privileged. This message (and any associated files) is intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential, subject to copyright or constitutes a trade secret. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this message, or files associated with this message, is strictly prohibited. If you have received this communication in error, please notify **GODWIN PC** immediately by telephone (800.662.8393) and destroy the original message. Messages sent to and from us may be monitored.

**From:** Eric Bensamochan [mailto:eric@eblawfirm.us]
**Sent:** Thursday, October 20, 2022 2:00 PM
**To:** Cheung, Dixon
**Cc:** Daniel Phelan; Scott, Morgan; Anderson, Dylan
**Subject:** RE: Please see attached

How about Friday November 4, 2022 at the same time.

Eric Bensamochan, Esq. SBN 255482
The Bensamochan Law Firm Inc.
9025 Wilshire Blvd. Suite 215
Beverly Hills, CA. 90211

Phone: (818) 574-5740
Fax: (818) 961-0138
eric@eblawfirm.us


Agoura/Westlake Office
30851 Agoura Rd. Suite 114
Agoura Hills, CA. 91301

NO TAX ADVICE: To comply with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained herein (including any attachments), unless specifically stated otherwise, is not intended or written to be used, and cannot be used, for the purposes of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter herein.

Privileged And Confidential Communication.
This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC §§ 2510-2521), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited

**From:** Cheung, Dixon <DCheung@GodwinBowman.com>
**Sent:** Thursday, October 20, 2022 11:59 AM
**To:** Eric Bensamochan <eric@eblawfirm.us>
**Cc:** Daniel Phelan <danielp@eblawfirm.us>; Scott, Morgan <MScott@GodwinBowman.com>; Anderson, Dylan <DAnderson@GodwinBowman.com>
**Subject:** RE: Please see attached

We are fine with that. What date do you want the hearing continued to?
I will send over a stipulation to continue tomorrow's hearing shortly.

Thanks,
Dixon


# Dixon J. Cheung - Associate

1201 Elm St Suite 1700, Dallas, TX 75270
DCheung@GodwinBowman.com
O: 214.939.4673
C: 469.939.3288

# GODWIN|BOWMAN PC



5

This electronic transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender that is protected by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510 and 2521 and may be legally privileged. This message (and any associated files) is intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential, subject to copyright or constitutes a trade secret. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this message, or files associated with this message, is strictly prohibited. If you have received this communication in error, please notify **GODWIN PC** immediately by telephone (800.662.8393) and destroy the original message. Messages sent to and from us may be monitored.

---

**From:** Eric Bensamochan [mailto:eric@eblawfirm.us]
**Sent:** Thursday, October 20, 2022 1:41 PM
**To:** Cheung, Dixon
**Cc:** Daniel Phelan; Scott, Morgan; Anderson, Dylan
**Subject:** RE: Please see attached

Good morning,
The only way I will consider any grace period is if we stipulate to continue tomorrow's hearing to give your client enough time to adequately respond. If this works for you, then please circulate a stipulation immediately so it can be timely filed.

Eric Bensamochan, Esq. SBN 255482
The Bensamochan Law Firm Inc.
9025 Wilshire Blvd. Suite 215
Beverly Hills, CA. 90211
Phone: (818) 574-5740
Fax: (818) 961-0138
eric@eblawfirm.us


Agoura/Westlake Office
30851 Agoura Rd. Suite 114
Agoura Hills, CA. 91301

NO TAX ADVICE: To comply with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained herein (including any attachments), unless specifically stated otherwise, is not intended or written to be used, and cannot be used, for the purposes of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter herein.

Privileged And Confidential Communication.
This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC §§ 2510-2521), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited

6

**From:** Cheung, Dixon <DCheung@GodwinBowman.com>
**Sent:** Thursday, October 20, 2022 11:39 AM
**To:** Eric Bensamochan <eric@eblawfirm.us>
**Cc:** Daniel Phelan <danielp@eblawfirm.us>; Scott, Morgan <MScott@GodwinBowman.com>; Anderson, Dylan <DAnderson@GodwinBowman.com>
**Subject:** RE: Please see attached

Eric,

We were able to get ahold of Adam; however, he is currently traveling, which makes handling this matter expeditiously a little difficult. Nevertheless, he has agreed to execute a declaration addressing a number of documents we have produced to you. Additionally, we are exploring whether there are any other reports available through Coinbase or otherwise that may offer additional information to shed light on what we have produced.
If you are amenable to an extension prior to filing your Motion to Compel, we would request that you offer us a short grace period to handle this. If a continuance of Friday's hearing is needed so that you can have your Motion to Compel on file prior to addressing the Court, we are willing to consider this option as well.

Thanks,
Dixon

## Dixon J. Cheung - Associate

1201 Elm St Suite 1700, Dallas, TX 75270
DCheung@GodwinBowman.com
O: 214.939.4673
C: 469.939.3288

# GODWIN|BOWMAN PC

  

This electronic transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender that is protected by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510 and 2521 and may be legally privileged. This message (and any associated files) is intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential, subject to copyright or constitutes a trade secret. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this message, or files associated with this message, is strictly prohibited. If you have received this communication in error, please notify **GODWIN PC** immediately by

telephone (800.662.8393) and destroy the original message. Messages sent to and from us may be monitored.

---

**From:** Eric Bensamochan [mailto:eric@eblawfirm.us]
**Sent:** Wednesday, October 19, 2022 2:49 PM
**To:** Cheung, Dixon
**Cc:** Daniel Phelan; Scott, Morgan; Anderson, Dylan
**Subject:** RE: Please see attached

I am free anytime between 1:30 PM PST and 2:30 PM PST, then again between 3:30-5:00 PST.

Eric Bensamochan, Esq. SBN 255482
The Bensamochan Law Firm Inc.
9025 Wilshire Blvd. Suite 215
Beverly Hills, CA. 90211
Phone: (818) 574-5740
Fax: (818) 961-0138
eric@eblawfirm.us


Agoura/Westlake Office
30851 Agoura Rd. Suite 114
Agoura Hills, CA. 91301

NO TAX ADVICE: To comply with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained herein (including any attachments), unless specifically stated otherwise, is not intended or written to be used, and cannot be used, for the purposes of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter herein.

Privileged And Confidential Communication.
This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC §§ 2510-2521), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited

---

**From:** Cheung, Dixon <DCheung@GodwinBowman.com>
**Sent:** Wednesday, October 19, 2022 12:46 PM
**To:** Eric Bensamochan <eric@eblawfirm.us>
**Cc:** Daniel Phelan <danielp@eblawfirm.us>; Scott, Morgan <MScott@GodwinBowman.com>; Anderson, Dylan <DAnderson@GodwinBowman.com>
**Subject:** RE: Please see attached

Eric,

When are you available for a phone call today to discuss your letter?

8

As a side note, Morgan is leaving our firm on Friday. I am copying my colleague Dylan Anderson to this email—please include Dylan and myself on all relevant emails going forward.

Thanks,
Dixon


## Dixon J. Cheung – Associate

1201 Elm St Suite 1700, Dallas, TX 75270
DCheung@GodwinBowman.com
O: 214.939.4673
C: 469.939.3288

# GODWIN|BOWMAN ᴘᴄ



This electronic transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender that is protected by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510 and 2521 and may be legally privileged. This message (and any associated files) is intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential, subject to copyright or constitutes a trade secret. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this message, or files associated with this message, is strictly prohibited. If you have received this communication in error, please notify **GODWIN PC** immediately by telephone (800.662.8393) and destroy the original message. Messages sent to and from us may be monitored.

---

**From:** Eric Bensamochan [mailto:eric@eblawfirm.us]
**Sent:** Wednesday, October 19, 2022 2:21 PM
**To:** Scott, Morgan; Cheung, Dixon
**Cc:** Daniel Phelan
**Subject:** Please see attached

Please see the attached letter.

Thank you,
Eric

Eric Bensamochan, Esq. SBN 255482
The Bensamochan Law Firm Inc.
9025 Wilshire Blvd. Suite 215
Beverly Hills, CA. 90211

9

Phone: (818) 574-5740
Fax: (818) 961-0138
eric@eblawfirm.us

Agoura/Westlake Office
30851 Agoura Rd. Suite 114
Agoura Hills, CA. 91301

NO TAX ADVICE: To comply with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained herein (including any attachments), unless specifically stated otherwise, is not intended or written to be used, and cannot be used, for the purposes of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter herein.

Privileged And Confidential Communication.
This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC §§ 2510-2521), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited