# EXHIBIT C

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

ASIM KHAN;

Plaintiff,

vs.                                                    Case No.: 2:21-cv-08681-MFW-AGR

ZORT, INC. AND ADAM IZA;

Defendants

### UNSWORN DECLARATION OF ADAM IZA

1.      "My name is Adam Iza.  I am over twenty-one (21) years of age and fully competent to make this declaration. The facts herein are true and correct and are within my personal knowledge.

2.      I am the Chief Executive Officer (CEO) of Zort, Inc ("Zort").

3.      I understand that I have been ordered by the Court to produce 'the documents regarding (a) Plaintiff's account(s) with Defendants, including but not limited to the whereabouts of Plaintiff's account(s) and any account statements; (b) any funds transferred to Plaintiff's account with Defendants including but not limited to wire transfer receipts and bank statements evidencing such transfers or deposits; and (c) any funds transferred out of Plaintiff's account, including but not limited to wire transfer receipts, bank statements, or other documents showing who received Plaintiff's funds transferred out of Plaintiff's account(s).'

4.      On September 9, 2022, through my attorneys, I subpoenaed all of the records available from Bank of America pertaining to:

1.      All records, account statements, and information for all accounts owned by, belonging to, or associated with Adam Iza, including but not limited to Account #325127058102 since January 1, 2020 through the present;

Unsworn Declaration of Adam Iza                                          Page 1

2.    All records, account statements, and information for all accounts owned by, belonging to, or associated with Zort, Inc., including but not limited to Account #325127058102 since January 1, 2020 through the present;

3.    All records and documents that show any and/or all deposits, withdrawals, investments, and/or transfers made to and from Account # 325127058102 since January 1, 2020 through the present;

4.    All records, documents, and communications related to, referring to, or with Adam Iza concerning Account #325127058102 since January 1, 2020 through the present;

5.    All records, documents, and communications related to, referring to, or with Zort, Inc. concerning Account #325127058102 since January 1, 2020 through the present;

6.    All records, documents, and communications concerning Account #325127058102 since January 1, 2020 through the present;

7.    All signature cards for Account #325127058102;

8.    All records and documents referenced by the signature cards for Account #325127058102;

9.    All records and documents related or referring to the signatures cards for Account #325127058102; and

10.   All records, agreements, documents, and communications concerning any rights of survivorship on Account #325127058102

(the "Subpoenaed Documents").

5.    On October 13, 2022, my attorneys produced the Subpoenaed Documents to Plaintiff Asim Khan. If there were any funds transferred from Plaintiff Asim Khan to either myself directly, or to Zort, these transactions would be reflected in the Subpoenaed Documents.

6..    I am not aware, or otherwise in possession, of any other bank records that would reflect any transfers of money to, or from, Plaintiff Asim Khan.

7.    In addition, I am currently working with Coinbase to assess whether there are more particularized records that may show the type of transfers referenced in this Court's order.

Unsworn Declaration of Adam Iza                                                      Page 2

8.      Finally, after searching Zort's database of users who registered with Zort, it does not appear that Plaintiff Asim Khan has, in fact, registered with Zort. Upon the entering of a protective order, a document showing the complete database of Zort registrations will also be produced.

9.      I declare under penalty of perjury that the foregoing is true and correct."

Executed on November 1, 2022.

<u>_Adam Iza_</u>
Adam Iza

---

Unsworn Declaration of Adam Iza                                             Page 3