# EXHIBIT D



16.    In October 2020, Defendant Zort failed to send any report on Plaintiff's investment in the "Zort Fund". When Plaintiff contacted Defendants regarding this failure, Defendants became evasive and deflected Plaintiff's questions. Plaintiff became very suspicious after these discussions and continued to request regular reports on his investment. However, these reports were not forthcoming for months.



6

## Zort Admin

 **AntiSocialMob** 🛸                                      01:53

You got to many italian mafias watching your story and I got people who are really jealous and envious watching mine. I'm only telling ZORT to close friends and family.

                                                                              01:53



Confirm ^                                                                     01:53

 Zort Admin                                              01:54

Hold on

0xD960471F14d51D39db808C0CA707A1983ABa666D                                    01:55

Send here instead                                                            01:55

Other one already has a big balance                                          01:55

 **AntiSocialMob** 🛸                                     01:59

hmm.

                                                                              01:59





Transactions    Erc20 Token Txns    Analytics    Comments

↓F Latest 10 from a total of 10 transactions

| | Txn Hash | Method ⓘ ▼ | Block ▼ | Age ▼ | From ▼ | | To ▼ | Value | Txn Fee |
|---|---|---|---|---|---|---|---|---|---|
| 👁 | 0x0b04fd84927f8cb180b... | Transfer | 12802991 | 480 days 17 hrs ago | 0xd960471f14d51d39db... | OUT | Coinbase: Miscellaneous | 0.00303796 Ether | 0.000357 |
| 👁 | 0xfcff172e3c13f64b2957... | Transfer | 10094137 | 898 days 13 hrs ago | 0xd960471f14d51d39db... | OUT | 0x6fb424a0d1632baca9... | 0.08396063 Ether | 0.000693 |
| 👁 | 0xaec4c741df05aaa87d... | Transfer | 10071022 | 902 days 4 hrs ago | 0xd960471f14d51d39db... | OUT | 📄 Centre: USD Coin | 0 Ether | 0.00160202 |
| 👁 | 0x6468f28e2ef8bb00482... | Transfer | 10070653 | 902 days 5 hrs ago | 0xd960471f14d51d39db... | OUT | 📄 Centre. USD Coin | 0 Ether | 0.00156635 |
| 👁 | 0x71e991a9b2b1db59a0... | Transfer | 10070109 | 902 days 7 hrs ago | 0xd960471f14d51d39db... | OUT | 📄 Centre: USD Coin | 0 Ether | 0.00174059 |
| 👁 | 0xb18031ffa1a403175a5... | Transfer | 10069826 | 902 days 9 hrs ago | 0xd960471f14d51d39db... | OUT | 📄 Centre: USD Coin | 0 Ether | 0.00174059 |
| 👁 | 0xd255dd3614dfb2e353... | Transfer | 10069826 | 902 days 9 hrs ago | 0xd960471f14d51d39db... | OUT | 📄 Centre: USD Coin | 0 Ether | 0.00174075 |
| 👁 | 0x00ebd5979a97726653... | Transfer | 10069767 | 902 days 9 hrs ago | 0xd960471f14d51d39db... | OUT | 📄 Centre. USD Coin | 0 Ether | 0.00174075 |
| 👁 | 0x5ed742f95442d6bf0e2... | Transfer | 10069452 | 902 days 10 hrs ago | 0xd960471f14d51d39db... | OUT | 📄 Centre: USD Coin | 0 Ether | 0.00174075 |
| 👁 | 0xb9fbffbf57dcab274ef3c... | Transfer | 10069449 | 902 days 10 hrs ago | 0x2049df01fb65af4bf0f0... | IN | 0xd960471f14d51d39db... | 0.1 Ether | 0.00063 |

[ Download CSV Export ⬇ ]

↓F A wallet address is a publicly available address that allows its owner to receive funds from another party. To access the funds in an address, you must have its private key. Learn more about addresses in our Knowledge Base.

## Zort Admin

AntiSocialMob 👽                                                          17:54



Can you confirm.                                                          17:54

Zort Admin                                                               17:54
One sec

0xaB52f8142894D8e13F9D02b5F9fED4766Ac44A46               17:55

AntiSocialMob 👽                                                          17:58

Please confirm.                                                          17:58

Zort Admin                                                               17:58
Yes

AntiSocialMob 👽                                                          17:59



Zort Admin                                                               17:59
I'll check in a min



Sponsored: ○ Nebeus: Manage your FIAT, make payments, invest in Crypto, and HODL. Open your Nebeus account.

# Etherscan

Eth: $1,544.78 (-1.03%) | ☐ 24 Gwei

**Address** 0xaB52f8142894D8e13F9D02b5F9fED4766Ac4A4G

All Filters ⌄   Search by Address / Txn Hash / Block / Token / Ens

Home   Blockchain ⌄   Tokens ⌄   Resources ⌄   More ⌄   🔍 Sign In

Buy ▸   Exchange ▸   Earn ▸   Gaming ▸

| Overview | More info |
|---|---|
| Balance: 0 Ether | ⓘ My Name Tag: Not Available. login to update |
| Ether Value: $0.00 | |
| Token: $0.14 ☐ | |

Ad
ΛΛX
AAX 3rd Anniversary Party  Five bonus surprises awaits
Get easily the rewards up to 1,000,000 USDT.

Transactions   Erc20 Token Txns   Analytics   Comments

⧩ Latest 11 from a total of 11 transactions

| | Txn Hash | Method ⓘ ▼ | Block ▼ | Age ▼ | From ▼ | | To ▼ | Value | Txn Fee |
|---|---|---|---|---|---|---|---|---|---|
| ⧉ | 0x916cc93665d690cb260... | Transfer | 10605507 | 819 days 7 hrs ago | 0xab52f8142894d8e13f9... | OUT | Coinbase: Miscellaneous | 0.08866097 Ether | 0.00484 |
| ⧉ | 0xd7f42636aaa34bb655... | Transfer | 10235986 | 876 days 12 hrs ago | 0xab52f8142894d8e13f9... | OUT | ⧉ Centre: USD Coin | 0 Ether | 0.00202961 |
| ⧉ | 0x76e34c64c6240a5b91... | Transfer | 10229333 | 877 days 13 hrs ago | 0xab52f8142894d8e13f9... | OUT | ⧉ Centre: USD Coin | 0 Ether | 0.00208?6 |

## Get easily the rewards up to 1,000,000 USDT.

Transactions    Erc20 Token Txns    Analytics    Comments

↓F Latest 11 from a total of 11 transactions

| | Txn Hash | Method ⓘ ▼ | Block ▼ | Age ▼ | From ▼ | | To ▼ | Value | Txn Fee |
|---|---|---|---|---|---|---|---|---|---|
| 👁 | 0x918cc93555d50cb280... | Transfer | 10605607 | 819 days 7 hrs ago | 0xab52f8142894d8e13f9... | OUT | Coinbase: Miscellaneous | 0.08866097 Ether | 0.00084 |
| 👁 | 0xd7f42636aaa34bb655... | Transfer | 10235986 | 876 days 12 hrs ago | 0xab52f8142894d8e13f9... | OUT | Centre: USD Coin | 0 Ether | 0.00202961 |
| 👁 | 0x75e34c64d5240d5b91... | Transfer | 10229333 | 877 days 13 hrs ago | 0xab52f8142894d8e13f9... | OUT | Centre: USD Coin | 0 Ether | 0.0020876 |
| 👁 | 0xfccb9b0dd11f4ca7814... | Transfer | 10099679 | 897 days 17 hrs ago | 0xab52f8142894d8e13f9... | OUT | Centre: USD Coin | 0 Ether | 0.0009282 |
| 👁 | 0xcd5b7956c281dee887... | Transfer | 10099611 | 897 days 17 hrs ago | 0xab52f8142894d8e13f9... | OUT | Centre: USD Coin | 0 Ether | 0.0009282 |
| 👁 | 0x6d70c94fbd69bf7aca4... | Transfer | 10099494 | 897 days 17 hrs ago | 0xab52f8142894d8e13f9... | OUT | Centre: USD Coin | 0 Ether | 0.0009282 |
| 👁 | 0x017ef7fe83172ec66f5... | Transfer | 10099480 | 897 days 17 hrs ago | 0xab52f8142894d8e13f9... | OUT | Centre: USD Coin | 0 Ether | 0.0009282 |
| 👁 | 0x6f84cbf9d3afc87ca043... | Transfer | 10099478 | 897 days 17 hrs ago | 0xab52f8142894d8e13f9... | OUT | Centre: USD Coin | 0 Ether | 0.0009384 |
| 👁 | 0x3ee1bbdd56400f64bb... | Transfer | 10099374 | 897 days 18 hrs ago | 0xab52f8142894d8e13f9... | OUT | Centre: USD Coin | 0 Ether | 0.00087019 |
| 👁 | 0x547763580b6bb1457e... | Transfer | 10099322 | 897 days 18 hrs ago | 0xab52f8142894d8e13f9... | OUT | Centre: USD Coin | 0 Ether | 0.00087037 |
| 👁 | 0x7214ac0b0316ba308d... | Transfer | 10099320 | 897 days 18 hrs ago | 0x8c7fa7446b2ac6091e... | IN | 0xab52f8142894d8e13f9... | 0.1 Ether | 0.000315 |

[ Download CSV Export ⬇ ]

🔍 A wallet address is a publicly available address that allows its owner to receive funds from another party. To access the funds in an address, you must have its private key. Learn more about addresses in our Knowledge Base.

Case 2:21-cv-08681-MWF-AGR    Document 53-4    Filed 11/03/22    Page 9 of 19    Page ID #:291

# Blockchain.com

Wallet    Exchange    **Explorer**

Buy Bitcoin    Trade

Home
Prices
Charts
DeFi
NFTs
Academy
Developers

Assets

Bitcoin
Ethereum
Bitcoin Cash
BTC Testnet
BCH Testnet

Blockchain.com

Wallet
Exchange

Explorer > Bitcoin Explorer ▾ > Address

USD ▾

Search your transaction, an address or a block

## Address ⓘ

USD    BTC

This address has transacted 2 times on the Bitcoin blockchain. It has received a total of 0.81578236 BTC ($16,523.93) and has sent a total of 0.81578236 BTC ($16,523.93). The current value of this address is 0.00000000 BTC ($0.00).

| | |
|---|---|
| Address | 3NeRs5trGDKRiBAEqPgaze5uT1WUqBYskQ |
| Format | BASE58 (P2SH) |
| Transactions | 2 |
| Total Received | 0.81578236 BTC |
| Total Sent | 0.81578236 BTC |
| Final Balance | 0.00000000 BTC |

## Transactions ⓘ

| | | | |
|---|---|---|---|
| Fee | 0.00097953 BTC<br>(59.222 sat/B - 15.583 sat/WU - 1654 bytes)<br>(62.311 sat/vByte - 1572 virtual bytes) | | -0.81578236 BTC |
| Hash | 60dac55b46434d02b9b58a2b07066e6a3b29ff54c85d41748c7d887c9a9f6c69 | | 2020-09 |
| | 3NeRs5trGDKRiBAEqPgaze5uT1WUqBYskQ    0.81578236 BTC ⊕➡ | 3JGBirY5tmroXACh7xrMJqqcWjG386HP7o | 0.00192239 BTC ⊕ |

**Blockchain**.com    Wallet    Exchange    **Explorer**

[Buy Bitcoin]  [Trade]

Charts

DeFi

NFTs

Academy

Developers

Assets

Bitcoin

Ethereum

Bitcoin Cash

BTC Testnet

BCH Testnet

Blockchain.com

Wallet

Exchange

## Summary ⓘ

USD  [BTC]

| | | |
|---|---|---|
| Fee | 0.00014364 BTC<br>(42.247 sat/B - 20.174 sat/WU - 340 bytes)<br>(80.697 sat/vByte - 178 virtual bytes) | 0.81578236 BTC |
| Hash | 50f9630b995eab6095c7228fa8d693ef3f81c1c461446a4caa70385f5960bbfb 🗑 | 2020-09-17 13:58 |
| | bc1qsawxsgv0q4nq57kq8ku2yew559wu6e7y4jl5kq   0.39918100 BTC ⬡➡  3NeRs5trGDKRiBAEqPgaze5uT1WUqBYskQ | 0.81578236 BTC ⬡ |
| | bc1qsawxsgv0q4nq57kq8ku2yew559wu6e7y4jl5kq   0.41674500 BTC ⬡ | |

This transaction was first broadcast to the Bitcoin network on September 17, 2020 at 1:58 PM PDT. The transaction currently has 112,764 confirmations on the network. At the time of this transaction, 0.81578236 BTC was sent with a value of $8,923.33. The current value of this transaction is now $16,533.13. Learn more about how transactions work.

## Details ⓘ

| | |
|---|---|
| Hash | 50f9630b995eab6095c7228fa8d693ef3f81c1c461446a4caa70385f5960bbfb |
| Status | Confirmed |
| Received Time | 2020-09-17 13:58 |
| Size | 340 bytes |
| Weight | 712 |
| Included in Block | 648806 |
| Confirmations | 112,764 |

**Blockchain.com**    Wallet    Exchange    **Explorer**    Buy Bitcoin    Trade

## Inputs ⓘ

HEX    ASM

| | | | | |
|---|---|---|---|---|
| Index | 0 | | Details | Output |
| Address | bc1qsawxsgv0q4nq57kq8ku2yew559wu6e7y4jl5kq 🗐 | | Value | 0.39918100 BTC |
| Pkscript | OP_0 875c68218f05660a7ac03db8a265d4a15dcd67c4 | | | |
| Sigscript | | | | |
| Witness | 3044022028d8f893fbeb4b9f5ee12e5c44c6cd02ce6396f5618222ffda946f15a2e7607f022007fee999437e54c1a8831059fab78fa4e25bcf2b69815b51422cf7acce142b0701 036465139da6fc87484ff2adb6794bdeef422f887b4220323853d1ca0830491bb8 | | | |

| | | | | |
|---|---|---|---|---|
| Index | 1 | | Details | Output |
| Address | bc1qsawxsgv0q4nq57kq8ku2yew559wu6e7y4jl5kq 🗐 | | Value | 0.41674500 BTC |
| Pkscript | OP_0 875c68218f05660a7ac03db8a265d4a15dcd67c4 | | | |
| Sigscript | | | | |
| Witness | 3044022048f8461e7b67841d12277ee29547129984300175d3c8526c99bd2ddcb85584860220306b1b05307bbb9404791cf41d4fda6dba9c5e828c89ae971e3dc7bbd491830d01 036465139da6fc87484ff2adb6794bdeef422f887b4220323853d1ca0830491bb8 | | | |

Case 2:21-cv-08681-MWF-AGR   Document 53-4   Filed 11/03/22   Page 12 of 19   Page ID #:294

# Blockchain.com

Wallet   Exchange   **Explorer**

Buy Bitcoin   Trade

- Home
- Prices
- Charts
- DeFi
- NFTs
- Academy
- Developers

Assets

- Bitcoin
- Ethereum
- Bitcoin Cash
- BTC Testnet
- BCH Testnet

Blockchain.com

- Wallet

Explorer  >  Bitcoin Explorer ▾  >  Address

USD ▾   Search your transaction, an address or a block

## Address ⓘ

USD | **BTC**

This address has transacted 11 times on the Bitcoin blockchain. It has received a total of 5.34816214 BTC ($108,359.06) and has sent a total of 5.34816214 BTC ($108,359.06). The current value of this address is 0.00000000 BTC ($0.00).

| | |
|---|---|
| Address | bc1qsawxsgv0q4nq57kq8ku2yew559wu6e7y4jl5kq |
| Format | BECH32 (P2WPKH) |
| Transactions | 11 |
| Total Received | 5.34816214 BTC |
| Total Sent | 5.34816214 BTC |
| Final Balance | 0.00000000 BTC |

## Transactions ⓘ

Fee   0.00012884 BTC
(67.455 sat/B - 29.483 sat/WU - 191 bytes)
(117.127 sat/vByte - 110 virtual bytes)

-0.51563250 BTC

**◆ Blockchain**.com    Wallet    Exchange    **Explorer**    [Buy Bitcoin]  [Trade]

Ⓑ BTC Testnet

Ⓑ BCH Testnet

Blockchain.com

🗄 Wallet

🗄 Exchange

## Transactions ⓘ

| | | | | |
|---|---|---|---|---|
| Fee | 0.00012884 BTC<br>(67.455 sat/B - 29.483 sat/WU - 191 bytes)<br>(117.127 sat/vByte - 110 virtual bytes) | | | -0.51563250 BTC |
| Hash | e390347e9b620f56404f63fe85c2010161b2bff9c3bc1f488dab4b0f73029af8 | | | 2021-01-05 22:47 |
| | bc1qsawxsgv0q4nq57kq8ku2yew559wu6e7y4jl5kq | 0.51563250 BTC ⊕➡ | bc1qdee6nqf3tv6ugw9mdxagcd275qf3clj5cq8u7h | 0.51550366 BTC ⊕ |

| | | | | |
|---|---|---|---|---|
| Fee | 0.00380100 BTC<br>(93.991 sat/B - 25.030 sat/WU - 4044 bytes)<br>(100.105 sat/vByte - 3797 virtual bytes) | | | +0.51563250 BTC |
| Hash | 19d48db491129ed8cab49c99cbdeadae70fc741d9ca52fdac385ede7e90fdec9 | | | 2021-01-05 22:26 |
| | bc1qrqtne23c79xdxkf9jd0w4sv9xyagljjyrsx4vt | 0.00000547 BTC ⊕➡ | 3CLuC5H3Q56Z7pKR1bEsB1Bdu4h9FEdKYh | 0.20823975 BTC ⊕ |
| | bc1qjvms6wy2q3vx82j4r2luaevnd5ygywlj0cjauy | 0.00856373 BTC ⊕ | 34nkKUnKLv7nsMMqRPoEegPo3SZQYtfGxk | 0.01790000 BTC ⊕ |
| | 1NDyJtNTjmwk5xPNhjgAMu4HDHigtobu1s | 29.41016383 BTC ⊕ | bc1qlrsydecalxk78xcjlltgdt902esauffjmgucfs | 0.00497581 BTC ⊕ |
| | 1NDyJtNTjmwk5xPNhjgAMu4HDHigtobu1s | 100.00000000 BTC ⊕ | 3DmzTtE2jc8ko9excUc3zUxNiSDfPq2stG | 0.07458976 BTC ⊕ |
| | 1NDyJtNTjmwk5xPNhjgAMu4HDHigtobu1s | 48.49737361 BTC ⊕ | 35RtcLTpLzTCShyKvE1Fisx6k2CJgHtuKk | 0.00776600 BTC ⊕ |
| | bc1qpvrf2w2h3fp9w54rr66ktf2hujgcyakztu4qaw | 0.00691464 BTC ⊕ | bc1qu50zd7xyyq6cjl7j4q8duegce76v9eut4g8x5h | 0.02055733 BTC ⊕ |
| | 1NDyJtNTjmwk5xPNhjgAMu4HDHigtobu1s | 1.79343676 BTC ⊕ | 1EHEDLNJzUioX8dtYk59tPpBFdTMa3rXei | 0.00140000 BTC ⊕ |
| | | | 3Jn85C75BxmmZj6X1UPtixoWRyjXSdpNYi | 0.00545803 BTC ⊕ |
| | | | 39ziZZ7SMnEw578vhbpe9xoRzsUM3pwPom | 0.15320000 BTC ⊕ |
| | | | 3NF3aU2W8cRBseaPxJuz56sNMZJAQdcs8F | 0.02268878 BTC ⊕ |

Load more outputs... (82 remaining)

Blockchain.com    Wallet    Exchange    **Explorer**                    Buy Bitcoin    Trade

| Fee | 0.00020064 BTC (58.839 sat/B - 28.259 sat/WU - 341 bytes) (112.719 sat/vByte - 178 virtual bytes) | | | -0.15881568 BTC |
|---|---|---|---|---|
| Hash | 96b66293fbc2a4c4e3bcd3fa76c2a9498b2cdb03ef986679e42b79c510d5a09d | | | 2021-01-05 22:26 |
| | bc1qsawxsgv0q4nq57kq8ku2yew559wu6e7y4jl5kq | 0.02873818 BTC ⊕➡ | bc1qdee6nqf3tv6ugw9mdxagcd275qf3clj5cq8u7h | 0.15861504 BTC ⊕ |
| | bc1qsawxsgv0q4nq57kq8ku2yew559wu6e7y4jl5kq | 0.13007750 BTC ⊕ | | |

| Fee | 0.00378700 BTC (93.970 sat/B - 25.010 sat/WU - 4030 bytes) (100.026 sat/vByte - 3786 virtual bytes) | | | +0.13007750 BTC |
|---|---|---|---|---|
| Hash | 0f5842b579b0a01cb610b674ebec6b3337e4bda9746695d85c5bcfd8c38704c8 | | | 2021-01-05 21:55 |
| | bc1qyrt86mzkqft0c2k4kwl54lnt3vgzws5mhnlqsz | 0.00634714 BTC ⊕➡ | 1LSYUDirPQgKpcetm4WiYkzFasL3Eopc7i | 0.14627621 BTC ⊕ |
| | bc1q6f3dgy8gylvjt5e82ct3euwuf56gwfr7eqj89r | 0.00665794 BTC ⊕ | 1NoNbB31opZmo6EA9wj5HPcseziYYJbKv3 | 0.49262838 BTC ⊕ |
| | 1NDyJtNTjmwk5xPNhjgAMu4HDHigtobu1s | 33.99639038 BTC ⊕ | bc1qumw4093kyc0xkqrlqz0muxtw0tw5cnqhyvhp... | 0.00763885 BTC ⊕ |
| | bc1q9ymlel6ep8a5mf3362g2dsn5f4ppchpxznmctm | 0.00922074 BTC ⊕ | 3QwQUAGK2vn2VTUhTKr1XnyYDV621dDQ2G | 0.13400000 BTC ⊕ |
| | 1NDyJtNTjmwk5xPNhjgAMu4HDHigtobu1s | 5.96518578 BTC ⊕ | bc1q9laj0lhqry0vpfyh5frtnu995e68ev93g76c3r | 0.00824000 BTC ⊕ |
| | | | 38HWDMvcfgphnd3cs7rbGJr52fNk7bqtw3 | 0.16611350 BTC ⊕ |
| | | | bc1qa3ptwku7gxz99h29hvz4j72egwmf6vly6mae7x | 0.00264300 BTC ⊕ |
| | | | 38BBRcsPL4NfUrP4kC75m4pvjwq8ZJULPB | 0.07602600 BTC ⊕ |
| | | | 1NhmX7GFozZKLJcGFqgFuF8ESkgyZZCd1w | 0.01880485 BTC ⊕ |
| | | | 3JiDnVhWxFARPXLkNzQMEvmnr3SyP9Eo5k | 0.02208761 BTC ⊕ |

Load more outputs... (91 remaining)

Blockchain.com    Wallet    Exchange    **Explorer**    Buy Bitcoin    Trade

- BTC Testnet
- BCH Testnet

Blockchain.com

- Wallet
- Exchange

## Transactions ⓘ

| Fee | 0.00015898 BTC (70.658 sat/B - 27.745 sat/WU - 225 bytes) (110.403 sat/vByte - 144 virtual bytes) | | | -0.17785648 BTC |
|---|---|---|---|---|
| Hash | c18a3aa7c236333a9cc95d1c1fcf00b54526f2d6fd57c317b8e67fad9586bc38 | | | 2020-12-28 17:32 |
| | bc1qsawxsgv0q4nq57kq8ku2yew559wu6e7y4jl5kq | 0.20687222 BTC → | bc1qsawxsgv0q4nq57kq8ku2yew559wu6e7y4jl5kq | 0.02901574 BTC |
| | | | 1KKBd8GE5k3okL2ddzm5oVJreuHb4UNLw2 | 0.17769750 BTC |
| Fee | 0.00021255 BTC (94.049 sat/B - 37.030 sat/WU - 226 bytes) (147.604 sat/vByte - 144 virtual bytes) | | | -3.41502778 BTC |
| Hash | e64f1cd73f8db09474e1eaa32fb7dd627d699077ee78a7b2040d084530d8885a | | | 2020-12-23 13:3 |
| | bc1qsawxsgv0q4nq57kq8ku2yew559wu6e7y4jl5kq | 3.62190000 BTC → | 16fDvpiUWAZ5QLZ6wSfmuxG2hckWZWF4sa | 3.41481523 BTC |
| | | | bc1qsawxsgv0q4nq57kq8ku2yew559wu6e7y4jl5kq | 0.20687222 BTC |

Blockchain.com   Wallet   Exchange   **Explorer**   Buy Bitcoin   Trade

| | | | |
|---|---|---|---|
| Fee | 0.00014364 BTC<br>(42.247 sat/B – 20.174 sat/WU – 340 bytes)<br>(80.697 sat/vByte – 178 virtual bytes) | | -0.81592600 BTC |

| | | | | |
|---|---|---|---|---|
| Hash | 50f9630b995eab6095c7228fa8d693ef3f81c1c461446a4caa70385f5960bbfb | | | 2020-09-17 13:58 |
| | bc1qsawxsgv0q4nq57kq8ku2yew559wu6e7y4jl5kq | 0.39918100 BTC ➡ | 3NeRs5trGDKRiBAEqPgaze5uT1WUqBYskQ | 0.81578236 BTC |
| | bc1qsawxsgv0q4nq57kq8ku2yew559wu6e7y4jl5kq | 0.41674500 BTC ➡ | | |

| | | | |
|---|---|---|---|
| Fee | 0.00364100 BTC<br>(100.055 sat/B – 25.014 sat/WU – 3639 bytes) | | +0.39918100 BTC |

| | | | | |
|---|---|---|---|---|
| Hash | 3d4a7ca8fd520bb32e08c3c70460298f1443d50885e488f63e9787120e765ebf | | | 2020-09-17 13:32 |
| | 1NDyJtNTjmwk5xPNhjgAMu4HDHigtobu1s | 6.61287856 BTC ➡ | bc1q4zcysmsea3ss0xg2sp8jw46z44vkglm7h8cj4s | 0.00220479 BTC |
| | 1NDyJtNTjmwk5xPNhjgAMu4HDHigtobu1s | 25.79007253 BTC | bc1qnn4ltx08czp7etep97h2ug5cv9cgnxgt395ywv | 0.02060000 BTC |
| | 1NDyJtNTjmwk5xPNhjgAMu4HDHigtobu1s | 23.46371500 BTC | bc1q53q2ss0zcffn3rvf84t2usr6s8l7yhtfk4ag24 | 0.00765917 BTC |
| | | | 3M3iNr55o1LoB32tNfewWsiis6f9x6ZbAW | 0.02194680 BTC |
| | | | 3CRXMtci7LKxES4aV1ej9gLZQ2svxsfmVo | 0.17657400 BTC |
| | | | 14rysnVqVGYcQAC92r5hc3EtJBpVZV3Urz | 0.02338819 BTC |
| | | | 1Q5NhpfajrtKouedbn26LcoYGRLbodXk2a | 0.00422759 BTC |
| | | | bc1qgp8cmmwd44lgn87gqw5f5kxzugvm6hvg35x... | 0.02207200 BTC |
| | | | 16pQHFHTm4mGkThFH8EPXv2J26dxkKVDtT | 0.01409000 BTC |
| | | | 1FZEeWJxykwZVLGSQvoSYZHWh8AHWh1Q7 | 1.05484161 BTC |

Load more outputs... (88 remaining)



**Blockchain**.com   Wallet   Exchange   **Explorer**                    Buy Bitcoin   Trade

Assets

Bitcoin

Ethereum

Bitcoin Cash

BTC Testnet

BCH Testnet

Blockchain.com

Wallet

Exchange

| | |
|---|---|
| Transactions | 11 |
| Total Received | 5.34816214 BTC |
| Total Sent | 5.34816214 BTC |
| Final Balance | 0.00000000 BTC |

## Transactions

| | | |
|---|---|---|
| Fee | 0.00126215 BTC<br>(79.681 sat/B - 36.744 sat/WU - 1584 bytes)<br>(146.932 sat/vByte - 859 virtual bytes) | +0.41674500 BTC |
| Hash | 1e3456f391b97a67fa3d716f48e46b9f621ae587512c1a8674f28856f29cb1e2 | 2020-09-17 13:32 |

| | | | |
|---|---|---|---|
| 3EDj6pdS4PmtnNRUTJjZNdnYetnutLdEjV | 0.10082889 BTC | bc1qsawxsgv0q4nq57kq8ku2yew559wu6e7y4jl5kq | 0.41674500 BTC |
| 3G8yiKdgKiDapsMBgfSNYoznqNmBA1Vgt7 | 0.08441937 BTC | | |
| 3G8yiKdgKiDapsMBgfSNYoznqNmBA1Vgt7 | 0.05616562 BTC | | |
| 32xa6raK7CtUb8fPbFHux9vQKZ7DqNLYb3 | 0.05381325 BTC | | |
| 3CyTfeCrbauP9qiF9cUg1iKX99E5CMKzkW | 0.03718868 BTC | | |
| 33tzkfL7kFgegX1FsFTmiQ9ccLNTxBBvcT | 0.03500524 BTC | | |
| 39ZExeKiZ3i6QXdhN5ZpWoRaGYscaf2bWy | 0.03200625 BTC | | |
| 3GtU7zFWYXzJwZL4QVECZjPJg1M3jUGAmp | 0.01510419 BTC | | |
| 3BRws2DB7t7bbrkLDjj4jBS47Q4i7oWKv7 | 0.00347566 BTC | | |



↓F Latest 16 from a total of 16 transactions

| | Txn Hash | Method ⓘ | Block | Age | From | | To | Value | Txn Fee |
|---|---|---|---|---|---|---|---|---|---|
| 👁 | 0x27180a870276ecb6c3... | Transfer | 12826180 | 477 days 19 mins ago | 0xd2336f96db745fd5615... | OUT | Coinbase: Miscellaneous | 0.00233742 Ether | 0.000882 |
| 👁 | 0x175a28e308deb90bdd... | Transfer | 11072199 | 747 days 8 hrs ago | 0xd2336f96db745fd5615... | OUT | 0xfbf005b116449cfa8bcb... | 0.007568 Ether | 0.000609 |
| 👁 | 0x9e1d6f61c6dd6a8bdb... | Transfer | 10865324 | 779 days 8 hrs ago | 0xd2336f96db745fd5615... | OUT | 0xe6fb0b8af9c912e08dd... | 0.14532281 Ether | 0.004683 |
| 👁 | 0x6cd66129781b904205... | Transfer | 10864097 | 779 days 13 hrs ago | 0xd2336f96db745fd5615... | OUT | 🖹 Centre: USD Coin | 0 Ether | 0.00806619 |
| 👁 | 0x454745b44daf8dd9d7... | Transfer | 10863777 | 779 days 14 hrs ago | 0xd2336f96db745fd5615... | OUT | 🖹 Centre: USD Coin | 0 Ether | 0.00745953 |
| 👁 | 0xdcb3d38280fccd6846d... | Transfer | 10863749 | 779 days 14 hrs ago | 0xd2336f96db745fd5615... | OUT | 🖹 Centre: USD Coin | 0 Ether | 0.00740214 |
| 👁 | 0x455fe0069bde917000... | Transfer | 10863749 | 779 days 14 hrs ago | 0xd2336f96db745fd5615... | OUT | 🖹 Centre: USD Coin | 0 Ether | 0.00740214 |
| 👁 | 0x5e4b7753ebb9c05274... | Transfer | 10863749 | 779 days 14 hrs ago | 0xd2336f96db745fd5615... | OUT | 🖹 Centre: USD Coin | 0 Ether | 0.00745953 |
| 👁 | 0x88f14b188eed886461... | Transfer | 10863703 | 779 days 15 hrs ago | 0xd2336f96db745fd5615... | OUT | 🖹 Centre: USD Coin | 0 Ether | 0.00717412 |
| 👁 | 0x9400c92cff8023515f0c... | Transfer | 10863698 | 779 days 15 hrs ago | 0xd2336f96db745fd5615... | OUT | 🖹 Centre: USD Coin | 0 Ether | 0.00711673 |
| 👁 | 0x9a380e956d79f50122... | Transfer | 10863695 | 779 days 15 hrs ago | 0xd2336f96db745fd5615... | OUT | 🖹 Centre: USD Coin | 0 Ether | 0.00711375 |
| 👁 | 0xe59636f6aaa2b1542a... | Transfer | 10863685 | 779 days 15 hrs ago | 0xd2336f96db745fd5615... | OUT | 🖹 Centre: USD Coin | 0 Ether | 0.00711524 |
| 👁 | 0xcb2e307303c19bf100... | Transfer | 10863679 | 779 days 15 hrs ago | 0xd2336f96db745fd5615... | OUT | 🖹 Centre: USD Coin | 0 Ether | 0.00711673 |
| 👁 | 0xa784229577b15b9438... | Transfer | 10863657 | 779 days 15 hrs ago | 0xd2336f96db745fd5615... | OUT | 🖹 Centre: USD Coin | 0 Ether | 0.00711375 |
| 👁 | 0xd599efcc9a74ded576... | Transfer | 10863626 | 779 days 15 hrs ago | 0xd2336f96db745fd5615... | OUT | 🖹 Centre: USD Coin | 0 Ether | 0.00705786 |
| 👁 | 0x90c1e94b963f74c104... | Transfer | 10863625 | 779 days 15 hrs ago | 0x3d784f7f41db043e084... | IN | 0xd2336f96db745fd5615... | 0.25 Ether | 0.002583 |