# EXHIBIT E

≡ BALANCES     ⊕ DEPOSITS     ⊘ WITHDRAWALS

| Date | Asset | Quantity | Amount | Status |
|------|-------|----------|--------|--------|
| Oct 28, 2020 - 07:23:10 pm CDT | USD | 5500 | $5,500.00 | ✓ |
| Oct 22, 2020 - 08:19:22 pm CDT | USD | 1000 | $1,000.00 | ✓ |
| Sep 17, 2020 - 06:25:28 pm CDT | USDC | 200000 | $200,000.00 | ∧ |

fee: 0

subtotal: 200000

Destination Address: 0x768969888a3c8F9C6b6D1fb496c3c8CdEO7C5b5b

Transaction Hash: 76f29dad8b755625b241f536906fa45f0db65ab1a39a995bd9f02509e9bd6ca3

| Date | Asset | Quantity | Amount | Status |
|------|-------|----------|--------|--------|
| Sep 15, 2020 - 08:34:19 pm CDT | USDC | 50000 | $50,000.00 | ✓ |
| Sep 15, 2020 - 08:32:45 pm CDT | USDC | 250000.29476 | $250,000.29 | ✓ |
| Sep 14, 2020 - 08:16:13 pm CDT | USDC | 50000 | $50,000.00 | ✓ |
| Sep 14, 2020 - 08:06:10 pm CDT | USDC | 300000 | $300,000.00 | ✓ |
| Sep 07, 2020 - 11:35:41 am CDT | USD | 2500 | $2,500.00 | ✓ |