Eric Bensamochan, Esq.   SBN 255482
THE BENSAMOCHAN LAW FIRM, INC.
9025 Wilshire Blvd. Suite 215
Beverly Hills, California 90211
Tel.  (818) 574-5740
Fax. (818) 961-0138
Email: eric@eblawfirm.us

Attorney for Plaintiff
Asim Khan

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASIM KHAN,<br><br>                    Plaintiff,<br><br>vs.<br><br><br><br>ZORT, INC., ADAM IZA, and IRIS AU,<br><br><br><br><br><br>                    Defendants. | Case No. 2:21-cv-08681-MFW-AGR<br><br>**PLAINTIFF ASIM KHAN'S DECLARATION REGARDING CRYPTOCURRENCY TRANSACTIONS TO DEFENDANTS** |

**TO THE HONORABLE ALICIA G. ROSENBERG, UNITED STATES MAGISTRATE JUDGE, DEFENDANTS AND THEIR ATTORNEY OF RECORD:**

   Plaintiff Asim Khan, through and by counsel hereby submits this declaration regarding cryptocurrency transactions to Defendants pursuant to this Court's Minute Order dated November 4, 2022, (Docket No. 54) as follows:

///

///

# DECLARATION OF ASIM KHAN

I, Asim Khan, do hereby declare that all of the following is true and correct to the best of my personal knowledge and if called upon as a witness I could and would competently testify to the truthfulness of all of the below statements.

1. I am the Plaintiff in the above-captioned case and therefore have personal knowledge of the facts set forth in this declaration.

2. That pursuant to this Court's minute order I have been asked to provide documentation of the transfers of cryptocurrency that I made to Defendants Zort, Inc., and or Adam Iza.

## Definitions

3. "USDC" in this declaration means "United States Dollar Coin" which is a cryptocurrency that has a 1:1 transfer rate between 1 United States Dollar and 1 United States Dollar Coin. It is a common way to convert US Dollars into cryptocurrency.

    a. Independent information regarding USDC can be found at: https://www.investopedia.com/usd-coin-5210435

4. "Coinbase" referred to in this declaration is a platform for buying and selling cryptocurrencies. I have a Coinbase account under the alias (or "screen name" in common parlance) "AntiSocialMob."

    a. Independent information regarding Coinbase can be found at: https://www.investopedia.com/tech/coinbase-what-it-and-how-do-you-use-it/

5. "Telegram" is an application ("app") for sending and receiving messages and phone calls.

    a. Independent information regarding Telegram can be found at: https://www.businessinsider.com/guides/tech/what-is-telegram

6. "Etherscan" is a website which allows users to input cryptocurrency identification numbers such as a Transaction ID number ("Hash") or Destination Wallet Address and obtain reports based on those ID numbers. Given the nature of

cryptocurrency and the underlying technology known as the blockchain all transactions are public and traceable so long as one knows the identification numbers. The website for Etherscan is: https://etherscan.io/

### Conversation with Defendants

7. During the course of events contained in this declaration I was communicating with Defendants via the Telegram messaging App. My screen name in Telegram is "AntiSocialMob." In these conversations I was communicating with the screen names "ZORT" and "Zort Admin." I believe these screen names to be Defendant Adam Iza or someone acting on behalf of Defendants Adam Iza and Zort, Inc. In the Telegram conversation attached hereto as **Exhibit "1"** I say, "Idek your name" which is short for "I don't even know your name." Zort Admin responds, "Adam."

### Monthly Subscription Transactions with Defendants

8. When I initially started investing with Defendants it was through a monthly subscription service.

9. My first subscription payment was for February of 2020, for 2 Bitcoin.

10. Attached hereto as **Exhibit "2"** is a Telegram conversation with Zort Admin dated on or about February 10, 2020, where Zort Admin provides me with a Coinbase link to make my first payment.

11. This conversation shows that I sent the transaction, Defendant confirms receipt, and then opens my Zort account and sends me the login credentials.

12. Attached hereto as **Exhibit "3"** is a screenshot from my Coinbase account showing the destination address and transaction hash for the February 10, 2020, transaction.

13. My second subscription payment was for April of 2020, for 22,000 USDC.

14. Attached hereto as **Exhibit "4"** is a Telegram conversation with Zort Admin from on or about April 3, 2020, where Zort Admin provides me with a Coinbase link to make my second payment.

15. For the second payment that was made, I initially sent a test transaction of $1 USDC first before sending the remaining $21,999.

16. Attached hereto as **Exhibit "5"** is a screenshot from my Coinbase account showing the destination addresses and transaction hashes for the April 3, 2020, transactions.

17. The Destination Address is: 0x8785600116673f6dfbdb1ec55d0df838917c60fa

18. The Hash for the 1 USDC transaction is: 26357f393498c69257cb351546453f1185856ec496458c818fe2b6198a8e6374

19. The Hash for the 21,999 USDC transaction is: 08205ea5960026bd0978b64aa41f1f266b0a6e5a74eec8c5ccf3c2b2dd65025b

20. Using Etherscan we can gain independent information about these transactions.

    a. Attached hereto as **Exhibit "6"** is a PDF printout from Etherscan after searching the Destination Address listed above. Link to this search is: https://etherscan.io/token/0xa0b86991c6218b36c1d19d4a2e9eb0ce3606eb48?a=0x8785600116673f6dfbdb1ec55d0df838917c60fa

    b. Attached hereto as **Exhibit "7"** is a PDF printout from Etherscan after searching the Hash for the 1 USDC listed above. Link to this search is: https://etherscan.io/tx/0x26357f393498c69257cb351546453f1185856ec496458c818fe2b6198a8e6374

    c. Attached hereto as **Exhibit "8"** is a PDF printout from Etherscan after searching the Hash for the 21,999 USDC listed above. Link to this search is:

https://etherscan.io/tx/0x08205ea5960026bd0978b64aa41f1f266b0a6e5a74eec8c5ccf3c2b2dd65025b

21. My third subscription payment was for May of 2020, for 22,000 USDC.

22. Attached hereto as **Exhibit "9"** is a Telegram conversation with Zort Admin from on or about May 3, 2020, where Zort Admin provides me with a Coinbase link to make my third payment.

23. Attached hereto as **Exhibit "10"** is a screenshot from my Coinbase account showing the destination address and transaction hash for the May 3, 2020, transaction.

24. Using Etherscan we can gain independent information about this transaction.

   a. Attached hereto as **Exhibit "11"** is a PDF printout from Etherscan after searching the Hash listed above. Link to this search is:

   https://etherscan.io/tx/0xdac26ca6392cb66e63414fe207dc579e758b71adc89f96736ad9d6494469da4b

   b. Attached hereto as **Exhibit "12"** is a PDF printout from Etherscan after searching the Destination Address listed above. Link to this search is:

   https://etherscan.io/token/0xa0b86991c6218b36c1d19d4a2e9eb0ce3606eb48?a=0xd70e1eed6de06f60947e419dddbba045fe55b0bf

**Annual Subscription Transactions with Defendants**

25. After these three, monthly installments Defendants recommended that I move to an annual subscription that would be at a discounted rate of $215,000. See the Telegram conversation attached hereto as **Exhibit "13."**

26. This $215,000 was sent in 5 separate transactions.

27. The first transaction was for 5 bitcoin on May 14, 2020. The telegram conversation where Defendant provided me with the Destination address is attached hereto as **Exhibit "14."**

28. A screenshot from my Coinbase account showing the Destination address and Transaction Hash is attached hereto as **Exhibit "15."**

29. The second transaction was for 46,442 USDC on May 15, 2020. The telegram conversation where Defendant provided me with the Destination address is attached hereto as **Exhibit "16."**

30. A screenshot from my Coinbase account showing the Destination address and Transaction Hash is attached hereto as **Exhibit "17."**

31. The Destination Address is: 0xD960471F14d51D39db808C0CA707A1983ABa666D

32. The Transaction Hash is: 5103fdeccb9b40c4867e6057876d142c0e4d675ed7e02eeb2b51e4fbf40d4b6c

33. Using Etherscan we can gain independent information about this transaction.

    a. Attached hereto as **Exhibit "18"** is a PDF printout from Etherscan after searching the Hash listed above. Link to this search is:

    https://etherscan.io/tx/0x5103fdeccb9b40c4867e6057876d142c0e4d675ed7e02eeb2b51e4fbf40d4b6c

    b. Attached hereto as **Exhibit "19"** is a PDF printout from Etherscan after searching the Destination Address listed above. Link to this search is:

    https://etherscan.io/token/0xa0b86991c6218b36c1d19d4a2e9eb0ce3606eb48?a=0xD960471F14d51D39db808C0CA707A1983ABa666D

34. The third transaction was for 45,805 USDC on May 15, 2020. The telegram conversation where Defendant provided me with the Destination address is attached hereto as **Exhibit "20."**

35. A screenshot from my Coinbase account showing the Destination address and Transaction Hash is attached hereto as **Exhibit "21."**

36. The Destination Address is: 0x310626c412811354024B3cEc7F222743c89CD58B

37. The Transaction Hash is: 43bd9b5d58d50ab9d3d306b0c9bc03134f8501114badf9aa5955c5640627cc69

38. Using Etherscan we can gain independent information about this transaction.

    a. Attached hereto as **Exhibit "22"** is a PDF printout from Etherscan after searching the Hash listed above. Link to this search is:
    
    https://etherscan.io/tx/0x43bd9b5d58d50ab9d3d306b0c9bc03134f8501114badf9aa5955c5640627cc69

    b. Attached hereto as **Exhibit "23"** is a PDF printout from Etherscan after searching the Destination Address listed above. Link to this search is:
    
    https://etherscan.io/token/0xa0b86991c6218b36c1d19d4a2e9eb0ce3606eb48?a=0x310626c412811354024B3cEc7F222743c89CD58B

39. The Fourth transaction was for 50,000 USDC on May 18, 2020. The telegram conversation where Defendant provided me with the Destination address is attached hereto as **Exhibit "24."**

40. A screenshot from my Coinbase account showing the Destination address and Transaction Hash is attached hereto as **Exhibit "25."**

41. The Destination Address is: 0x91F7108608aB5dD946FD1A0Aa87848D2CdDA6952

42. The Transaction Hash is: 9ab75a94f8d1c9535762da6c5a675a2da8c186bd580951c60af82a55c87c218c

43. Using Etherscan we can gain independent information about this transaction.

    a. Attached hereto as **Exhibit "26"** is a PDF printout from Etherscan after searching the Hash listed above. Link to this search is:

    https://etherscan.io/tx/0x9ab75a94f8d1c9535762da6c5a675a2da8c186bd580951c60af82a55c87c218c

    b. Attached hereto as **Exhibit "27"** is a PDF printout from Etherscan after searching the Destination Address listed above. Link to this search is:

    https://etherscan.io/token/0xa0b86991c6218b36c1d19d4a2e9eb0ce3606eb48?a=0x91F7108608aB5dD946FD1A0Aa87848D2CdDA6952

44. The Fifth transaction was for 24,237 USDC on May 19, 2020. The telegram conversation where Defendant provided me with the Destination address is attached hereto as **Exhibit "28."**

45. A screenshot from my Coinbase account showing the Destination address and Transaction Hash is attached hereto as **Exhibit "29."**

46. The Destination Address is: 0xaB52f8142894D8e13F9D02b5F9fED4766Ac44A46

47. The Transaction Hash is: 0628ac2cea235693c4a519eb2e540a51472ac176f461868856ffc2322af5a946

48. Using Etherscan we can gain independent information about this transaction.

    a. Attached hereto as **Exhibit "30"** is a PDF printout from Etherscan after searching the Hash listed above. Link to this search is:

1   https://etherscan.io/tx/0x0628ac2cea235693c4a519eb2e540a51
2   472ac176f461868856ffc2322af5a946

3       b.  Attached hereto as **Exhibit "31"** is a PDF printout from Etherscan after searching the Destination Address listed above. Link to this search is:

https://etherscan.io/token/0xa0b86991c6218b36c1d19d4a2e9eb0ce3606eb48?a=0xaB52f8142894D8e13F9D02b5F9fED4766Ac44A46

## Hedge Fund Transactions with Defendants

49. On or about September of 2020, I was communicating with Defendants via the Telegram messaging App. At this point they recommended that I move from a subscription-based service to a hedge fund type of service which they called the Zort Pool. The Zort Pool was supposed to be a place where all investors could consolidate their investments and Zort would make trades on their behalf to increase profits.

50. On September 14, 2020, I began the processes of joining this "Zort Pool" sometimes referred to as the "Zort Institutional Fund". See this telegram conversation attached hereto as **Exhibit "32."**

51. In the September 14th conversation, ZORT sent me a USDC Address to send cryptocurrency to. That Destination Address is: 0xD2336f96Db745FD5615C5Abea2506eaC76e374b7

52. On that same day, September 14, 2020, I sent 50,000 USDC from my Coinbase account to the Destination Address: 0xD2336f96Db745FD5615C5Abea2506eaC76e374b7

53. See a screenshot of my Coinbase account and withdrawal history attached hereto as **Exhibit "33."** You can see my screen name "AntiSocialMob" in the upper right-hand portion of the screen shot.

54. When I made the transfer from my Coinbase account to the destination address provided by Defendants that transaction was assigned a transaction identification number known as a hash. That hash is: 032f69b194c6e5647fd0ed7431d9498538b4a18191f18104594994fe9d061c14

55. Using Etherscan we can gain independent information about this transaction.

    a. Attached hereto as **Exhibit "34"** is a PDF printout from Etherscan after searching the Hash listed above. Link to this search is:

    https://etherscan.io/tx/0x032f69b194c6e5647fd0ed7431d9498538b4a18191f18104594994fe9d061c14

    b. Attached hereto as **Exhibit "35"** is a PDF printout from Etherscan after searching the Destination Address listed above. Link to this search is:

    https://etherscan.io/token/0xa0b86991c6218b36c1d19d4a2e9eb0ce3606eb48?a=0xD2336f96Db745FD5615C5Abea2506eaC76e374b7

56. The Etherscan exhibits provide independent, third-party confirmation of the transactions listed in this declaration. The Destination Address search shows that the first and only deposit was the 50,000 USDC I sent. Then, that balance is transferred out to a number of different destination addresses over the course of 12 transactions on the same day.

57. In a September 15th conversation, ZORT sent me a USDC Address to send cryptocurrency to. See this telegram conversation attached hereto as **Exhibit "36."** That Destination Address is: 0xB5756Dfe14A1b661b3cB969e6adCCC8F542809e7

58. On that same day, September 15, 2020, I sent 50,000 USDC from my Coinbase account to the Destination Address: 0xB5756Dfe14A1b661b3cB969e6adCCC8F542809e7

59. See a screenshot of my Coinbase account with the September 15th withdrawal attached hereto as **Exhibit "37."**

60. When I made the transfer from my Coinbase account to the destination address provided by Defendants that transaction was assigned a Hash of: 08c685b23984560b676a53b9046c6440c83dc1a7110332b135d143cd2314efb0

61. Using Etherscan we can gain independent information about this transaction.

    a. Attached hereto as **Exhibit "38"** is a PDF printout from Etherscan after searching the Hash listed above. Link to this search is:

    https://etherscan.io/tx/0x08c685b23984560b676a53b9046c6440c83dc1a7110332b135d143cd2314efb0

    b. Attached hereto as **Exhibit "39"** is a PDF printout from Etherscan after searching the Destination Address listed above. Link to this search is:

    https://etherscan.io/token/0xa0b86991c6218b36c1d19d4a2e9eb0ce3606eb48?a=0xB5756Dfe14A1b661b3cB969e6adCCC8F542809e7

62. The Destination Address search shows that the first and only deposit was the 50,000 USDC I sent. Then, that balance is transferred out to a number of different destination addresses over the course of 8 transactions on the same day.

63. In a September 17th conversation, ZORT sent me a USDC Address to send cryptocurrency to. See this telegram conversation attached hereto as **Exhibit "40."** That Destination Address is: 0x768969B88a3c8F9C6b601fb496c3c8CdE07C5b5b

64. On that same day, September 17, 2020, I sent 200,000 USDC from my Coinbase account to the Destination Address: 0x768969B88a3c8F9C6b601fb496c3c8CdE07C5b5b

65. See a screenshot of my Coinbase account with the September 17th withdrawal attached hereto as **Exhibit "41."**

66. When I made the transfer from my Coinbase account to the destination address provided by Defendants that transaction was assigned a Hash of: 76f29dad8b755625b241f536906fa45f0db65ab1a39a995bd9f02509e9bd6ca3

67. Using Etherscan we can gain independent information about this transaction.

    a. Attached hereto as **Exhibit "42"** is a PDF printout from Etherscan after searching the Hash listed above. Link to this search is:

    https://etherscan.io/tx/0x76f29dad8b755625b241f536906fa45f0db65ab1a39a995bd9f02509e9bd6ca3

    b. Attached hereto as **Exhibit "43"** is a PDF printout from Etherscan after searching the Destination Address listed above. Link to this search is:

    https://etherscan.io/token/0xa0b86991c6218b36c1d19d4a2e9eb0ce3606eb48?a=0x768969B88a3c8F9C6b601fb496c3c8CdE07C5b5b

68. The Destination Address search shows that the first and only deposit was the 200,000 USDC I sent. Then, that balance is transferred out in a single transaction on the same day.

I declare under penalty of perjury under the laws of the State of California and under the laws of the United States of America that the foregoing is true and correct. Executed this 9th day of November 2022, at Beverly Hills, California.

By: _____
Asim Khan

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this case or proceeding.  My business address is:

9025 Wilshire Blvd., Suite 215
Beverly Hills, CA 90211

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF ASIM KHAN** will be served or was served in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) November 9, 2022, I checked the CM/ECF docket for this case or proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Donald E. Godwin: godwin@godwinbowman.com
Bryan Christopher Swaim: swaim@bordinsemmer.com
Andrew J. CoboS: andrew@cobos.law

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) November 9, 2022, I served the following persons and/or entities at the last known addresses in this case or proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) November 9, 2022, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 9, 2022 | /s/Daniel Phelan | /s/Daniel Phelan |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |