# EXHIBIT 1

# EXHIBIT 1

## Zort Admin

**Zort Admin**                                                                     19:55

Any platform that isn't honest about who they are or what they in fact do is a fraud

**AntiSocialMob** 👽                                                                19:55

Idek your name

**Zort Admin**                                                                     19:55

Adam.

There's a reason I'm on here most of the time                                      19:56

We're growing the Zort name and that's why                                         19:56

We give away money, give free trades, etc                                          19:56

Mast giveaway we did like $600 just because the market was down                    19:56

One before was $900                                                                19:56

On Instagram                                                                        19:56

The goal right now as I said is to build the structure and name                    19:57

After that we can go really hard                                                    19:57

events, partnerships, marketing, etc                                               19:57

**AntiSocialMob** 👽                                                                20:05

In reply to this message

Looking forward to partnerships

**Zort Admin**                                                                     20:06

Yea we have a ton of people lined up man but it's just tooo early

**AntiSocialMob** 👽                                                                20:06

In reply to this message

It's not just internet it's anything I do. I like to question as much as possible and look at all the negatives to better understand.

**Zort Admin**                                                                     20:11

For sure, we like to keep everything as professional as possible but as you see all my admins and myself can communicate and help all investors regardless of if they invest in chicken businesses or banks

**AntiSocialMob** 👽                                                                21:18

At the end of the day you care about the money, not the person whose investing it

# EXHIBIT 2

# EXHIBIT 2

The first payment I ever paid to Adam Iza / Zort.
Monthly Subscription payment #1 - **February 2020 (2 BTC - $43,092.52)**

## Zort Admin



# Zort Admin



03:04

 **Zort Admin**                                                        03:04

Hey,

Thank you. I'll check on that transfer and get back to you within a few minutes.

Please send me a screenshot of your trading equity & holdings.    03:05

**A** **AntiSocialMob** 👽                                              03:06



03:07

# Zort Admin



**AntiSocialMob** 👾                                                    03:06



                                                                       03:07





## Zort Admin

**Zort Admin**                                                    03:07

Thank you.

Generating a Zort account for you within a moment.

[portal.zort.com](portal.zort.com)                               03:09
baileysaab
baileysaab00137

Once logged in:                                                  03:11
Navigate here
https://portal.zort.com/dashboard.php

Once I sync your API & enable a trading equity.           03:11
It'll be functional to you.

**AntiSocialMob** 👽                                               03:11

Is it better to use Safari or Chrome

                                                                03:12

**Zort Admin**                                                   03:12

What ever is more accessible to you.

In reply to this message                                         03:12

We're actively changing assets, logos, design, etc
So you'll see things change every few hours and get upgraded.

**AntiSocialMob** 👽                                               03:12

Ok perfect.

How long does it take to sync the API                            03:12

**Zort Admin**                                                   03:13

I'll have it up by tomorrow due to markets volatility at the moment,

# EXHIBIT 3

# EXHIBIT 3

Screenshot of my Coinbase account on February 10th, 2020 - 03:03:45 AM

| Feb 10, 2020 - 03:03:45 am CST  BTC | 2.0206092 | $43,092.52 | COMPLETED |
| --- | --- | --- | --- |

**Destination Address:** 335NbUt6BRmKx6gV3Ks5rz8VuutU4CHXrn

**Transaction Hash:** 1bcfcaeb566924ef414adcac3743c2fca2ee36b7f05caa2a2d633a97d7Ofe788

Note: First payment was made in BTC, as you can see above it says *'Feb 10, 2020 - 03:03:45 am CST BTC 2.0206092 $43,092.52 COMPLETED'*

This screenshot was taken today as of Saturday November 5th, 2022 8:55PM displaying the current BTC price point on Coinbase.

# EXHIBIT 4

# EXHIBIT 4

Monthly Subscription payment #2 - **April 2020 ($22,000 USDC)**

## Zort Admin

**Zort Admin**                                                    19:07
https://commerce.coinbase.com/checkout/5225151a–32e3–41ce–a090–29913d1e2397

Just use the checkout link                                       19:07

**AntiSocialMob** 👽                                              19:08
Should I send $1 just to make sure or just go for it?

**Zort Admin**                                                   19:08
Go ahead.

**AntiSocialMob** 👽                                              19:09



**Zort Admin**                                                   19:10
We got it on our end.

I think. hold on                                                 19:10

No that's someone else                                           19:11

I'll let you know                                                19:11



# Zort Admin

| | But it went pretty fast | 19:15 |
|---|---|---|

**A** **AntiSocialMob** 👽                                            19:15

I know 20k nothing for you but damn bro 😂😂😂

**Z** **Zort Admin**                                                 19:15

Lol no worries

**A** **AntiSocialMob** 👽                                            19:15

I was gonna let COVID take me

**Z** **Zort Admin**                                                 19:15

It's because it did multiple

Because of the 1usd first                                            19:15

I manually resolved it                                               19:15

**A** **AntiSocialMob** 👽                                            19:15

Nice nice

**Z** **Zort Admin**                                                 19:16

Zort Institutional Automation        **22000.0 USDC**
YT9B6RPR                             **22000**.00 USD

⟳  Transaction detected ⧉
    04/03/2020, 8:12 PM

🔴  Underpayment ⧉
    04/03/2020, 8:13 PM

✔  Resolved manually
    04/03/2020, 8:13 PM

🔴  Multiple payments ⧉
    04/03/2020, 8:14 PM

✔  Resolved manually
    04/03/2020, 8:14 PM

    Hide activity ↑

Date & Time          04/03/2020, 8:07 PM
Status               RESOLVED

# EXHIBIT 5

# EXHIBIT 5

Screenshot of my Coinbase account on April 03, 2020 - 07:09:07 PM



## $1 USDC

**Destination Address:** 0x8785600116673f6dfbdb1ec55d0df838917c60fa

**Transaction Hash:** 26357f393498c69257cb351546453f1185856ec496458c818fe2b6198a8e6374

## $21,999 USDC

**Destination Address:** 0x8785600116673f6dfbdb1ec55d0df838917c60fa

**Transaction Hash:** 08205ea5960026bd0978b64aa41f1f266b0a6e5a74eec8c5ccf3c2b2dd65025b

# EXHIBIT 6

# EXHIBIT 6



# EXHIBIT 7

# EXHIBIT 7



# EXHIBIT 8

# EXHIBIT 8



# EXHIBIT 9

# EXHIBIT 9

Monthly Subscription payment #3 - **May 2020 ($22,000 USDC)**

## Zort Admin

Z  **Zort Admin**                                                  18:59

Z  **ZORT** 03.05.2020 18:59:12
https://commerce.coinbase.com/checkout/5225151a–32e3–
41ce–a090–29913d1e2397

Z  **Zort Admin**                                                  21:21
Lmk if you paid it cuz there's a time limit on it

A  **AntiSocialMob** 👽                                            21:23
Just opened my fast.
Working on it right now.                                            21:23

Z  **Zort Admin**                                                  21:24
Cool np, just wanted to make sure it doesn't expire

A  **AntiSocialMob** 👽                                            21:26



Z  **Zort Admin**                                                  21:27
I'll have them check
I'm currently at the sunset lol                                    21:27

# EXHIBIT 10

# EXHIBIT 10

Screenshot of my Coinbase account on May 03, 2020 - 09:25:33 PM



**Destination Address:** 0xd70e1eed6de06f60947e419dddbba045fe55b0bf

**Transaction Hash:** dac26ca6392cb66e63414fe207dc579e758b71adc89f96736ad9d6494469da4b

# EXHIBIT 11

# EXHIBIT 11



# EXHIBIT 12

# EXHIBIT 12



# EXHIBIT 13

# EXHIBIT 13

Annual Subscription Payment of $215,000

Annual subscription included a total of 5 separate transactions.

## Transaction #1 - 5 BTC

### Zort Admin

**Zort Admin**                                                                                 03:31

Look dude, I understand exactly what you mean and I've gone over this many times with you and others. Your biggest assurance is that Zort and Myself will never access your money, You can pull any time. For your investment as well. You'll see in the next few months how easy it is to make (Today would be an example if we were using the book) and To be honest this is something I've brought you into because I felt as if we gotten a bit closer here and you are understand and value Zort for what it is. So I've gave you this deal. Which of course is heavily discounted. From 285k to 215k.

**AntiSocialMob** 👽                                                                            03:37

Send me your bitcoin address.

**Zort Admin**                                                                                 03:37

Busy right now, Send it later

Taking some wins home from this live stream lol                                                03:37

**AntiSocialMob** 👽                                                                            03:38

Sell BTC and send USD?

Or OK to send just BTC

**Zort Admin**                                                                                 03:38

BTC is fine
It's going straight to Coinbase Institutional

**AntiSocialMob** 👽                                                                            03:39

Ok cool.

**Zort Admin**                                                                                 03:39

About to send this Indian kid like 1k again lol

He's doing so much zort shit for freee                                                         03:40

i feel bad                                                                                     03:40

# EXHIBIT 14

# EXHIBIT 14

# Zort Admin

| | Zort Admin | 03:56 |
|---|---|---|
| Z | You can send here: | |
| | 33qdTvfP5EsQ5YTjFf7FZmwgTYvzL3wnMj | |
| | Leave a note if you can | 03:56 |
| | "Secret" | 03:56 |
| A | AntiSocialMob 👾 | 03:56 |
| | 33qdTvfP5EsQ5YTjFf7FZmwgTYvzL3wnMj | |

| Z | Zort Admin | 03:57 |
|---|---|---|
| | Ya | |

| A | AntiSocialMob 👾 | 03:58 |
|---|---|---|
| | Um. | |

| Z | Zort Admin | 03:59 |
|---|---|---|
| | Ya? | |

| A | AntiSocialMob 👾 | 03:59 |
|---|---|---|
| | 🖼️ **Self-destructing photo** Expired | |
| | Daily limit. | 03:59 |
| | Idk how I sent that secrete. | 03:59 |

Zort Admin took a screenshot

# EXHIBIT 15

# EXHIBIT 15

## Coinbase transaction on May 14, 2020 - 04:04:50 AM (5 BTC)



# EXHIBIT 16

# EXHIBIT 16

## Transaction #2 - $46,442 USDC



# EXHIBIT 17

# EXHIBIT 17

Coinbase transaction on May 15, 2020 - 02:01:37 AM ($46,442 USC)



**Destination Address:** 0xD960471F14d51D39db808C0CA707A1983ABa666D

**Transaction Hash:** 5103fdeccb9b40c4867e6057876d142c0e4d675ed7e02eeb2b51e4fbf40d4b6c

# EXHIBIT 18

# EXHIBIT 18



# EXHIBIT 19

# EXHIBIT 19



# EXHIBIT 20

# EXHIBIT 20

## Transaction #3 - $45,805 USDC



**Zort Admin**

Z **Zort Admin**     23:21
Same
0x310626c412811354024B3cEc7F222743c89CD58B     23:21

A **AntiSocialMob** 👽     23:21
Let me be.

Z **Zort Admin**     23:21
I just want to live on an Island
Lol     23:21

A **AntiSocialMob** 👽     23:21
ALONE.
Drinking coconut water fresh.     23:22

Z **Zort Admin**     23:22
Would be awesome

A **AntiSocialMob** 👽     23:22
Chilling on my yacht

Z **Zort Admin**     23:22
Hellll yes

A **AntiSocialMob** 👽     23:26

# EXHIBIT 21

# EXHIBIT 21

Coinbase transaction on May 15, 2020 - 12:26:18 PM ($45,805 USC)



**Destination Address:** 0x310626c412811354024B3cEc7F222743c89CD58B

**Transaction Hash:** 43bd9b5d58d50ab9d3d306b0c9bc03134f8501114badf9aa5955c5640627cc69

# EXHIBIT 22

# EXHIBIT 22



# EXHIBIT 23

# EXHIBIT 23



# EXHIBIT 24

# EXHIBIT 24

# Transaction #4 - $50,000 USDC

## Zort Admin

 **Zort Admin**       02:14

Quick Overview of Zort membership & Overall fees:

So far your account is enabled for book3 & book secret which both are designed for high level equity accounts to grow their capital from compounding each 5–50K trade at the end of the month and paying as low fees as possible. Your Account will stay to these books for now til we design even more profitable books that are correlated to your equity size.
Currently working on a alt coins book that can utilize the same technique as the BTC one but on coins that we can control the movements due to our pool size.

All these books are enabled by us by default but If you have any different taste you'd like to include such as longer HODL times, Using a book only for BTC or a certain currency, etc. You can give us your feedback but for now.. I'm taking care of it personally.

Fee wise I believe you sent 3 payments so far out of $215K:
48,426.57, 46,422 ,45,805 = $140653

You only owe $74347 in total.

You can send your daily limit to this USDC address:
0x91F7108608aB5dD946FD1A0Aa87848D2CdDA6952

Guessing you're sending either $45–48k
That would mean you only have $28,347 left to make which would be tomorrow. Today/Tomorrow being last payment and from there on it's all on us and nothing is expected from you except any feedback you have.

 **AntiSocialMob** 🌐       02:41



Can you confirm.       02:41

 **Zort Admin**       02:41
Yes

 **AntiSocialMob** 🌐       02:42
Let me know when received please.

 **Zort Admin**       02:42

# EXHIBIT 25

# EXHIBIT 25

Coinbase transaction on May 18, 2020 - 02:41:44 AM ($50,000 USC)



**Destination Address:** 0x91F7108608aB5dD946FD1A0Aa87848D2CdDA6952
**Transaction Hash:** 9ab75a94f8d1c9535762da6c5a675a2da8c186bd580951c60af8 2a55c87c218c

# EXHIBIT 26

# EXHIBIT 26



# EXHIBIT 27

EXHIBIT 27



# EXHIBIT 28

EXHIBIT 28

## Transaction #5 - $24,237 USDC



| | | |
|---|---|---|
| **Zort Admin** | | |
| Z **Zort Admin** | 17:54 | |
| One sec | | |
| 0xaB52f8142894D8e13F9D02b5F9fED4766Ac44A46 | 17:55 | |
| A **AntiSocialMob** 🌐 | 17:58 | |
| Please confirm. | 17:58 | |
| Z **Zort Admin** | 17:58 | |
| Yes | | |

A **AntiSocialMob** 🌐                                17:59

Z **Zort Admin**                                17:59
I'll check in a min

A **AntiSocialMob** 🌐                                17:59
"grabs knife, cuts palm, shakes hand"

Z **Zort Admin**                                17:59
You mfrrrr
You're like the cheapest wealthy person I've ever met lol     17:59
In a good way though                                17:59

A **AntiSocialMob** 🌐                                18:00
😈🥺
Not cheap, just smart.                                18:00

# EXHIBIT 29

# EXHIBIT 29

Coinbase transaction on May 19, 2020 - 05:58:49 PM ($24,237 USDC)



**Destination Address:** 0xaB52f8142894D8e13F9D02b5F9fED4766Ac44A46

**Transaction Hash:** 0628ac2cea235693c4a519eb2e540a51472ac176f461868856ffc2322af5a946

# EXHIBIT 30

# EXHIBIT 30



# EXHIBIT 31

# EXHIBIT 31



# EXHIBIT 32

# EXHIBIT 32

**Hedge Fund Transactions**

Transaction #1 to join hedge fund - *Telegram* messages



# EXHIBIT 33

# EXHIBIT 33

Transaction #1 to join hedge fund - *Coinbase* screenshot



**Transaction fee:** 0

**subtotal:** 50000

**Destination Address:** 0xD2336f96Db745FD5615C5Abea2506eaC76e374b7

**Transaction Hash:** 032f69b194c6e5647fd0ed7431d9498538b4a18191f18104594949 94fe9d061c14

# EXHIBIT 34

# EXHIBIT 34



# EXHIBIT 35

# EXHIBIT 35



# EXHIBIT 36

# EXHIBIT 36

Transaction #2 to join hedge fund - *Telegram* messages



# EXHIBIT 37

# EXHIBIT 37

Transaction #2 to join hedge fund - *Coinbase* screenshot



**fee:** 0
**subtotal:** 50000
**Destination Address:** 0xB5756Dfe14A1b661b3cB969e6adCCC8F542809e7
**Transaction Hash:** 08c685b23984560b676a53b9046c6440c83dc1a7110332b135d143cd2314efb0

# EXHIBIT 38

# EXHIBIT 38



# EXHIBIT 39

# EXHIBIT 39



# EXHIBIT 40

# EXHIBIT 40

Transaction #3 to join hedge fund - *Telegram* messages



# EXHIBIT 41

EXHIBIT 41

Transaction #3 to join hedge fund - *Coinbase* screenshot



**fee:**0

**subtotal:**200000

**Destination Address:**0x768969B88a3c8F9C6b601fb496c3c8CdE07C5b5b

**Transaction Hash:**76f29dad8b755625b241f536906fa45f0db65ab1a39a995bd9f02509e9bd6ca3

# EXHIBIT 42

EXHIBIT 42



# EXHIBIT 43

# EXHIBIT 43

