# EXHIBIT 1

11/22/22, 6:02 PM

Case 2:21-cv-08681-MWF-AGR Address 0x035edB8792dFC16fb4dE9A1992890dDd3F7750F1 | Etherscan Document 56-1 Filed 11/23/22 Page 2 of 5 Page ID #:420

## 🌐 Address 0x035edB8792dFC16fb4dE9A1992890dDd3F7750F1

| Overview | | More Info | |
|---|---|---|---|
| Balance: | 0.085580728891783234 Ether | ⓘ My Name Tag: | Not Available, login to update |
| Value: | $97.36 (@ $1,137.61/ETH) | | |
| Token: | | | |

Ad



BINANCE — BTC with ZERO fees — REGISTER NOW

Risk Warning: Digital asset prices can be volatile. The value of your investment may go down or up and you may not get back the amount invested. Not financial advice. For more information, see our Terms of Use and Risk Warning.

**Transactions**   Internal Txns   Erc20 Token Txns   Analytics   Comments

⬇ Latest 25 from a total of 301 transactions

| Txn Hash | Method ⓘ | Block | Age | From | | To |
|---|---|---|---|---|---|---|
| 0x105897c31bc955b204… | Transfer | 15987301 | 5 days 19 hrs ago | 0x035edb8792dfc16fb4d… | OUT | 0x88f63bad4ac83970 |
| 0x9114a366d274061028… | Transfer | 15985370 | 6 days 2 hrs ago | 0x035edb8792dfc16fb4d… | OUT | 0x88f63bad4ac83970 |
| 0x29119ee8801be21559… | Transfer | 15956552 | 10 days 2 hrs ago | 0x035edb8792dfc16fb4d… | OUT | 0x88f63bad4ac83970 |
| 0x3733894b47119a5cdf… | Transfer | 15934969 | 13 days 3 hrs ago | 0x035edb8792dfc16fb4d… | OUT | 0x88f63bad4ac83970 |
| 0xf975290ee6d2444cc8… | Transfer | 15922465 | 14 days 21 hrs ago | 0x035edb8792dfc16fb4d… | OUT | 0x4700985b909b69c |
| 0x63c3e1a6bfc4e0f0d4d… | Transfer | 15921996 | 14 days 22 hrs ago | 0x035edb8792dfc16fb4d… | OUT | 0x88f63bad4ac83970 |
| 0xb9d0406bf6c907d46f9… | Transfer | 15920162 | 15 days 4 hrs ago | 0x035edb8792dfc16fb4d… | OUT | 0x88f63bad4ac83970 |
| 0x983bdba7a4ee5e83b4… | Transfer | 15870651 | 22 days 2 hrs ago | 0x035edb8792dfc16fb4d… | OUT | 0x88f63bad4ac83970 |
| 0x82426b7ba39424f650… | Transfer | 15628170 | 55 days 23 hrs ago | 0x035edb8792dfc16fb4d… | OUT | 0x88f63bad4ac83970 |
| 0x2a11e4b201304778a8… | Transfer | 15611530 | 58 days 7 hrs ago | 0x035edb8792dfc16fb4d… | OUT | 0x88f63bad4ac83970 |
| 0x37a9b6de634d321d7f… | Transfer | 15576504 | 63 days 5 hrs ago | 0x035edb8792dfc16fb4d… | OUT | 0x88f63bad4ac83970 |
| 0x2c15434755cfee9aa3… | Transfer | 15561863 | 65 days 6 hrs ago | 0x035edb8792dfc16fb4d… | OUT | 0x88f63bad4ac83970 |
| 0xb20c72bfde6128c965… | Transfer | 15561852 | 65 days 6 hrs ago | 0x035edb8792dfc16fb4d… | OUT | 0x88f63bad4ac83970 |
| 0x8ecd4d46cd0bd9afb9… | Transfer | 15548142 | 67 days 4 hrs ago | 0x035edb8792dfc16fb4d… | OUT | 0x88f63bad4ac83970 |
| 0x9944b0c9d5713f407e… | Transfer | 15548028 | 67 days 5 hrs ago | 0x035edb8792dfc16fb4d… | OUT | 0x88f63bad4ac83970 |
| 0x4aef0bb5b89360ec57… | Transfer | 15543893 | 67 days 19 hrs ago | 0x035edb8792dfc16fb4d… | OUT | 0x88f63bad4ac83970 |
| 0x493016de8d9e31df7b… | Transfer | 15543291 | 67 days 21 hrs ago | 0x035edb8792dfc16fb4d… | OUT | 0x88f63bad4ac83970 |
| 0xdcb80dffa4b96e58c8c… | Transfer | 15542367 | 68 days 30 mins ago | 0x035edb8792dfc16fb4d… | OUT | 0x88f63bad4ac83970 |
| 0x95c1cb8d7a46f4aa56… | Transfer | 15542364 | 68 days 30 mins ago | 0x035edb8792dfc16fb4d… | OUT | 0x88f63bad4ac83970 |
| 0x434fdee45ed0a4aed5… | Transfer | 15542361 | 68 days 31 mins ago | 0x035edb8792dfc16fb4d… | OUT | 0x88f63bad4ac83970 |

| Txn Hash | Method ⓘ | Block | Age | From | | To |
|---|---|---|---|---|---|---|
| 0x8a25e740bb06b8c24f… | Transfer | 15542358 | 68 days 31 mins ago | 0x035edb8792dfc16fb4d… | OUT | 0x88f63bad4ac8397( |
| 0x8a1e2c2015e00a5fd3… | Transfer | 15542355 | 68 days 32 mins ago | 0x035edb8792dfc16fb4d… | OUT | 0x88f63bad4ac8397( |
| 0x577fefe3fd17ebc7b10… | Transfer | 15542351 | 68 days 33 mins ago | 0x035edb8792dfc16fb4d… | OUT | 0x88f63bad4ac8397( |
| 0x678154350aea790636… | Transfer | 15539771 | 68 days 9 hrs ago | 0x035edb8792dfc16fb4d… | OUT | 0x88f63bad4ac8397( |
| 0xe03ae04f0c87d04ad9f… | Transfer | 15539763 | 68 days 9 hrs ago | 0x035edb8792dfc16fb4d… | OUT | 0x88f63bad4ac8397( |

[ Download **CSV Export** ⬇ ]

💡 A wallet address is a publicly available address that allows its owner to receive funds from another party. To access the funds in an address, you must have its private key. Learn more about addresses in our [Knowledge Base](#).

| Txn Hash | Method ⓘ | Block | Age | From | | To |
|---|---|---|---|---|---|---|
| 0x8a25e740bb06b8c24f… | Transfer | 15542358 | 68 days 31 mins ago | 0x035edb8792dfc16fb4d… | OUT | 0x88f63bad4ac8397( |

# EXHIBIT 2



