Eric Bensamochan, Esq.   SBN 255482
THE BENSAMOCHAN LAW FIRM, INC.
9025 Wilshire Blvd. Suite 215
Beverly Hills, California 90211
Tel.  (818) 574-5740
Fax. (818) 961-0138
Email: eric@eblawfirm.us

Attorney for Plaintiff
Asim Khan

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASIM KHAN,<br><br>                     Plaintiff,<br><br>     vs.<br><br><br><br>ZORT, INC. AND ADAM IZA,<br><br><br><br><br><br>                Defendants. | Case No. 2:21-cv-08681-MFW-AGR<br><br>**PLAINTIFF ASIM KHAN'S DECLARATION REGARDING TELEGRAM CONVERSATIONS WITH ADAM IZA AKA ZORT ADMIN** |

**TO THE HONORABLE ALICIA G. ROSENBERG, UNITED STATES MAGISTRATE JUDGE, DEFENDANTS AND THEIR ATTORNEY OF RECORD:**

Plaintiff Asim Khan, through and by counsel hereby submits this declaration in response to the Declaration of Adam Iza filed on November 23, 2022. In that declaration, Adam Iza alleges that he does not control the Telegram account with the screen name "Zort Admin." On that basis he declares that he has no documents responsive to Plaintiffs requests. As shown below, Adam Iza is clearly the individual behind the screen name "Zort Admin" on Telegram. Plaintiff Asim Khan met Defendant Adam Iza in person in

Los Angeles and the entire meet up was arranged through the same "Zort Admin" screen name on Telegram.

## <u>DECLARATION OF ASIM KHAN</u>

I, Asim Khan, do hereby declare that all of the following is true and correct to the best of my personal knowledge and if called upon as a witness I could and would competently testify to the truthfulness of all of the below statements.

1. I am the Plaintiff in the above-captioned case and therefore have personal knowledge of the facts set forth in this declaration.

2. That I submit this declaration in response to the Declaration of Adam Iza filed on November 23, 2022.

3. In that declaration, Adam Iza alleges that he does not control the Telegram account with the screen name "Zort Admin."

4. On two occasions the person behind the screen name Zort Admin mentioned that their name was Adam. See attached **Exhibit 1 and Exhibit 2.**

5. That on or about August 4, 2020, I decided to take a trip from Houston, Texas to Los Angeles, California. I mentioned this trip to Zort Admin and suggested that we meet. See **Exhibit 3.**

6. On or about August 5, 2020, I sent Zort Admin my flight details showing I would be flying United Airlines from Houston, Texas to Los Angeles, California on August 6, 2020.

7. For my stay I booked a room at the Sixty Beverly Hills hotel from August 6, 2020, to August 9, 2020. See the booking confirmation attached as **Exhibit 4.**

8. I also rented a car for my stay. See the confirmation of my car rental attached as **Exhibit 5.**

9. Confirmation of my flight is Attached hereto as **Exhibit 6.**

10. I met Adam Iza in person on or about August 8, 2020. We arranged our meet up through the same Zort Admin Telegram account that sent the Destination addresses shown in my declaration regarding the crypto transactions.

The Bensamochan Law Firm, Inc.
9025 Wilshire Blvd, Suite 215
Beverly Hills, California

The Bensamochan Law Firm, Inc.
9025 Wilshire Blvd, Suite 215
Beverly Hills, California

11. The conversation which shows us arranging our meet up is attached as **Exhibit 7.**

12. In the conversation, you see us arranging to meet at the Ritz Carlton in Downtown Los Angeles. You can also see that there were three outgoing calls to Zort Admin from my telegram. The first one went unanswered, the second one lasted 53 seconds, and the third one was 80 seconds.

13. Zort Admin asked me to send a picture of where I was outside the hotel and I sent a picture from my rental car which can be seen in the conversation.

14. From there I followed Adam, who was driving his white Lamborghini Urus, back to his office on Spring Street in Downtown Los Angeles. See **Exhibit 8.**

15. We went to the rooftop of his building on Spring Street where we smoked cigars and spoke for a while. See **Exhibit 9.**

16. Adam also took me inside to show me his shoe collection and some expensive Birkin Handbags his girlfriend Iris Au had. See attached **Exhibit 10 & Exhibit 11.**

17. After I left Los Angeles Adam Iza through the Zort Admin Telegram account sent me pictures of another Lamborghini he had shipped from Miami to Los Angeles including a picture of him sitting in it. See attached **Exhibit 12.**

18. The man I met with is Adam Iza and attached as **Exhibit 13** are a few more pictures showing Adam Iza.

19. On or about September 14, 2021, through September 18, 2021, I communicated with Adam Iza via WhatsApp. See WhatsApp conversation attached as **Exhibit 14.**

20. Adam Iza's name of WhatsApp was also "Zort Admin" just like on Telegram.

21. In the conversation Adam refers to our Telegram conversations and tells me to contact him via Telegram.

- 3 -

DECLARATION OF ASIM KHAN

22.    The phone number associated with this "Zort Admin" WhatsApp screen name is (310)721-7882. See attached **Exhibit 15.**

23.    A reverse phone number lookup shows that this phone number has been associated with Iris Au. See attached **Exhibit 16.**

24.    On Twitter, Zort, Inc. has a verified account @zortworld. This account provides a link to contact Zort via telegram. See **Exhibit 17.**

I declare under penalty of perjury under the laws of the State of California and under the laws of the United States of America that the foregoing is true and correct. Executed this 13th day of January 2023, at Beverly Hills, California.

By:_____

Asim Khan

DECLARATION OF ASIM KHAN

The Bensamochan Law Firm, Inc.
9025 Wilshire Blvd, Suite 215
Beverly Hills, California

# EXHIBIT 1

# EXHIBIT 1



**Zort Admin**

13 February 2020

**AntiSocialMob** 👽                    00:44
Hey my account hasn't bought it sold anything yet, any idea why

**Zort Admin**                    00:45
In reply to this message
It'll be enabled on Friday.

Any days that you've missed and not traded will be added to your membership    00:46

**AntiSocialMob** 👽                    00:46
🙏

Coo                    00:46

**Zort Admin**                    00:47
If we were to throw you into the same signals and strategies as those guys in the chat, You'd lose more than you win because you'll pay $1000 in fees everyday. The strategies/signals you'll be using on Friday are designed for institutional size equity to make enough profit to cover the fees.

**AntiSocialMob** 👽                    00:48
Make sense.

**Zort Admin**                    01:12
Howd you know I'm islamic lol

Is it that obvious                    01:13

**AntiSocialMob** 👽                    01:13
Na. Had a feeling your ARAB

Your hair.                    01:13

+ isn't your name Adam?                    01:13

**Zort Admin**                    01:13
I'm Part Egyptian and Turk

Yep                    01:13

**AntiSocialMob** 👽                    01:13
I love turkey.

Went to Istanbul last year.                    01:13

# EXHIBIT 2

# EXHIBIT 2

## Zort Admin

**Zort Admin**    19:55
Stop looking at the internet companies man

They're all fraud in some way    19:55

**AntiSocialMob** 👽    19:55
It's all connections.

**Zort Admin**    19:55
Any platform that isn't honest about who they are or what they in fact do is a fraud

**AntiSocialMob** 👽    19:55
Idek your name

**Zort Admin**    19:55
Adam.

There's a reason I'm on here most of the time    19:56

We're growing the Zort name and that's why    19:56

We give away money, give free trades, etc    19:56

Mast giveaway we did like $600 just because the market was down    19:56

One before was $900    19:56

On Instagram    19:56

The goal right now as I said is to build the structure and name    19:57

After that we can go really hard    19:57

events, partnerships, marketing, etc    19:57

**AntiSocialMob** 👽    20:05
In reply to this message
Looking forward to partnerships

**Zort Admin**    20:06
Yea we have a ton of people lined up man but it's just tooo early

**AntiSocialMob** 👽    20:06
In reply to this message
It's not just internet it's anything I do. I like to question as much as possible and look at all the negatives to better understand.

**Zort Admin**    20:11
For sure, we like to keep everything as professional as possible but as

# EXHIBIT 3

# EXHIBIT 3

## Zort Admin

**AntiSocialMob** 👽                                              11:46
I'm coming La this weekend
You'll be home?

**Zort Admin**                                                   11:46
Sure, Where you landing?

I'll be at my office as always                                   11:46

**AntiSocialMob** 👽                                              11:46
I'll send itinerary tomorrow

**Zort Admin**                                                   11:47
Sounds good

I'll get a few Cigars ready                                      11:47

**AntiSocialMob** 👽                                              11:47
I've only had 2 in my life. We'll see how it goes

You don't drink right                                            11:47

**Zort Admin**                                                   11:47
No.

**AntiSocialMob** 👽                                              11:47
Need anything from Houston?

Lmk                                                              11:47

**Zort Admin**                                                   11:47
In reply to this message
Only the best of the best

**AntiSocialMob** 👽                                              11:47
🥰

**Zort Admin**                                                   11:47

5 August 2020

# EXHIBIT 4

# EXHIBIT 4

**SIXTY Beverly Hills said:**

**Check-in time • Approved**

**SIXTY Beverly Hills**
Aug 6 | Aug 9

Details:
Check-in: 17:00 - 18:00

We're happy to let you know that the property has confirmed they can arrange this for you. There will be no extra charge for this request.

**Reservation Details**

Guest name:
**Asim Khan**

Check-in:                          Check-out:
Thu, Aug 6, 2020          Sun, Aug 9, 2020

Property Name:
**SIXTY Beverly Hills**

Booking Number:
**3247943812**

Total guests:                    Total rooms:
2                                      1

# EXHIBIT 5

# EXHIBIT 5

# Your reservation is confirmed

## Enterprise confirmation **1618255578**

**Pick-up**
**Aug 6, 2020**
10:00AM

**Drop-off**
**Aug 9, 2020**
10:00AM

**Enterprise**
Los Angeles Intl., LAX
8734 Bellanca Ave
Los Angeles, CA
90045

1-800-325-8007 | Map
Hours of operation:
Thu 12:00 AM - 11:59 PM

## Rental car protection

**You're covered!**
Allianz Global Assistance

## Your reserved car



**Luxury SUV**
Cadillac Escalade or similar
👤 x 5   🧳 x 2   🧳 x 2

# EXHIBIT 6

# EXHIBIT 6

| UNITED AIRLINES INC. | | Conjunction Ticket(s) | | | | Origin / Destination | | | Point Of Sale : US CHI | | Pa |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | HOULAX | | | Point Of issue : CHI | | |
| | | | | | | Airline PNR/CTO_ATO | | | Agency Name : UNITED AIRLINES | | |
| | | | | | | FW0SYS 0162 | | | Book/Tktg Agnt : 14990360 / | | |
| | | | | | | | | | Bkg Outlet : | | |
| Name of Passenger | | Date of Issue | | | | Original Issue info: | | | | | |
| KHAN/ASIMY | | 2020-08-05 | | | | 0162318940569WEC05AUG2014990360 | | | | | |
| Restrictions / Endorsements | | Tour Code | | | | Extn Src Id : SEERTX | | | Pax Type : ADT | | |
| NONREF/0VALUAFTDPT/CHGFEE | | 197472 | | | | Src Id : SEE | | | Cpn Issn Usage : | | |
| | | | | | | Trans Type : E   PED: 2020-08-05 | | | Doc Type : TKTT | | |
| | | | | | | Load Date: 2020-08-05 | | | Load Id : 6000006041 | | |
| | | | | | | | | | Original Sale Info : 0162318940569WEC05AUG2014990360 | | |

| Tkt | Cpn | Loc | Dest | OP Curr | Mrk Carr | OP Flt | Mrk Flt | Bkg / | Fare Basis / Ticket Designator | Dprt Dt | Dprt Time | Revenue Amt | YQ-amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0162318951978 | 1 | IAH | LAX | UA | UA | 00310 | 00310 | W | WAA4AKEN | 06-AUG-20 | 1445 | 183.20 | 0.00 |
| 0162318951978 | 2 | LAX | IAH | UA | UA | 00493 | 00493 | K | KRA4AKEX | 09-AUG-20 | 745 | 78.40 | 0.00 |

| FARE | 261.60 USD | Fare Calculation Area | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AY | 11.20 | 06AUG20HOU UA LAX183.20WAA4AKEN/EMP20 UA HOU78.40KRA4AKEX/EMP20 USD261.60END XT11.20AYXF IAH4.5LAX4.5 | | | | | | | | | |
| XF | 4.50 | Form of Payment | CC NUM FILTERED | CC Amt USD. | Crd.Orig Curr | Cash USD | Cash Orig Amt | Exchange Amt | Certificate/Certi.Num | Apprvl.Cd./CC.Expir.Dte./Ustp/Nm. | |
| XF | 4.50 | EX | | 0.00 | 0.00 | 0.00 | 0.00 | 272.80 | 0.00/ | / / | |
| Total Fare | 281.80 USD | CA | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00/ | / / | |
| | | Eqiv Amt: | Seq # | 2 | | Other Fop: USD Amt: Orig Amt: | Comm.Type | Category | Comm.Amt: | Base Comm.Amt: | |
| | | Fare Amt USD: 261.60 | | | | | N/A | N/A | 0.00 | 0.00 | |
| | | Tkt Doc USD. 281.80 | Airline Form-serial | 0162318951978 | | Tkt Exch.Info Cpns Surrendered | Ad Comm Amt | Overrd. Amt | Comm Rate | Ancillary Description | |
| | | | | | | 0162318940569 1 | 0.00 | 0.00 | 0.00 | | |
| | | | | | | 0162318940569 2 | | | | | |



# EXHIBIT 7

# EXHIBIT 7

## Zort Admin

**7 August 2020**

**AntiSocialMob** 👽                                        12:23
Hey what's your schedule like today?

**Zort Admin**                                             13:08
Hi

**AntiSocialMob** 👽                                        13:08
Yo yo

**Zort Admin**                                             13:09
How long you here?

And what hotel                                             13:09

**AntiSocialMob** 👽                                        13:09
Sixty Beverly Hills

Leaving Sunday 6am                                         13:09

What's your plan                                           13:09

**Zort Admin**                                             13:09
Lets meetup sometime tomorrow

**AntiSocialMob** 👽                                        13:09
You at the office?

Ok sounds good                                             13:09

**Zort Admin**                                             13:09
Yea. About to meet some peeps in a bit

Regarding something cool lol                               13:09

**AntiSocialMob** 👽                                        13:09
I came for you lol don't let me down

**Zort Admin**                                             13:10
Will not.

**AntiSocialMob** 👽                                        13:10
I'll see you tomorrow then

Any restaurants you recommend                              13:10

**Zort Admin**                                             13:10
Yes

## Zort Admin

5 August 2020

**AntiSocialMob** 👽      12:18
I hate my book.

**Zort Admin**      12:26
50% focused on profit. 50% focused on risk management. It won't jump ships until *confirmed* going up or else you risk a $50–60K loss when the market takes a wick down.

**AntiSocialMob** 👽      15:59



Arriving tomorrow.      15:59

Let's meet Friday.

@dro coming too.      15:59

**Zort Admin**      16:02
Cool. Where you staying?

**AntiSocialMob** 👽      16:19
Booking that and a car rn.

Will update you.

Lmk if you wanna rent the lambo out 🥲

6 August 2020

## Zort Admin

8 August 2020

**Zort Admin**                                                                00:00
Where are you now ?

**AntiSocialMob** 👀                                                            00:06



**Zort Admin**                                                                00:13
Just had a meeting in Beverly Hills but already left

**AntiSocialMob** 👀                                                            00:22
All good

What's your plans tomorrow                                                    00:22

I want to check out the office                                                00:23

**Zort Admin**                                                                00:23
Going to a $150M house to meet someone else lol

**AntiSocialMob** 👀                                                            00:23
Houses are super nice here man

Fuckkkk                                                                       00:23

**Zort Admin**                                                                00:23
Bel air

**AntiSocialMob** 👀                                                            00:23
How far is that from Beverly

So many lambos here 😍                                                          00:24

Feels just like Houston but more money and people.                            00:24

& the weather is amazinggg

## Zort Admin

**AntiSocialMob** 👀                                          12:24
Headed to Newport, let's grab lunch or something later

Or an early dinner.                                          12:24

**AntiSocialMob** 👀                                          19:52
Yo

**Zort Admin**                                               19:53
Yo

**AntiSocialMob** 👀                                          19:57
Down to grab dinner tonight?

What's your #                                                19:59

**Zort Admin**                                               20:00
I'm super busy tonight with a few things however I do want to meetup

Let me think                                                 20:00

**AntiSocialMob** 👀                                          20:01
We can meet for a few

Need to give you something                                   20:01

**Zort Admin**                                               20:02
How far are you from Downtown?

I have a meeting at the Downtown Ritz Carlton              20:02

**AntiSocialMob** 👀                                          20:04

📍 **Location**
34.083435, −118.386085

I don't mind Meeting you there                              20:07

**Zort Admin**                                               20:15
You're about 35 mins away

When do you leave again?                                    20:15

Wanted to have dinner or Lunch or something                20:15

Not just a quick meet up lol                                20:15

This isn't tinder                                           20:15

**AntiSocialMob** 👀                                          20:15
Hahaha

## Zort Admin

**AntiSocialMob** 👾 — 20:15
Hahaha

6am bro — 20:15

Meet me after the meeting — 20:16

**Zort Admin** — 20:16
Can you drive already

Just come out now — 20:16

**AntiSocialMob** 👾 — 20:16

**Zort Admin**
📞 Outgoing

Call me — 20:16

**Zort Admin** — 20:16
You call

**AntiSocialMob** 👾 — 20:17

**Zort Admin**
📞 Outgoing (53 seconds)

**Zort Admin** — 20:17
900 W Olympic Blvd, Los Angeles, CA 90015

**Zort Admin** — 20:39
Let me know when you leave

You should uber. I'll take you for a drive when you arrive — 20:40

**AntiSocialMob** 👾 — 20:41
Otw.

Naaa I'll drive — 20:41

**Zort Admin** — 20:42
How far are you ?

**AntiSocialMob** 👾 — 20:42
20

**Zort Admin** — 20:42
Are you sure you want to drive? Downtown isn't for driving

## Zort Admin

**AntiSocialMob** 👽                                          21:00
5 away

**Zort Admin**                                               21:03
Yo

Can we meet at my office roof top please                     21:03

Ritz is kind of strict for people just visiting and not staying there   21:04

Bar is also corona'd                                         21:04

**AntiSocialMob** 👽                                          21:04
Yo

It took Me to JW?                                            21:04

**Zort Admin**                                               21:05
JW?

**AntiSocialMob** 👽                                          21:06

📞 **Zort Admin**
Outgoing (80 seconds)

**Zort Admin**                                               21:12
What car are you in?

**AntiSocialMob** 👽                                          21:12
Black Prius

**Zort Admin**                                               21:13
You sure

**AntiSocialMob** 👽                                          21:14
What car you in

**Zort Admin**                                               21:14
The urus

**AntiSocialMob** 👽                                          21:15
Wya

**Zort Admin**                                               21:16
You'll see me in a min

Sorry have back to back institutional meetings all day        21:16

## Zort Admin

| | | |
|---|---|---|
| **A** | **AntiSocialMob** 👽 | 21:17 |
| | "InStITuTiOnAl" | |
| **Z** | **Zort Admin** | 21:18 |
| | ;) | |
| | Ok where are you | 21:19 |
| | Take a picture or something | 21:19 |
| **A** | **AntiSocialMob** 👽 | 21:19 |
| | Right in front Jw entrance | |



| | | 21:19 |
|---|---|---|

| | | |
|---|---|---|
| **Z** | **Zort Admin** | 21:19 |
| | Oh ok | |

9 August 2020

| | | |
|---|---|---|
| **Z** | **Zort Admin** | 02:32 |
| | Have a safe drive back. Don't try to replicate my driving. | |
| **A** | **AntiSocialMob** 👽 | 09:33 |
| | Thank you very much for the hospitality, really appreciate it. The lobster was delicious | |
| | We'll have a proper race when I get a car that can keep up 😏 | |
| **Z** | **Zort Admin** | 13:12 |




# EXHIBIT 8

# EXHIBIT 8





# EXHIBIT 9

# EXHIBIT 9



# EXHIBIT 10

# EXHIBIT 10

## Zort Admin

**Zort Admin**  02:18
I have a ton I bought and never used

02:18



02:19



**AntiSocialMob** 👽  02:19
Haha sick

Wear them bro  02:19

I want some loafers  02:19

**Zort Admin**  02:19
It's not my style

Do you not see what I wear  02:19

**AntiSocialMob** 👽  02:19
Why'd you buy it

I thought that's your weekend fits 😈  02:19

**Zort Admin**  02:19

# EXHIBIT 11

# EXHIBIT 11



# EXHIBIT 12

# EXHIBIT 12



## Zort Admin

21 August 2020

**AntiSocialMob** 👽                                                                  11:41

I got a ticket for parking backwards 😳

11:41



11:41

**Zort Admin**                                                                  12:34

That sucks

22 August 2020

## Zort Admin

 **Zort Admin**    14:04
Very nice

14:04



Should've stayed in LA    14:04

14:04



 **AntiSocialMob** 👽    14:05
Im coming back, I'll swing by sometime Sept

Get the 🔑 ready    14:05

In reply to this message    14:05
Fuckkkkkkk

"His & also his"    14:05

**Zort Admin**    14:06

▢◁ **Video file**
Exceeds maximum size, change data exporting settings to download.
00:08, 2.5 MB

## Zort Admin

**Zort Admin**                                          17:09
Of course

                                    17:09

Should've stayed in LA 😊

                                    17:10

**AntiSocialMob** 👽                                    17:10
Hahaha I'm coming back !!!

September                                               17:10

**Zort Admin**                                          17:10



## Zort Admin

**Zort Admin**                                                    20:42
Are you sure you want to drive? Downtown isn't for driving

You don't have many places to park lol                           20:42

**AntiSocialMob** 👽                                              20:43
I'll valet at ritz

**Zort Admin**                                                    20:43
I'm finishing up my meet and probably will take you somewhere else
more comfortable for you

**AntiSocialMob** 👽                                              20:44
I went to get a drink at ritz lol

I'm with dro also btw                                            20:44

**Zort Admin**                                                    20:44
No problem.

Let me know when you're 10 mins away                             20:44

or 5                                                             20:44

**AntiSocialMob** 👽                                              20:44
Sure

**Zort Admin**                                                    20:46
You should stay til next weekend

I have a toy being towed from Miami to LA as we speak            20:46

                                                                20:46



                                                                20:47
 **Sticker**
😌

# EXHIBIT 13

# EXHIBIT 13





# EXHIBIT 14

# EXHIBIT 14







# EXHIBIT 15

# EXHIBIT 15



# EXHIBIT 16

# EXHIBIT 16



# (310) 721-7882

LINE TYPE: MOBILE
CARRIER: NEW CINGULAR WIRELESS PCS LLC (AT&T MOBILITY)

## Personal

SAVE YOUR REPORT FOR EASY OFFLINE ACCESS:

**DOWNLOAD PDF**

**REPORT NAVIGATION**

< **IRIS AU** >

 Personal

 Contact

 Locations

 Social

Background Report

**DOWNLOAD PDF**

**RECOMMENDED: TAKE ACTION**

### Your identity may be at risk!

Millions of identities are stolen each year, act now and shield yourself with Identity Protect.

**PROTECT YOUR IDENTITY**

**Access More Information**

### You Might Be Surprised By What An Email Report Can Uncover.

Look up any email address and reveal associated information like personal information, social media accounts, photos, additional contact info and more!

**UNLOCK EMAIL REPORTS**



## Personal Information

**POSSIBLE OWNER**

**Iris Au**

**OTHER PEOPLE POSSIBLY ASSOCIATED WITH THIS NUMBER**

Jonathan Hurtado Suarez

**OWNER HISTORY**

| OWNER NAME | ADDRESS | |
|---|---|---|
| Jonathan Suarez | 4170 W 168th St, Lawndale, CA, 90260 | VIEW BACKGROUND REPORT |

Iris Au

VIEW BACKGROUND REPORT



# Contact Information

**POSSIBLE PHONE NUMBERS**



| | |
|---|---|
| Phone Number | |
| **(310) 721-7882** | |

**VIEW PHONE DETAILS**

Line Type
Mobile

Carrier Location
City Of Commerce, CA 90048

Prepaid
No

Connected
No

**EMAIL ADDRESSES**



We're sorry, available public records do not currently contain **Email Addresses** for **Iris Au**.
We will add this data as soon as it becomes available.

**ADDITIONAL OWNER DETAILS**

Iris Au

**VIEW BACKGROUND REPORT**

**NOTICE: Background Reports could reveal much more personal information about Iris Au. You could be surprised at what you find out.**



# Location History

Our extensive public records search did not uncover

locations information for Iris Au.

  We refresh our databases every 24 hours. If locations data for Iris Au becomes available, we can add their data ASAP.



'0' Results Found

---

 **Comments**                                                   0 Comments

Add a comment to this report.

Any comment below was authored and submitted by a Intelius user. Intelius did not author or develop this comment, does not express a view as to whether the comment is accurate or truthful, and does not warrant or represent that the comment is accurate or truthful. If you believe a comment is not accurate, not truthful, or otherwise violates the User Comments Terms of Use, please contact Intelius at HELP@INTELIUS.COM so the comment may be evaluated for possible removal.

  **LEAVE A COMMENT**

Currently no comments

# EXHIBIT 17

# EXHIBIT 17

