Eric Bensamochan, Esq. SBN255482
The Bensamochan Law Firm, Inc.
9025 Wilshire Blvd., Suite 215
Beverly Hills, CA 90211
Tel: (818) 574-5740
Fax: (818) 961-0138
Email: eric@eblawfirm.us
Attorney for Plaintiff ASIM KHAN

BORDIN SEMMER, LLP
6100 Center Dr., Ste. 1100
Los Angeles, CA 90045
Telephone: (323) 457-2110
Facsimile: (323) 457-2120
Bryan C. Swaim (Local Counsel), SBN 289829
bswaim@bordinsemmer.com

GODWIN BOWMAN PC
1201 Elm St., Ste. 1700
Dallas, TX 75270
Telephone: (214) 939-4412
Facsimile: (214) 527-3112
Donald E. Godwin (*admitted Pro Hac Vice*), Texas SBN 08056500
dgodwin@godwinbowman.com
Attorneys for Defendants Zort, Inc. and Adam Iza

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ASIM KHAN;<br><br>Plaintiff, | Case No.: 2:21-cv-08681-MFW-AGR<br><br>**JOINT STIPULATION REGARDING MODIFICATION OF THE ORDER RE JURY TRIAL** |

- 1 -

vs.

ZORT, INC. AND ADAM IZA;

Defendant

**TO THIS HONORABLE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:**

**PLEASE TAKE NOTICE THAT** the parties in the above-captioned matter, by and through this stipulation, hereby request the Court modify certain dates contained in the Order Re Jury Trial, and would show as follows:

1.    On June 21, 2022, this Court entered the Order Granting Stipulation for Modification of the Order Re Jury Trial, modifying certain dates in the Order Re Jury Trial. The current deadlines in the Order Re Jury Trial (as modified) are reflected as follows:

| | |
|---|---|
| Last Day to Add Parties/Amend Pleadings | December 12, 2022 |
| Non-expert Discovery Cut-off | February 21, 2023 |
| Expert Disclosure (Initial) | January 10, 2023 |
| Expert Disclosure (Rebuttal) | February 7, 2023 |
| Expert Discovery Cut-off | March 20, 2023 |
| Last Day to Hear Motions (Monday at 10:00 a.m.) | March 20, 2023 |
| Last Day to Conduct ADR Proceeding | April 7, 2023 |
| File Memorandum of Contentions of Fact and Law, Exhibit and Witness Lists, Status Report regarding settlement, and all Motions in Limine | May 15, 2023 |
| Lodge Pretrial Conference Order, file agreed set of Jury Instructions and Verdict forms, file statement regarding | May 22, 2023 |

| Disputed Instructions and Verdict Forms, and file oppositions | |
|---|---|
| Final Pretrial Conference and Hearing on Motions in Limine | June 5, 2023, at 11:00 a.m. (Monday) |
| Trial Date (Est. 4 Days) | June 27, 2023, at 8:30 a.m. (Tuesday) |

2.     By this stipulation, the parties request that the above deadlines be modified to reflect the following dates, which have been agreed upon by the parties, after conference:

| Last Day to Add Parties/Amend Pleadings | December 12, 2022 |
|---|---|
| Non-expert Discovery Cut-off | August 20, 2023 |
| Expert Disclosure (Initial) | July 10, 2023 |
| Expert Disclosure (Rebuttal) | August 7, 2023 |
| Expert Discovery Cut-off | September 15, 2023 |
| Last Day to Hear Motions (Monday at 10:00 a.m.) | September 18, 2023 |
| Last Day to Conduct ADR Proceeding | October 4, 2023 |
| File Memorandum of Contentions of Fact and Law, Exhibit and Witness Lists, Status Report regarding settlement, and all Motions in Limine | November 13, 2023 |
| Lodge Pretrial Conference Order, file agreed set of Jury Instructions and Verdict forms, file statement regarding Disputed Instructions and Verdict Forms, and file oppositions | November 20, 2023 |
| Final Pretrial Conference and Hearing on Motions in Limine | December 4, 2023, at 11:00 a.m. (Monday) |
| Trial Date (Est. 4 Days) | December 12, 2023, at 8:30 a.m. (Tuesday) |

3.     The deadline for adding parties and amending pleadings, which passed on December 12, 2022, shall not be extended by this stipulation. Plaintiff

- 3 -

hereby reserves the right to petition this Court to amend the deadline for adding parties and amending pleadings, and Defendants hereby reserve the right to make any necessary objection thereto.

4.    Additionally, the deposition of non-party Iris Au shall be rescheduled from February 10, 2023, to a future, mutually agreeable time and date, to be negotiated by counsel for the parties in this matter.

**IT IS SO STIPULATED.**

Dated February 6, 2023          By: _____.
                                Eric Bensamochan, Esq
                                Lead Counsel for Plaintiff


Dated February 6, 2023          By: /s/ Don Godwin    .
                                Donald E. Godwin (*admitted Pro Hac Vice*)
                                Lead Counsel for Defendants

                                **Bryan C. Swaim** (*Local Counsel*)
                                California State Bar No. 289829
                                bswaim@bordinsemmer.com

- 4 -