Eric Bensamochan, Esq.   SBN 255482
THE BENSAMOCHAN LAW FIRM, INC.
9025 Wilshire Blvd. Suite 215
Beverly Hills, California 90211
Tel. (818) 574-5740
Fax. (818) 961-0138
Email: eric@eblawfirm.us

Attorney for Plaintiff
Asim Khan

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

ASIM KHAN,

                                    Plaintiff,

vs.

ZORT, INC., and ADAM IZA

                                    Defendants.

Case No. 2:21-cv-08681-MFW-AGR

**PLAINTIFF ASIM KHAN'S NOTICE OF MOTION AND MOTION FOR TERMINATING SANCTIONS; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF ERIC BENSAMOCHAN IN SUPPORT THEREOF**

**Hearing:**
Date: April 11, 2023
Time: 10:00 a.m.
Courtroom: Courtroom 550
Location: Roybal Federal Building
                255 E. Temple St.,
                Los Angeles, CA, 90012

**TO THE HONORABLE ALICIA G. ROSENBERG, UNITED STATES DISTRICT COURT JUDGE, DEFENDANTS, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on April 11, 2023, at 10:00 a.m., or as soon thereafter as this matter may be heard but he above-entitled Court, located at Roybal Federal Building and United States Courthouse, 255 E. Temple St., Los Angeles, CA, 90012, Courtroom 550, 5th Floor, Plaintiff Asim Khan ("Plaintiff" herein), through and

by counsel, hereby moves the Court for an order imposing terminating sanctions on Defendants Zort, Inc. and Adam Iza by striking their answer and entering their default. The basis for this motion is that Defendants intentionally made material misrepresentations to the Court in the Declaration of Adam Iza filed on November 23, 2022, as Docket No. 56. This motion is following the conference of counsel pursuant to L.R. 7-3, which took place on February 24, 2023.

 This Motion is based on this Notice, the Memorandum of Points and Authorities, the declaration of Eric Bensamochan, Esq., and the pleadings, file, and oral argument that may be presented at the hearing.

Dated: March 10, 2023

By: /s/Eric Bensamochan, Esq.
Eric Bensamochan, Esq
Counsel for Plaintiff

The Bensamochan Law Firm, Inc.
9025 Wilshire Blvd, Suite 215
Beverly Hills, California

MOTION FOR TERMINATING SANCTIONS

## **TABLE OF CONTENTS**

MEMORANDUM OF POINTS AND AUTHORITIES.................................................. ii

II. INTRODUCTION .............................................................................................1

III.STATEMENT OF FACTS ..................................................................................3

   A. Statements in the Declaration of Plaintiff Asim Khan ...............................3

   B. Statements in the Declaration of Defendant Adam Iza ..............................5

   C. Evidence Establishing That Statements Made in Adam Iza's Declaration Are
     Materially False ...........................................................................................7

     1. Declaration of Asim Khan Regarding Telegram Conversations with Adam Iza
       Aka Zort Admin ......................................................................................7

     2. The Document Production from Coinbase, Inc.......................................8

IV. ARGUMENT ...................................................................................................9

   A. Legal Standard Regarding Terminating Sanctions.....................................9

   B. Willfulness, Bad Faith, or Fault of the Party............................................10

   C. Five Factor Balancing Test.......................................................................12

     3. Factor 1 and 2: Public's Interest in a Prompt Resolution and Docket
       Management ..........................................................................................13

     4. Factor 3: Risk of Prejudice .................................................................13

     5. Factor 4: Public Policy Favoring Disposition on the Merits...............14

     6. Factor 5: Availability of Less Drastic Sanctions................................14

V. CONCLUSION .................................................................................................15

The Bensamochan Law Firm, Inc.
9025 Wilshire Blvd, Suite 215
Beverly Hills, California

MOTION FOR TERMINATING SANCTIONS

# <u>TABLE OF AUTHORITIES</u>

**CASES**

*Malone v. U.S. Postal Service*, 833 F.2d 128, 130 (9th Cir. 1987) .................................14

*Adriana Int'l Corp. v. Thoeren,* 913 F.2d 1406, 1412 (9th Cir. 1990) ............................17

*Adriana*, 913 F.2d at 1412 ...............................................................................17

*Adriana*, 913 F.2d at 1412-13 .........................................................................19

*Anheuser-Busch v. Nat. Beverage Distribs*., 69 F.3d 337, 350-52 (9th Cir. 1998)...........15

*Arnold v. County of El Dorado*, 2012 WL 3276979 at *4 (E.D. Cal. Aug. 9, 2012)........16

*Compass Bank v. Morris Cerullo World Evangelism,* 104 F. Supp. 3d 1040, 1051-52

   (S.D. Cal. 2015) ...........................................................................................15

*Conn. Gen. Life Ins. Co.*, 482 F.3d 1091, 1096 .................................................15

*Connecticut Gen. Life Ins. Co. v. New Images of Beverly Hills*, 482 F.3d 1091, 1096 (9th

   Cir. 2007) ....................................................................................................17

*Connecticut Gen. Life Ins. Co*., 482 F.3d at 1097 .............................................19

*Degen v. United States*, 517 U.S. 820, 827, 116 S. Ct. 1777, 135 L. Ed. 2d 102 (1996)..14

*Ferdik v. Bonzelet*, 963 F.2d 1258, 1261 (9th Cir. 1992) ...................................17

*Henry v. Gill Indus., Inc.,* 983 F.2d 943, 948 (9th Cir. 1993) .............................15

*In re Phenylpropanolamine (PPA) Prod. Liab. Litig*., 460 F.3d 1217 (9th Cir. 2006).....18

*In re PPA Prods.,* 460 F.3d at 1228 .................................................................18

*In re The Exxon Valdez*, 102 F.3d 429, 432 (9th Cir. 1996)................................14

*Malone*, 833 F.2d at 130 .................................................................................17

*Malone,* 833 F.2d at 131 ............................................................................17, 18

*Morris v. Morgan Stanley & Co.,* 942 F.2d 648, 652 (9th Cir. 1991)...............................18

*MPK, Inc. v. Bernardaud N.A., Inc.*, No. CV 19-00422-DMG-JEM, 2020 U.S. Dist.

   LEXIS 160389, 2020 WL 5217147, at *3 (C.D. Cal. June 4, 2020)........................19

*Newman v. Brandon* (E.D.Cal. Oct. 16, 2012, No. 1:10-cv-00687 AWI JLT (PC)) 2012

   U.S.Dist.LEXIS 148935, at *10.) ...................................................................15

*Pagtalunan v. Galaza*, 291 F.3d 639, 642 (9th Cir. 2002) ..................................17

The Bensamochan Law Firm, Inc.
9025 Wilshire Blvd, Suite 215
Beverly Hills, California

MOTION FOR TERMINATING SANCTIONS

*Phoceene Sous-Marine, S.A. v. U.S. Phosmarine, Inc.*, 682 F.2d 802, 806 (9th Cir. 1982) ..................................................................................................................................14

*Sanchez v. Rodriguez*, 298 F.R.D. 460, 465 (C.D. Cal. 2014) ...........................................18

*United States v. Kahaluu Const.*, 857 F.2d 600, 603 (9th Cir. 1988)................................14

*Wyle v. R.J. Reynolds Indus., Inc.,* 709 F.2d 585, 589 (9th Cir. 1983) ..............................14

**STATUTES**

*Fed. R. Civ. P. 37(b)(2)(A)(i)-(vi)* ......................................................................................14

*Federal Rule of Civil Procedure 37* ...................................................................................14

The Bensamochan Law Firm, Inc.
9025 Wilshire Blvd, Suite 215
Beverly Hills, California

MOTION FOR TERMINATING SANCTIONS

<u>**MEMORANDUM OF POINTS AND AUTHORITIES**</u>

**I.   <u>INTRODUCTION</u>**

This motion is being brought due to the egregious misconduct by Adam Iza in making materially false statements to this Court in his sworn declaration. Importantly, all relevant facts that establish Plaintiff's claims in the present matter arise from a series of transactions where Plaintiff transferred money to Defendant Iza's Coinbase account. These misrepresentations were uncovered when Coinbase, Inc. (hereinafter "Coinbase") produced Defendant Adam Iza's transaction history in response to a subpoena it received from Plaintiffs. Defendant Iza swore in his declaration that he was not the person behind the Zort Admin Telegram account, did not direct Plaintiff to make cryptocurrency transfers to him, did not know Plaintiff nor ever received cryptocurrency from him, and had no evidence in his possession showing any transfers from Plaintiff to Defendant. The transaction history produced by Coinbase of Defendant Iza's account shows proof of almost every transfer Plaintiff alleged—that Defendants denied—with all dates and amounts matching perfectly. These transactions show that Defendants currently violate this Court's order directing them to produce all evidence of cryptocurrency transactions between the parties. As more fully detailed below, it also shows that almost every statement in Defendant Iza's declaration is materially false, which amounts to perjury.

In October of 2022, Plaintiff issued the deposition subpoena of Adam Iza for the production of documents. A dispute among the parties arose regarding this subpoena, and the Court set a Discovery Conference for November 4, 2022. At the discovery conference, there was some confusion about the cryptocurrency transactions and how they took place. To establish a baseline, the Court ordered that Plaintiff produce documentation for each cryptocurrency transfer he made to Defendants at issue in this litigation. (Docket No. 54, Page 2, Numbered Paragraph 1)

On November 9, 2022, Plaintiff filed a detailed declaration providing documentation for every cryptocurrency transaction he sent to Defendants. (Docket No 55) In response, Defendant Adam Iza filed a Declaration claiming that he never received

The Bensamochan Law Firm, Inc.
9025 Wilshire Blvd, Suite 215
Beverly Hills, California

any cryptocurrency transactions from Plaintiff, never spoke to Plaintiff, and never directed Plaintiff to make cryptocurrency transfers via the Zort Admin Telegram Account. (Docket No. 56) On January 13, 2023, Plaintiff filed another detailed declaration showing that Adam Iza is the person behind the Zort Admin telegram account. (Docket No. 58)

Since Defendant Iza's declaration was essentially non-responsive, Plaintiff knew that he would need to take action to gather the information necessary to move this case forward. Therefore, from December 14th to December 23rd , 2022, Plaintiff issued approximately 11 subpoenas to third parties. Defendants were served with notice of these subpoenas and unsuccessfully moved to quash them. After resolving the motion to quash, Coinbase agreed to produce documentation in response to the subpoena.

On February 14, 2023, counsel for Coinbase sent the transaction history for Defendant Adam Iza's personal Coinbase account to Plaintiff's and Defendants' counsel. A transaction history review shows 8 of the 11 transactions described in Plaintiff's declaration. This proves that nearly every single one of the paragraphs contained in Defendant Iza's November 23rd declaration is materially false. Defendant Adam Iza controlled the Zort Admin Telegram account, used it to direct Plaintiff to deposit cryptocurrency into his personal Coinbase account, and then intentionally misrepresented both of these facts under penalty of perjury in his declaration filed with the Court.

On February 16, 2023, Counsel for Plaintiff sent a meet and confer letter setting forth all of this information in detail to Defendants' counsel and requested a meet and confer call. After one rescheduling, the call took place on Friday, February 24, 2023. On the call, Defendants took the position that Defendant Iza did not control his personal Coinbase account. Defendants stated that Defendant Iza was the victim of fraud and embezzlement and that a police report existed to support this fact. Defendants maintain that Defendant Iza was not in control of the Zort Admin Telegram account and never met Plaintiff Asim Khan in person. Plaintiff has no faith in the truthfulness of this explanation offered by Defendants. This is an especially disturbing issue since no evidence of fraud

The Bensamochan Law Firm, Inc.
9025 Wilshire Blvd, Suite 215
Beverly Hills, California

- 2 -
MOTION FOR TERMINATING SANCTIONS

or embezzlement was ever provided to Plaintiff's counsel or this Court. Never before has there been an assertion made that the Defendant was some victim here. What is more likely is that the Defendant has now concocted a total sham of an explanation after the evidence from Coinbase shows that Defendant received over half a million dollars from the Plaintiff.

It is clear from the Defendants' conduct up to this point that resolving this case on the merits alone will be almost impossible. Defendants cannot be trusted to participate in discovery or make truthful statements about material facts. Therefore, Plaintiff moves this Court for termination sanctions against Defendants.

## II.   STATEMENT OF FACTS

The following statement of facts is designed to set forth the facts in three areas. First, it will be shown that Plaintiff Asim Khan filed a detailed declaration showing that Defendants directed him via the Telegram messaging application to make transfers of cryptocurrency to them. That he made those transfers and included all relevant information of them in his declaration. Second, that Defendant Iza filed a declaration under penalty of perjury stating that he did not receive any cryptocurrency transfers from Plaintiff and that he had no evidence of those transfers. Also, he was not in control of the Zort Admin telegram account, which directed Plaintiff to make those transfers. Third and lastly, it will be shown that these statements made by Defendant Iza are materially false. This will be shown by the declaration of Asim Khan, which details the parties meeting in person and arranging that meeting via the Telegram messaging application, which shows that Defendant Iza was behind that account. It will also be shown that Adam Iza did receive cryptocurrency transfers from Plaintiff, as evidenced by the transaction history of his Coinbase account.

## A. Statements in the Declaration of Plaintiff Asim Khan

Reproduced below are statements made in the Declaration of Asim Khan filed on November 9, 2022, as Docket No 55.

The Bensamochan Law Firm, Inc.
9025 Wilshire Blvd, Suite 215
Beverly Hills, California

This first excerpt is related to the communication between the parties via the Telegram messaging application:

1.     During this declaration, I communicated with Defendants via the Telegram messaging App. My screen name in Telegram is "AntiSocialMob." In these conversations, I was communicated with the screen names "ZORT" and "Zort Admin." I believe these screen names to be Defendant Adam Iza or someone acting on behalf of Defendants Adam Iza and Zort, Inc. In the Telegram conversation attached hereto as Exhibit "1," I say, "Idek your name," which is short for "I don't even know your name." Zort Admin responds, "Adam." (Declaration of Asim Khan, ¶7)

The following excerpts relate to the cryptocurrency transfers:

2.     The first transaction was for 5 bitcoin on May 14, 2020. (Decl of Asim Khan ¶¶ 27-28)

3.     The second transaction was for 46,442 USDC on May 15, 2020. (Decl of Asim Khan ¶¶ 29-33)

4.     The third transaction was for 45,805 USDC on May 15, 2020. (Decl of Asim Khan ¶¶ 34-38)

5.     The Fourth transaction was for 50,000 USDC on May 18, 2020. (Decl of Asim Khan ¶¶ 39-43)

6.     The Fifth transaction was for 24,237 USDC on May 19, 2020. (Decl of Asim Khan ¶¶ 44-48)

7.     On that same day, September 14, 2020, I sent 50,000 USDC from my Coinbase account (Decl of Asim Khan ¶¶ 52-56)

8.     On that same day, September 15, 2020, I sent 50,000 USDC from my Coinbase account (Decl of Asim Khan ¶¶ 58-62)

9.     On that same day, September 17, 2020, I sent 200,000 USDC from my Coinbase account (Decl of Asim Khan ¶¶ 64-68)

For each of these transactions, the declaration included identifying information in the form of a Destination Address, Transaction Hash, and exhibits from a third-party

The Bensamochan Law Firm, Inc.
9025 Wilshire Blvd, Suite 215
Beverly Hills, California

website known as Etherscan to give independent confirmation of the transactions. The Declaration also provided an Exhibit for each of these transactions, which are screenshots from the Telegram messaging service where the screen name "Zort Admin" directed Plaintiff to make these transfers.

**B. Statements in the Declaration of Defendant Adam Iza**

According to the November 4th minute order, Defendants were to take the information from Plaintiffs Declaration and produce documentation for (a) each cryptocurrency deposit Defendants received from Plaintiff's originating wallet address; and (b) cryptocurrency deposits received on or about the date(s) of each transfer for which Plaintiff provides documentation. Reproduced below are statements made in the Declaration of Adam Iza filed on November 23, 2022, as Docket No 56.

This first excerpt is related to the communication between the parties via the Telegram messaging application:

1.      To my knowledge, neither myself, Zort, nor anyone acting on either's behalf has ever had possession, custody, or control over the Telegram account in Plaintiff's Declaration with the screenname "Zort Admin." If the messages appearing in Plaintiff's Declaration are true and accurate depictions of actual communications between Plaintiff and someone purporting to act on either of the Defendants' behalf, those communications were sent without my knowledge, awareness, consent, direction, and/or permission. (Decl of Adam Iza ¶ 9)

2.      Additionally, Plaintiff has presented to the Court alleged screenshots representing communications between himself and the purported Zort Admin, which Defendants deny any relation to as detailed above. I deny in whole the veracity of the entirety of these screenshots and, more specifically, point to Plaintiffs' Exhibit 2 as representative of the suspect nature of these alleged screenshots. On Plaintiff's Exhibit 2, Page ID #:326, the purported Zort Admin allegedly generated a "Zort account" for Plaintiff, with the login "Baileysaab," which presumably, was intended to allow Plaintiff access to Zort via the provided link, portal.zort.com. However, Zort has never provided

The Bensamochan Law Firm, Inc.
9025 Wilshire Blvd, Suite 215
Beverly Hills, California

MOTION FOR TERMINATING SANCTIONS

any Zort registrant a username in this format to access portal.zort.com. Any Zort registrant accessing portal.zort.com accesses the website  using an email account, not a username. Navigating any browser to portal.zort.com would reveal this login screen, which has not materially changed since its inception. A screenshot of the login screen is attached as Exhibit 2. (Decl of Adam Iza ¶ 14)

The following excerpts relate to the cryptocurrency transfers:

3.     Pursuant to the Minute Order, on or before November 22, 2022, I have been ordered to produce "documentation for (a) each cryptocurrency deposit Defendants received from Plaintiff's originating wallet address; and (b) cryptocurrency deposits received on or about the date(s) of each transfer for which Plaintiff provides documentation pursuant to [the Minute Order]." (Decl of Adam Iza ¶ 4)

4.     On November 9, 2022, Plaintiff executed a declaration ("Plaintiff's Declaration") wherein he alleges he made numerous transfers of cryptocurrency to various accounts, referred to therein as "Destination Addresses." (Decl of Adam Iza ¶ 5 [list of destination addresses contained in the original declaration have been omitted here for brevity])

5.     It is Plaintiff's position that some or all of the above-listed Destination Addresses are under one or both of Defendants' possession, custody, or control. However, at no point have Zort or I ever had any possession, custody, or control over these Destination Addresses whatsoever. Additionally, to my knowledge, at no point has anyone acting on my behalf or behalf of Zort, whether as an agent, representative, or otherwise, ever had any possession, custody, or control whatsoever over these Destination Addresses. (Decl of Adam Iza ¶ 6)

6.     I have no knowledge whatsoever as to the identities of the owner(s) or custodian(s) of the above listed Destination Addresses. (Decl of Adam Iza ¶ 7)

7.     To my knowledge, neither myself nor Zort, nor anyone acting on either's behalf with their knowledge or consent, have ever had any relation to the above referenced Destination Addresses. Thus, I am incapable of producing any documents

MOTION FOR TERMINATING SANCTIONS

The Bensamochan Law Firm, Inc.
9025 Wilshire Blvd, Suite 215
Beverly Hills, California

showing any transfers to or from the Destination Addresses, as the accounts associated with the Destination Addresses are not within my possession, custody, or control. (Decl of Adam Iza ¶ 8)

8.     I am not aware of any other ledgers, accounts, wallets, or other documents, digital or otherwise, that would reflect any transfers of any type of currency, digital or otherwise, from Plaintiff to either of the Defendants or persons acting on behalf of either of the Defendants with either of the Defendants' knowledge or consent. If such transfers exist, they were not made with either of the Defendants' prior knowledge, awareness, consent, direction, and/or permission.

Finally, the declaration ends with the following statement:

9.     I declare under penalty of perjury that the foregoing is true and correct." (Decl of Adam Iza ¶ 16)

## C. <u>Evidence Establishing That Statements Made in Adam Iza's Declaration Are Materially False</u>

Two sources of evidence demonstrate that Adam Iza made materially false statements in his declaration. First is the Declaration of Asim Khan Regarding Telegram Conversations with Adam Iza Aka Zort Admin filed on January 13, 2023, as Docket No. 58. Second is the transaction history for Defendant Adam Iza's personal Coinbase Account produced by Coinbase on February 14, 2023, in response to Plaintiff's subpoena.

### 1.  **Declaration of Asim Khan Regarding Telegram Conversations with Adam Iza Aka Zort Admin**

Plaintiff filed this declaration in response to Defendant Adam Iza's declaration, where Defendant Iza denies being in control of the Zort Admin Telegram Account. Plaintiff's declaration runs 24 paragraphs and contains 17 exhibits. Since it would be impractical to reproduce the entire declaration here, and since it already appears on the docket, Plaintiff will summarize its contents and attach it for convenience as **Exhibit "A."** The Declaration details an in-person meeting between Plaintiff Asim Khan and

The Bensamochan Law Firm, Inc.
9025 Wilshire Blvd. Suite 215
Beverly Hills, California

The Bensamochan Law Firm, Inc.
9025 Wilshire Blvd, Suite 215
Beverly Hills, California

Defendant Adam Iza on or about August 8, 2020, in Los Angeles, California. This in-person meeting was arranged via the same Zort Admin Telegram Account Defendants used to direct Plaintiff to make the cryptocurrency transfers. Plaintiff made every effort to produce documentation to substantiate his statements. The declaration contains exhibits showing the Telegram conversation arranging the meetup, Plaintiff's flight and hotel booking confirmations, and pictures he took from his cellphone during the meetup. Lastly, it contains screenshots of the conversation after the meetup, where Adam Iza sends a picture of himself to Asim Khan while sitting in his Lamborghini.

## 2. The Document Production from Coinbase, Inc.

While Plaintiff has known Defendants have misrepresented facts to the court since the declaration was filed, the February 14th Coinbase production was the primary motivating factor for bringing this motion. The following is a summary of each transaction alleged by Plaintiff in his declaration and the corresponding entry in Defendant Adam Iza's Coinbase transaction history:

| Transactions in Declaration of Asim Khan | Transactions from Coinbase Production |
|---|---|
| The first transaction was for 5 bitcoin on May 14, 2020. (Decl of Asim Khan ¶¶ 27-28) | 5/14/2020 – 5 bitcoin - $48,426.58 USD(See Page 57 of 60 of the PDF) |
| The second transaction was for 46,442 USDC on May 15, 2020. (Decl of Asim Khan ¶¶ 29-33) | 5/15/2020 – 46,442 USDC - $46,442 USD(See Page 57 of 60 of the PDF) |
| The third transaction was for 45,805 USDC on May 15, 2020. (Decl of Asim Khan ¶¶ 34-38) | 5/15/2020 – 45,805 USDC - $45,805 USD(See Page 57 of 60 of the PDF) |
| The Fourth transaction was for 50,000 USDC on May 18, 2020. (Decl of Asim Khan ¶¶ 39-43) | 5/18/2020 – 50,000 USDC - $50,000 USD(See Page 56 of 60 of the PDF) |

| | |
|---|---|
| The Fifth transaction was for 24,237 USDC on May 19, 2020. (Decl of Asim Khan ¶¶ 44-48) | 5/19/2020 – 24,237 USDC - $24,237 USD(See Page 56 of 60 of the PDF) |
| On that same day, September 14, 2020, I sent 50,000 USDC from my Coinbase account (Decl of Asim Khan ¶¶ 52-56) | 9/14/2020 – 50,000 USDC - $50,000 USD(See Page 51 of 60 of the PDF) |
| On that same day, September 15, 2020, I sent 50,000 USDC from my Coinbase account (Decl of Asim Khan ¶¶ 58-62) | 9/15/2020 – 50,000 USDC - $50,000 USD(See Page 51 of 60 of the PDF) |
| On that same day, September 17, 2020, I sent 200,000 USDC from my Coinbase account (Decl of Asim Khan ¶¶ 64-68) | 9/17/2020 – 200,000 USDC - $200,000 USD (See Page 51 of 60 of the PDF) |

This shows that Defendant Iza used Telegram under the screenname Zort Admin to direct Plaintiff Asim Khan to make cryptocurrency transfers to his ***personal*** Coinbase account. This means that Defendant Iza knowingly made false statements to this Court under penalty of perjury in his declaration.  These statements are material and strike right to the core of issues raised in this lawsuit.

Plaintiff attached this summary to the meet and confer letter sent to Defendants on February 16, 2023. Plaintiff informed Defendants that it would be bringing this motion and intended to rely on this information for this motion. Defendants raised no objections to the use of this information. However, due to the protective order in effect, Plaintiff has not attached the transaction history to this motion as it would appear on the public docket. Plaintiff is prepared to make the transaction history available to the Court *in camera* or in any other way the Court directs or the parties stipulate.

### III.    ARGUMENT

**A. Legal Standard Regarding Terminating Sanctions**

A federal court has an array of means to enforce its orders. *Degen v. United States*, 517 U.S. 820, 827, 116 S. Ct. 1777, 135 L. Ed. 2d 102 (1996). Under *Federal Rule of*

The Bensamochan Law Firm, Inc.
9025 Wilshire Blvd, Suite 215
Beverly Hills, California

*Civil Procedure 37* ("*Rule 37*"), possible sanctions for violation of a discovery order include issue establishment, evidence or issue preclusion, striking pleadings in whole or in part, staying further proceedings until the order is obeyed, dismissal, and/or default judgment against the disobedient party. *Fed. R. Civ. P. 37(b)(2)(A)(i)-(vi).* In addition to the explicit statutory authority codified by Rule 37(b) of the Federal Rules of Civil Procedure, "courts have inherent power to dismiss an action when a party has willfully deceived the court and engaged in conduct utterly inconsistent with the orderly administration of justice." *Wyle v. R.J. Reynolds Indus., Inc.,* 709 F.2d 585, 589 (9th Cir. 1983) (citing *Phoceene Sous-Marine, S.A. v. U.S. Phosmarine, Inc*., 682 F.2d 802, 806 (9th Cir. 1982)).

Dismissal is authorized only in "extreme circumstances" and only where the violation of a discovery order is due to "willfulness, bad faith, or fault of the party." *In re The Exxon Valdez*, 102 F.3d 429, 432 (9th Cir. 1996) (quoting *United States v. Kahaluu Const*., 857 F.2d 600, 603 (9th Cir. 1988)). A district court must weigh five factors in determining whether to grant terminating sanctions for failure to comply with a court order under *Rule 37. Malone v. U.S. Postal Service*, 833 F.2d 128, 130 (9th Cir. 1987). The five factors are: "(1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the [Plaintiff]; (4) the public policy favoring disposition of cases on their merits; and (5) the availability of less drastic sanctions." *Id*.

**B. <u>Willfulness, Bad Faith, or Fault of the Party</u>**

Terminating sanctions are only justified when failure to produce stems from the "willfulness, bad faith, or fault" of the offending party, *Conn. Gen. Life Ins. Co.*, 482 F.3d 1091, 1096. All that is required to demonstrate willfulness or bad faith is "disobedient conduct not shown to be outside the control" of the non-compliant party. *Henry v. Gill Indus., Inc.,* 983 F.2d 943, 948 (9th Cir. 1993). The Ninth Circuit has upheld the imposition of terminating sanctions where a defendant repeatedly lied about the existence of documents throughout every phase of litigation and falsely claimed that

The Bensamochan Law Firm, Inc.
9025 Wilshire Blvd, Suite 215
Beverly Hills, California

certain documents had been destroyed. *Anheuser-Busch v. Nat. Beverage Distribs.*, 69 F.3d 337, 350-52 (9th Cir. 1998).

In determining whether the disobedient conduct was beyond the party's control, "the court may consider the party's motivations, and can consider his dilatory and obstructive conduct in the case and other related cases." *Compass Bank v. Morris Cerullo World Evangelism,* 104 F. Supp. 3d 1040, 1051-52 (S.D. Cal. 2015)

In this case, bad faith is satisfied by the filing of a declaration under penalty of perjury containing materially false statements. (*Newman v. Brandon* (E.D.Cal. Oct. 16, 2012, No. 1:10-cv-00687 AWI JLT (PC)) 2012 U.S.Dist.LEXIS 148935, at *10.) The Court in *Newman* cited *Arnold v County of El Dorado,* which eloquently stated the gravity of making false statements under penalty of perjury:

> There need be no look at the merits of a lawsuit if material, substantial perjury is found. *Id at 489*. As stated in *Valley Engineers Inc. v. Electric Engineering Co.*, 158 F.3d at 1058: "There is no point to a lawsuit, if it merely applies law to lies. True facts must be the foundation for any just result" . . . [W]hen a party falsely testifies to a fact material to the substance of a litigation, such is anathema to the function of the courts. Perjury is much more than simply a "gotcha," harmful in effect only for the reason that one got caught. Litigation is not a game in which perjury warrants a five yard penalty for a minor untruth, fifteen yards if the perjury was really serious. Rather, perjury on any material fact strikes at the core of the judicial function and warrants a dismissal of one's right to participate at all in the truth seeking process. If one can be punished for perjury with up to five years imprisonment, *18 U.S.C. § 1621*, it should not seem out of place that a civil action might be dismissed for the same conduct. *Arnold v. County of El Dorado*, 2012 WL 3276979 at *4 (E.D. Cal. Aug. 9, 2012)

Here, the misrepresentations made by Adam Iza in his declaration are both material and substantial.

- 11 -

MOTION FOR TERMINATING SANCTIONS

The complaint, in this case, alleges that Defendants directed Plaintiff to make cryptocurrency transfers to them for investment purposes, Plaintiff made the cryptocurrency transfers as directed, and that Defendants received them and has refused to return the funds. The misrepresentations made by Defendant Iza are material because, in his declaration, he claims not to have directed Plaintiff to make the cryptocurrency transfers and denies receiving any funds from Plaintiff. These misrepresentations strike right to the core of this case.

The misrepresentations are also substantial. Iza claimed never to have directed Plaintiff to make cryptocurrency transfers and that he did not control the Zort Admin Telegram account. However, Plaintiff's declaration shows that he was told to make those transfers by the Zort Admin Telegram account and that those same transactions appear in Defendant Iza's personal Coinbase account. This shows two misrepresentations on the part of Iza, First, that he was not in control of the Zort Admin Telegram account when he was, and second, that he did not direct Plaintiff to make the cryptocurrency transfers when he did. The next misrepresentation by Iza was that he had no documentation responsive to Plaintiff's Declaration. The Coinbase production of Defendant Iza's personal account clearly shows that he had documents relevant to the Court's order and intentionally misrepresented that he did not. There are also three outstanding deposits contained in Plaintiff's declaration, which Defendant surely has proof of but has yet to produce.

## C. **Five Factor Balancing Test**

The Ninth Circuit has identified five factors for a district court to weigh when considering terminating sanctions. *Malone*, 833 F.2d at 130. Where a court order is violated, the first two factors—the public's interest in expeditious resolution and the Court's need to manage its docket—generally support terminating sanctions, and the fourth factor—the public policy favoring disposition of cases on their merits—generally cuts against terminating sanctions. *Adriana Int'l Corp. v. Thoeren,* 913 F.2d 1406, 1412 (9th Cir. 1990). Thus, the third and fifth factors are usually the most decisive. *Id*.

The Bensamochan Law Firm, Inc.
9025 Wilshire Blvd, Suite 215
Beverly Hills, California

Applying these factors is not mechanical; instead, the factors provide the Court "with a way to think about what to do, not a set of conditions precedent for sanctions or a script that the [Court] must follow." *Connecticut Gen. Life Ins. Co. v. New Images of Beverly Hills*, 482 F.3d 1091, 1096 (9th Cir. 2007).

### 1. Factor 1 and 2: Public's Interest in a Prompt Resolution and Docket Management

The first two factors weigh in favor of granting terminating sanctions. The court considers delay caused by the disobedient party when it weighs the public's interest in a prompt resolution and the Court's need to manage its docket. *See Malone,* 833 F.2d at 131. As the Ninth Circuit has explained, "[t]he public's interest in expeditious resolution of litigation always favors" the imposition of sanctions. *Pagtalunan v. Galaza*, 291 F.3d 639, 642 (9th Cir. 2002). Courts have the "power to manage their dockets without being subject to the endless vexatious noncompliance of litigants ...." *Ferdik v. Bonzelet*, 963 F.2d 1258, 1261 (9th Cir. 1992).

### 2. Factor 3: Risk of Prejudice

The third factor weighs in favor of granting terminating sanctions. "A [plaintiff] suffers prejudice if the [defendants'] actions impair the [plaintiff's] ability to go to trial or threaten to interfere with the rightful decision of the case." *Adriana*, 913 F.2d at 1412.

"Failing to produce documents as ordered is considered sufficient prejudice" under the third factor as a matter of law. *Sanchez v. Rodriguez*, 298 F.R.D. 460, 465 (C.D. Cal. 2014) (citing *In re Phenylpropanolamine (PPA) Prod. Liab. Litig.*, 460 F.3d 1217 (9th Cir. 2006)). Defendant has failed to produce all records as ordered by this Court and remains in contempt of this Court's November 4, 2022, minute order as of the filing of this motion. Plaintiff's independent efforts to obtain proof via third-party subpoenas do not alleviate Defendants burden; as mentioned above, proof of the first three deposits remains outstanding.

The Bensamochan Law Firm, Inc.
9025 Wilshire Blvd, Suite 215
Beverly Hills, California

### 3. Factor 4: Public Policy Favoring Disposition on the Merits

The fourth factor weighs in favor of sanctions. Normally, "the public policy favoring disposition of cases on their merits strongly counsels against dismissal." *In re PPA Prods.,* 460 F.3d at 1228. However, "a case that is stalled or unreasonably delayed by a party's failure to comply with deadlines and discovery obligations cannot move forward toward resolution on the merits." *Id*. This factor, therefore "lends little support" to a party "whose conduct impedes progress in that direction." *Id*. (citations and quotations omitted). In other words, parties have a responsibility "to refrain from dilatory and evasive tactics." *Morris v. Morgan Stanley & Co.,* 942 F.2d 648, 652 (9th Cir. 1991). As mentioned in the case law above, applying the law to lies is impossible. There can be no resolution to this case on the merits where Defendants can not be trusted to participate truthfully in this process. Defendants have not meaningfully participated in the document requests, and what little information they have offered has been proven false.

### 4. Factor 5: Availability of Less Drastic Sanctions

The fifth factor weighs in favor of terminating sanctions. A district court abuses its discretion if it imposes terminating sanctions without first considering the impact of default and the adequacy of less drastic sanctions. *Malone*, 833 F.2d at 131. Three questions are of particular relevance to this analysis: (1) did the court warn the party of the possibility of dismissal; (2) did the court implement alternative sanctions before ordering dismissal; and (3) did the court explicitly discuss the feasibility of less drastic sanctions and explain why alternative sanctions would be inappropriate. *Adriana*, 913 F.2d at 1412-13.

There is simply no argument to be made that Defendants are not on notice of the harm that could be imposed due to their failure to abide by Court orders. Thus, under the fifth factor, there are no "less drastic" sanctions alternative that would be appropriate here. *MPK, Inc. v. Bernardaud N.A., Inc.*, No. CV 19-00422-DMG-JEM, 2020 U.S. Dist. LEXIS 160389, 2020 WL 5217147, at *3 (C.D. Cal. June 4, 2020), report and

recommendation adopted, No. CV 19-422-DMG (JEMX), 2020 U.S. Dist. LEXIS 159027, 2020 WL 5217148 (C.D. Cal. Aug. 31, 2020)

An explicit warning is not strictly necessary when granting terminating sanctions. *Id.* (citing *Adriana,* 913 F.2d at 1413).

Here, it is hard to argue that Defendant Adam Iza must be warned that making misrepresentations under penalty of perjury to the Court could carry severe penalties.

## IV.   CONCLUSION

The most critical factor to be considered in case-dispositive sanctions is whether "a party's discovery violations make it impossible for a court to be confident that the parties will ever have access to the true facts." *Connecticut Gen. Life Ins. Co*., 482 F.3d at 1097 Here, there is no reason to believe that Defendants will ever be forthright with the true facts of this case. Especially when considering how aggressively the Defendant fought to quash the relevant subpoenas, knowing full well what the responses from Coinbase would likely contain. Accordingly, terminating sanctions are appropriate in this case as a Defendant who so brazenly and intentionally misrepresents key facts to the court can never be trusted to be truthful.

Dated: March 10, 2023

THE BENSAMOCHAN LAW FIRM, INC.
By:      /s/Eric Bensamochan
Eric Bensamochan, Esq.
Counsel for Asim Khan

The Bensamochan Law Firm, Inc.
9025 Wilshire Blvd, Suite 215
Beverly Hills, California

1  Eric Bensamochan, Esq.   SBN 255482
2  THE BENSAMOCHAN LAW FIRM, INC.
   9025 Wilshire Blvd. Suite 215
3  Beverly Hills, California 90211
   Tel. (818) 574-5740
4  Fax. (818) 961-0138
5  Email: eric@eblawfirm.us

6  Attorney for Plaintiff
7  Asim Khan

8              UNITED STATES DISTRICT COURT

9            CENTRAL DISTRICT OF CALIFORNIA

10

11 ASIM KHAN,                          Case No. 2:21-cv-08681-MFW-AGR

12                        Plaintiff,    **DECLARATION OF ERIC
                                        BENSAMOCHAN IN SUPPORT OF**
13        vs.                           **THE MOTION FOR TERMINATING
                                        SANCTIONS**
14

15 ZORT, INC., and ADAM IZA

16                        Defendants.

17          <u>**DECLARATION OF ERIC BENSAMOCHAN**</u>

18        I, Eric Bensamochan, do hereby declare that all of the following is true and correct

19 to the best of my personal knowledge and if called upon as a witness I could and would

20 competently testify to the truthfulness of all of the below statements.

21        1.     I am counsel for Plaintiff, Asim Khan, in this matter, and as such, I have

22 knowledge of the facts stated herein.

23        2.     On February 14, 2023, counsel for Coinbase sent the transaction history for

24 Adam Iza's personal Coinbase account to my office and Defendants' counsel.

25        3.     A review of the transaction history shows 8 of the 11 transactions described

26 in Asim Khan's declaration as detailed in the motion.

27        4.     Since the document production is subject to a protective order I have not

28 included it as an exhibit. However, all representations in the motion regarding that

The Bensamochan Law Firm, Inc.
9025 Wilshire Blvd. Suite 215
Beverly Hills, California

- 1 -
MOTION FOR TERMINATING SANCTIONS

The Bensamochan Law Firm, Inc.
9025 Wilshire Blvd, Suite 215
Beverly Hills, California

transaction history are true and correct. I am willing to provide the original documents to the Court *in camera* or in any other way the Court directs.

5.     On February 16, 2023, I sent a meet and confer letter setting forth our position and explaining our intent to bring this motion to Defendants' counsel and requested a meet and confer call.

6.     After one rescheduling, the call took place on Friday, February 24, 2023. On the call, Defendants took the position that Defendant Iza did not control his personal Coinbase account. Defendants stated that Defendant Iza was the victim of fraud and embezzlement and that a police report existed to support this fact. Defendants maintain that Defendant Iza was not in control of the Zort Admin Telegram account and never met Plaintiff Asim Khan in person.

7.     This idea has never been raised before and Defendants have offered no evidence of fraud or embezzlement to Plaintiff's counsel.

8.     Never before has there been an assertion made that the Defendant was some victim here.

I declare under penalty of perjury under the laws of the State of California and under the laws of the United States of America that the foregoing is true and correct. Executed this 10th day of March 2023, at Beverly Hills, California.

By: /s/Eric Bensamochan

Eric Bensamochan, Esq.

MOTION FOR TERMINATING SANCTIONS

# EXHIBIT A

EXHIBIT A

Eric Bensamochan, Esq.   SBN 255482
THE BENSAMOCHAN LAW FIRM, INC.
9025 Wilshire Blvd. Suite 215
Beverly Hills, California 90211
Tel.  (818) 574-5740
Fax. (818) 961-0138
Email: eric@eblawfirm.us

Attorney for Plaintiff
Asim Khan

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ASIM KHAN,

Plaintiff,

vs.

ZORT, INC. AND ADAM IZA,

Defendants.

Case No. 2:21-cv-08681-MFW-AGR

**PLAINTIFF ASIM KHAN'S DECLARATION REGARDING TELEGRAM CONVERSATIONS WITH ADAM IZA AKA ZORT ADMIN**

**TO THE HONORABLE ALICIA G. ROSENBERG, UNITED STATES MAGISTRATE JUDGE, DEFENDANTS AND THEIR ATTORNEY OF RECORD:**

Plaintiff Asim Khan, through and by counsel hereby submits this declaration in response to the Declaration of Adam Iza filed on November 23, 2022. In that declaration, Adam Iza alleges that he does not control the Telegram account with the screen name "Zort Admin." On that basis he declares that he has no documents responsive to Plaintiffs requests. As shown below, Adam Iza is clearly the individual behind the screen name "Zort Admin" on Telegram. Plaintiff Asim Khan met Defendant Adam Iza in person in

Los Angeles and the entire meet up was arranged through the same "Zort Admin" screen name on Telegram.

## DECLARATION OF ASIM KHAN

I, Asim Khan, do hereby declare that all of the following is true and correct to the best of my personal knowledge and if called upon as a witness I could and would competently testify to the truthfulness of all of the below statements.

1.      I am the Plaintiff in the above-captioned case and therefore have personal knowledge of the facts set forth in this declaration.

2.      That I submit this declaration in response to the Declaration of Adam Iza filed on November 23, 2022.

3.      In that declaration, Adam Iza alleges that he does not control the Telegram account with the screen name "Zort Admin."

4.      On two occasions the person behind the screen name Zort Admin mentioned that their name was Adam. See attached **Exhibit 1 and Exhibit 2.**

5.      That on or about August 4, 2020, I decided to take a trip from Houston, Texas to Los Angeles, California. I mentioned this trip to Zort Admin and suggested that we meet. See **Exhibit 3.**

6.      On or about August 5, 2020, I sent Zort Admin my flight details showing I would be flying United Airlines from Houston, Texas to Los Angeles, California on August 6, 2020.

7.      For my stay I booked a room at the Sixty Beverly Hills hotel from August 6, 2020, to August 9, 2020. See the booking confirmation attached as **Exhibit 4.**

8.      I also rented a car for my stay. See the confirmation of my car rental attached as **Exhibit 5.**

9.      Confirmation of my flight is Attached hereto as **Exhibit 6.**

10.     I met Adam Iza in person on or about August 8, 2020. We arranged our meet up through the same Zort Admin Telegram account that sent the Destination addresses shown in my declaration regarding the crypto transactions.

The Bensamochan Law Firm, Inc.
9025 Wilshire Blvd, Suite 215
Beverly Hills, California

11.     The conversation which shows us arranging our meet up is attached as **Exhibit 7.**

12.     In the conversation, you see us arranging to meet at the Ritz Carlton in Downtown Los Angeles. You can also see that there were three outgoing calls to Zort Admin from my telegram. The first one went unanswered, the second one lasted 53 seconds, and the third one was 80 seconds.

13.     Zort Admin asked me to send a picture of where I was outside the hotel and I sent a picture from my rental car which can be seen in the conversation.

14.     From there I followed Adam, who was driving his white Lamborghini Urus, back to his office on Spring Street in Downtown Los Angeles. See **Exhibit 8.**

15.     We went to the rooftop of his building on Spring Street where we smoked cigars and spoke for a while. See **Exhibit 9.**

16.     Adam also took me inside to show me his shoe collection and some expensive Birkin Handbags his girlfriend Iris Au had. See attached **Exhibit 10** & **Exhibit 11.**

17.     After I left Los Angeles Adam Iza through the Zort Admin Telegram account sent me pictures of another Lamborghini he had shipped from Miami to Los Angeles including a picture of him sitting in it. See attached **Exhibit 12.**

18.     The man I met with is Adam Iza and attached as **Exhibit 13** are a few more pictures showing Adam Iza.

19.     On or about September 14, 2021, through September 18, 2021, I communicated with Adam Iza via WhatsApp. See WhatsApp conversation attached as **Exhibit 14.**

20.     Adam Iza's name of WhatsApp was also "Zort Admin" just like on Telegram.

21.     In the conversation Adam refers to our Telegram conversations and tells me to contact him via Telegram.

The Bensamochan Law Firm, Inc.
9025 Wilshire Blvd, Suite 215
Beverly Hills, California

22. The phone number associated with this "Zort Admin" WhatsApp screen name is (310)721-7882. See attached **Exhibit 15.**

23. A reverse phone number lookup shows that this phone number has been associated with Iris Au. See attached **Exhibit 16.**

24. On Twitter, Zort, Inc. has a verified account @zortworld. This account provides a link to contact Zort via telegram. See **Exhibit 17.**

I declare under penalty of perjury under the laws of the State of California and under the laws of the United States of America that the foregoing is true and correct. Executed this 13th day of January 2023, at Beverly Hills, California.

By:_____

Asim Khan

The Bensamochan Law Firm, Inc.
9025 Wilshire Blvd, Suite 215
Beverly Hills, California

DECLARATION OF ASIM KHAN

# EXHIBIT 1

# EXHIBIT 1

## Zort Admin

13 February 2020

**AntiSocialMob** 🌐     00:44
Hey my account hasn't bought it sold anything yet, any idea why

**Zort Admin**     00:45
In reply to this message
It'll be enabled on Friday.

Any days that you've missed and not traded will be added to your 00:46
membership

**AntiSocialMob** 🌐     00:46
🙏

Coo     00:46

**Zort Admin**     00:47
If we were to throw you into the same signals and strategies as those guys in the chat, You'd lose more than you win because you'll pay $1000 in fees everyday. The strategies/signals you'll be using on Friday are designed for institutional size equity to make enough profit to cover the fees.

**AntiSocialMob** 🌐     00:48
Make sense.

**Zort Admin**     01:12
Howd you know I'm islamic lol

Is it that obvious     01:13

**AntiSocialMob** 🌐     01:13
Na. Had a feeling your ARAB

Your hair.     01:13

+ isn't your name Adam?     01:13

**Zort Admin**     01:13
I'm Part Egyptian and Turk

Yep     01:13

**AntiSocialMob** 🌐     01:13
I love turkey.

Went to Istanbul last year.     01:13

# EXHIBIT 2

# EXHIBIT 2

## Zort Admin

**Zort Admin** — 19:55
Stop looking at the internet companies man

They're all fraud in some way — 19:55

**AntiSocialMob** 🌐 — 19:55
It's all connections.

**Zort Admin** — 19:55
Any platform that isn't honest about who they are or what they in fact do is a fraud

**AntiSocialMob** 🌐 — 19:55
Idek your name

**Zort Admin** — 19:55
Adam.

There's a reason I'm on here most of the time — 19:56

We're growing the Zort name and that's why — 19:56

We give away money, give free trades, etc — 19:56

Mast giveaway we did like $600 just because the market was down — 19:56

One before was $900 — 19:56

On Instagram — 19:56

The goal right now as I said is to build the structure and name — 19:57

After that we can go really hard — 19:57

events, partnerships, marketing, etc — 19:57

**AntiSocialMob** 🌐 — 20:05
In reply to this message
Looking forward to partnerships

**Zort Admin** — 20:06
Yea we have a ton of people lined up man but it's just tooo early

**AntiSocialMob** 🌐 — 20:06
In reply to this message
It's not just internet it's anything I do. I like to question as much as possible and look at all the negatives to better understand.

**Zort Admin** — 20:11
For sure, we like to keep everything as professional as possible but as

# EXHIBIT 3

# EXHIBIT 3

## Zort Admin

| | | |
|---|---|---|
| **A** | **AntiSocialMob** 🌐 <br> I'm coming La this weekend <br> You'll be home? | 11:46 |
| **Z** | **Zort Admin** <br> Sure, Where you landing? | 11:46 |
| | I'll be at my office as always | 11:46 |
| **A** | **AntiSocialMob** 🌐 <br> I'll send itinerary tomorrow | 11:46 |
| **Z** | **Zort Admin** <br> Sounds good | 11:47 |
| | I'll get a few Cigars ready | 11:47 |
| **A** | **AntiSocialMob** 🌐 <br> I've only had 2 in my life. We'll see how it goes | 11:47 |
| | You don't drink right | 11:47 |
| **Z** | **Zort Admin** <br> No. | 11:47 |
| **A** | **AntiSocialMob** 🌐 <br> Need anything from Houston? | 11:47 |
| | Lmk | 11:47 |
| **Z** | **Zort Admin** <br> In reply to this message <br> Only the best of the best | 11:47 |
| **A** | **AntiSocialMob** 🌐 <br> 🧀 | 11:47 |
| **Z** | **Zort Admin** | 11:47 |



5 August 2020

# EXHIBIT 4

# EXHIBIT 4

## SIXTY Beverly Hills said:

**Check-in time • Approved**

**SIXTY Beverly Hills**
Aug 6 | Aug 9

Details:
Check-in: 17:00 - 18:00

We're happy to let you know that the property has
confirmed they can arrange this for you. There will be
no extra charge for this request.

### Reservation Details

Guest name:
Asim Khan

Check-in:                          Check-out:
Thu, Aug 6, 2020              Sun, Aug 9, 2020

Property Name:
**SIXTY Beverly Hills**

Booking Number:
3247943812

Total guests:                      Total rooms:
2                                  1

# EXHIBIT 5

# EXHIBIT 5

# Your reservation is confirmed

## Enterprise confirmation **1618255578**

**Pick-up**

**Aug 6, 2020**

10:00AM

**Drop-off**

**Aug 9, 2020**

10:00AM

**Enterprise**
Los Angeles Intl., LAX
8734 Bellanca Ave
Los Angeles, CA
90045

1-800-325-8007 | Map

Hours of operation:
Thu 12:00 AM - 11:59 PM

## Rental car protection

**You're covered!**
Allianz Global Assistance

## Your reserved car



**Luxury SUV**
Cadillac Escalade or similar
👤 x 5   💼 x 2   💼 x 2

# EXHIBIT 6

# EXHIBIT 6

## UNITED AIRLINES INC.

| | | Conjunction Ticket(s) | | Origin / Destination | | | Point Of Sale :   US CHI |
|---|---|---|---|---|---|---|---|
| | | | | HOU-LAX | | | Point Of issue :   CHI |
| | | | | Airline FWSYS0_ATD | | | Agency Name :   UNITED AIRLINES |
| | | | | FW0SYS  0162 | | | Book Tktg Agnt  14990360 / |
| | | | | | | | Bkg Outlet : |
| Name of Passenger | | Date of Issue | | Original Issue Info | | | |
| XXXX-XDAT | | 2020-08-05 | | 0162318940569WEC01AUG2014990360 | | | |
| Restriction / Endorsements | | Tour Code | | Exto for Id : REERTX | | | Pax Type :     ADT |
| 01N8E0 03AL.UAF7DFT CHOOSE | | 197472 | | | | | Cpn Issue Usage : |
| | | | | Svc Id:      SEE | | | Doc Type :       TKTT |
| | | | | Trans Type :  E        PED:  2020-08-05 | | | Load Id :        6000006041 |
| | | | | Load Date:   2020-08-05 | | | Original Issue Info : 0162318940569WEC01AUG2014990360 |

| Tkt | Cpn | Loc | Dest | OP Carr | Mrk Carr | OP Flt | Mrk Flt | Bkg / | Fare Basis / Ticket Designator | | Dprt Dt | Dprt Time | Reserve Amt | VQ amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0162318951978 | 1 | IAH | LAX | UA | UA | 00330 | 00330 | N | N1AAAKEN | | 06-AUG-20 | 1445 | 185.20 | 0.00 |
| 0162318951978 | 2 | LAX | IAH | UA | UA | 00493 | 00493 | K | KRAAAKEX | | 06-AUG-20 | 745 | 78.40 | 0.00 |

| FARE | 281.00 USD | Fare Calculation Area | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| AT | 13.20 | 06AUG20HOU UA LAX183 20W/AAAKEN EMP20 UA HOU78 40KRAAAKEX/EMP20 USD281 60END XT11.20AYXF IAH4.5LAX4.5 | | | | | | | | |
| XF | 4.50 | Form of Payment | CC Num FILFERED | CC Amt USD. | CreditOrg Carr | Cash USD | | Cash Orig Amt | Exchange Amt | Certificate/Cert/Num | Apprv/LCA/CC/Expir.Div./Crig/Num. |
| ZP | 4.50 | EX | | 0.00 | 0.00 | 0.00 | | 0.00 | 272.80 | 0.00 | |
| Total Fare | 281.00 USD | CA | | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | |
| | | Exjte Amt | Seq # | 1 | | Other Fop  USD Amt  Orig Amt | | Comm.Type | Category | Comm.Amt | Base Comm.Amt |
| | | Fare Amt USD 281.00 | | | | | | N/A | N/A | 0.00 | 0.00 |
| | | Tkt Doc USD  281.00 | Airline Form serial | 0162318951978 | | Tkt Exch.Info Cpn Surrendered | | Ad Comm Amt | Overrd. Amt | Comm Rate | Ancillary Description |
| | | | | | | 0162318940569 1 | | 0.00 | 0.00 | 0.00 | |
| | | | | | | 0162318940569 2 | | | | | |



# EXHIBIT 7

# EXHIBIT 7

# Zort Admin

7 August 2020

| | **AntiSocialMob** 😎<br>Hey what's your schedule like today? | 12:23 |
|---|---|---|
| | **Zort Admin**<br>Hi | 13:08 |
| | **AntiSocialMob** 😎<br>Yo yo | 13:08 |
| | **Zort Admin**<br>How long you here? | 13:09 |
| | And what hotel | 13:09 |
| | **AntiSocialMob** 😎<br>Sixty Beverly Hills | 13:09 |
| | Leaving Sunday 6am | 13:09 |
| | What's your plan | 13:09 |
| | **Zort Admin**<br>Lets meetup sometime tomorrow | 13:09 |
| | **AntiSocialMob** 😎<br>You at the office? | 13:09 |
| | Ok sounds good | 13:09 |
| | **Zort Admin**<br>Yea. About to meet some peeps in a bit | 13:09 |
| | Regarding something cool lol | 13:09 |
| | **AntiSocialMob** 😎<br>I came for you lol don't let me down | 13:09 |
| | **Zort Admin**<br>Will not. | 13:10 |
| | **AntiSocialMob** 😎<br>I'll see you tomorrow then | 13:10 |
| | Any restaurants you recommend | 13:10 |
| | **Zort Admin**<br>Yes | 13:10 |

# Zort Admin

5 August 2020

**AntiSocialMob**   12:18

I hate my book.

**Zort Admin**  12:26

50% focused on profit. 50% focused on risk management. It won't jump
ships until *confirmed* going up or else you risk a $50–60K loss when
the market takes a wick down.

**AntiSocialMob**  15:59



| 11:00 AM | ON TIME | 12:25 PM |
| IAH | ✈ | LAX |
| Houston, TX | | Los Angeles, CA |
| Aug. 6, 2020 | | |
| UA 436 | | |
| Flight status details › | | UNITED |

Arriving tomorrow.  15:59

Let's meet Friday.

@dro coming too.  15:59

**Zort Admin**  16:02

Cool. Where you staying?

**AntiSocialMob**  16:19

Booking that and a car rn.

Will update you.

Lmk if you wanna rent the lambo out 😄

6 August 2020

## Zort Admin

8 August 2020

**Zort Admin**                                                    00:00
Where are you now ?

**AntiSocialMob** 🌐                                              00:06



**Zort Admin**                                                   00:13
Just had a meeting in Beverly Hills but already left

**AntiSocialMob** 🌐                                             00:22
All good

What's your plans tomorrow                                       00:22

I want to check out the office                                   00:23

**Zort Admin**                                                   00:23
Going to a $150M house to meet someone else lol

**AntiSocialMob** 🌐                                             00:23
Houses are super nice here man

Fuckkkk                                                          00:23

**Zort Admin**                                                   00:23
Bel air

**AntiSocialMob** 🌐                                             00:23
How far is that from Beverly

So many lambos here 😜                                           00:24

Feels just like Houston but more money and people.               00:24

& the weather is amazinggg

## Zort Admin

| | | |
|---|---|---|
| **A** | **AntiSocialMob** 🌐 | 12:24 |
| | Headed to Newport, let's grab lunch or something later | |
| | Or an early dinner. | 12:24 |

| | | |
|---|---|---|
| **A** | **AntiSocialMob** 🌐 | 19:52 |
| | Yo | |

| | | |
|---|---|---|
| **Z** | **Zort Admin** | 19:53 |
| | Yo | |

| | | |
|---|---|---|
| **A** | **AntiSocialMob** 🌐 | 19:57 |
| | Down to grab dinner tonight? | |
| | What's your # | 19:59 |

| | | |
|---|---|---|
| **Z** | **Zort Admin** | 20:00 |
| | I'm super busy tonight with a few things however I do want to meetup | |
| | Let me think | 20:00 |

| | | |
|---|---|---|
| **A** | **AntiSocialMob** 🌐 | 20:01 |
| | We can meet for a few | |
| | Need to give you something | 20:01 |

| | | |
|---|---|---|
| **Z** | **Zort Admin** | 20:02 |
| | How far are you from Downtown? | |
| | I have a meeting at the Downtown Ritz Carlton | 20:02 |

| | | |
|---|---|---|
| **A** | **AntiSocialMob** 🌐 | 20:04 |
| | 📍 **Location**  34.083435, –118.386085 | |
| | I don't mind Meeting you there | 20:07 |

| | | |
|---|---|---|
| **Z** | **Zort Admin** | 20:15 |
| | You're about 35 mins away | |
| | When do you leave again? | 20:15 |
| | Wanted to have dinner or Lunch or something | 20:15 |
| | Not just a quick meet up lol | 20:15 |
| | This isn't tinder | 20:15 |

| | | |
|---|---|---|
| **A** | **AntiSocialMob** 🌐 | 20:15 |
| | Hahaha | |

## Zort Admin

| | | |
|---|---|---|
| **A** | **AntiSocialMob** 🌐<br>Hahaha | 20:15 |
| | 6am bro | 20:15 |
| | Meet me after the meeting | 20:16 |
| **Z** | **Zort Admin**<br>Can you drive already | 20:16 |
| | Just come out now | 20:16 |

**A** **AntiSocialMob** 🌐    20:16

     📞 **Zort Admin**
       Outgoing

Call me    20:16

**Z** **Zort Admin**    20:16
You call

**A** **AntiSocialMob** 🌐    20:17

     📞 **Zort Admin**
       Outgoing (53 seconds)

**Z** **Zort Admin**    20:17
900 W Olympic Blvd, Los Angeles, CA 90015

**Z** **Zort Admin**    20:39
Let me know when you leave

You should uber. I'll take you for a drive when you arrive    20:40

**A** **AntiSocialMob** 🌐    20:41
Otw.

Naaa I'll drive    20:41

**Z** **Zort Admin**    20:42
How far are you ?

**A** **AntiSocialMob** 🌐    20:42
20

**Z** **Zort Admin**    20:42
Are you sure you want to drive? Downtown isn't for driving

## Zort Admin

| | | |
|---|---|---|
| **A** | **AntiSocialMob** 🌐<br>5 away | 21:00 |
| **Z** | **Zort Admin**<br>Yo | 21:03 |
| | Can we meet at my office roof top please | 21:03 |
| | Ritz is kind of strict for people just visiting and not staying there | 21:04 |
| | Bar is also corona'd | 21:04 |
| **A** | **AntiSocialMob** 🌐<br>Yo | 21:04 |
| | It took Me to JW? | 21:04 |
| **Z** | **Zort Admin**<br>JW? | 21:05 |
| **A** | **AntiSocialMob** 🌐<br>📞 **Zort Admin**<br>Outgoing (80 seconds) | 21:06 |
| **Z** | **Zort Admin**<br>What car are you in? | 21:12 |
| **A** | **AntiSocialMob** 🌐<br>Black Prius | 21:12 |
| **Z** | **Zort Admin**<br>You sure | 21:13 |
| **A** | **AntiSocialMob** 🌐<br>What car you in | 21:14 |
| **Z** | **Zort Admin**<br>The urus | 21:14 |
| **A** | **AntiSocialMob** 🌐<br>Wya | 21:15 |
| **Z** | **Zort Admin**<br>You'll see me in a min | 21:16 |
| | Sorry have back to back institutional meetings all day | 21:16 |

## Zort Admin

**AntiSocialMob** 🌐                                     21:17
"InStITuTiOnAl"

**Zort Admin**                                          21:18
;)

Ok where are you                                        21:19

Take a picture or something                             21:19

**AntiSocialMob** 🌐                                     21:19
Right in front Jw entrance

                                     21:19

**Zort Admin**                                          21:19
Oh ok

9 August 2020

**Zort Admin**                                          02:32
Have a safe drive back. Don't try to replicate my driving.

**AntiSocialMob** 🌐                                     09:33
Thank you very much for the hospitality, really appreciate it. The
lobster was delicious

We'll have a proper race when I get a car that can keep up 😊

**Zort Admin**                                          13:12




# EXHIBIT 8

# EXHIBIT 8





# EXHIBIT 9

# EXHIBIT 9



# EXHIBIT 10

# EXHIBIT 10

## Zort Admin

**Zort Admin**
I have a ton I bought and never used
02:18


02:18


02:19

**AntiSocialMob** 🐱
Haha sick
02:19

Wear them bro
02:19

I want some loafers
02:19

**Zort Admin**
It's not my style
02:19

Do you not see what I wear
02:19

**AntiSocialMob** 🐱
Why'd you buy it
02:19

I thought that's your weekend fits 😈
02:19

**Zort Admin**
02:19

# EXHIBIT 11

# EXHIBIT 11



# EXHIBIT 12

# EXHIBIT 12



## Zort Admin

---

21 August 2020

 **AntiSocialMob** 🌐                                                11:41
I got a ticket for parking backwards 🥴

11:41



11:41

Z  **Zort Admin**                                                                     12:34
That sucks

22 August 2020

## Zort Admin

**Zort Admin**                                                    14:04
Very nice


                                                                 14:04

Should've stayed in LA                                            14:04


                                                                 14:04

**AntiSocialMob** 🌐                                              14:05
Im coming back, I'll swing by sometime Sept

Get the 🔑 ready                                                  14:05

In reply to this message                                          14:05
Fuckkkkkkk

"His & also his"                                                  14:05

**Zort Admin**                                                    14:06

📹 **Video file**
Exceeds maximum size, change data exporting settings
to download.
00:08, 2.5 MB

## Zort Admin

 **Zort Admin**                                            17:09
Of course

                                                            17:09

Should've stayed in LA 😒

                                                            17:10

 **AntiSocialMob** 🌐                                       17:10
Hahaha I'm coming back !!!

September                                                                      17:10

 **Zort Admin**                                            17:10



## Zort Admin

**Zort Admin**                                                    20:42
Are you sure you want to drive? Downtown isn't for driving

You don't have many places to park lol                           20:42

**AntiSocialMob** 🌐                                              20:43
I'll valet at ritz

**Zort Admin**                                                   20:43
I'm finishing up my meet and probably will take you somewhere else
more comfortable for you

**AntiSocialMob** 🌐                                              20:44
I went to get a drink at ritz lol

I'm with dro also btw                                            20:44

**Zort Admin**                                                   20:44
No problem.

Let me know when you're 10 mins away                             20:44

or 5                                                             20:44

**AntiSocialMob** 🌐                                              20:44
Sure

**Zort Admin**                                                   20:46
You should stay til next weekend

I have a toy being towed from Miami to LA as we speak            20:46

                                                                 20:46



 **Sticker**                                 20:47
😋

# EXHIBIT 13

# EXHIBIT 13





# EXHIBIT 14

# EXHIBIT 14







# EXHIBIT 15

# EXHIBIT 15



# EXHIBIT 16

# EXHIBIT 16



# (310) 721-7882

LINE TYPE: MOBILE
CARRIER: NEW CINGULAR WIRELESS PCS LLC (AT&T MOBILITY)

## Personal

SAVE YOUR REPORT FOR EASY OFFLINE ACCESS:    **DOWNLOAD PDF**

REPORT NAVIGATION

< **IRIS AU** >

 Personal

 Contact

 Locations

 Social

 Background Report

**DOWNLOAD PDF**

**RECOMMENDED: TAKE ACTION**

## Your identity may be at risk!

Millions of identities are stolen each year, act now and shield yourself with Identity Protect.

**PROTECT YOUR IDENTITY**

**Access More Information**

## You Might Be Surprised By What An Email Report Can Uncover.

Look up any email address and reveal associated information like personal information, social media accounts, photos, additional contact info and more!

**UNLOCK EMAIL REPORTS**

## Personal Information

**POSSIBLE OWNER**

**Iris Au**

**OTHER PEOPLE POSSIBLY ASSOCIATED WITH THIS NUMBER**

Jonathan Hurtado Suarez

**OWNER HISTORY**

| OWNER NAME | ADDRESS | |
|---|---|---|
| Jonathan Suarez | 4170 W 168th St, Lawndale, CA, 90260 | VIEW BACKGROUND REPORT |

Iris Au



VIEW BACKGROUND REPORT

## Contact Information

**POSSIBLE PHONE NUMBERS**



| | |
|---|---|
| Phone Number | |
| **(310) 721-7882** | |

VIEW PHONE DETAILS

| | |
|---|---|
| Line Type | Carrier Location |
| Mobile | City Of Commerce, CA 90048 |
| Prepaid | Connected |
| No | No |

**EMAIL ADDRESSES**



We're sorry, available public records do not currently contain **Email Addresses** for **Iris Au**.
We will add this data as soon as it becomes available.

**ADDITIONAL OWNER DETAILS**

Iris Au

**VIEW BACKGROUND REPORT**

**NOTICE: Background Reports could reveal much more personal information about Iris Au. You could be surprised at what you find out.**



## Location History

Our extensive public records search did not uncover



locations information for Iris Au.



'0' Results Found

We refresh our databases every 24 hours. If locations data for Iris Au becomes available, we can add their data ASAP.

---

 **Comments**                                    0 Comments

Add a comment to this report.

Any comment below was authored and submitted by a Intelius user. Intelius did not author or develop this comment, does not express a view as to whether the comment is accurate or truthful, and does not warrant or represent that the comment is accurate or truthful. If you believe a comment is not accurate, not truthful, or otherwise violates the User Comments Terms of Use, please contact Intelius at HELP@INTELIUS.COM so the comment may be evaluated for possible removal.

  **LEAVE A COMMENT**

Currently no comments

# EXHIBIT 17

EXHIBIT 17



# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this case or proceeding.  My business address is:

9025 Wilshire Blvd., Suite 215
Beverly Hills, CA 90211

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF MOTION AND MOTION FOR TERMINATING SANCTIONS** will be served or was served in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) March 10, 2023, I checked the CM/ECF docket for this case or proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) March 10, 2023, I served the following persons and/or entities at the last known addresses in this case or proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) March 10, 2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Donald E. Godwin: dgodwin@godwinbowman.com
Bryan Christopher Swaim: bswaim@bordinsemmer.com
Andrew J. Cobos: andrew@cobos.law
Andrei Serpik: aserpik@bordinsemmer.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 10, 2023 | /s/Daniel Phelan | /s/Daniel Phelan |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |