Elan Darvish (SBN 223453)
THE DARVISH FIRM, APC
12424 Wilshire Boulevard, Suite 1115
Los Angeles, California 90025
Telephone: (310) 234-4050
Facsimile: (310) 626-9471
Email: Elan@DarvishFirm.com

**Attorneys for Defendants, ADAM IZA, and ZORT, INC.**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASIM KHAN,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ZORT, INC., and ADAM IZA<br><br>　　　　　Defendants. | **Case No.: 2:21-cv-08681-MFW-AGR**<br><br>[Assigned to the Honorable Alicia G. Rosenberg, Courtroom "550"]<br><br>**EVIDENTIARY OBJECTIONS TO PLAINTIFF ASIM KHAN'S DECLARATION REGARDING TELEGRAM CONVERSATIONS WITH ADAM IZA AKA ZORT ADMIN.**<br><br>Date: April 12, 2023<br>Time: 10:00 a.m.<br>Courtroom: 550<br>Location: Roybal Federal Building, 255 E. Temple St., Los Angeles, CA 90012 |

**EVIDENTIARY OBJECTIONS TO PLAINTIFF'S DECLARATION RE TELEGRAM**
1

**INTRODUCTION & SUMMARY OF EVIDENTIARY OBJECTIONS**

The first table contains assertions of fact that are supported by inadequate or inadmissible documents or that are otherwise inadmissible.

The second table contains assertions made totally without evidence and, to the extent Plaintiff seeks to have them treated as fact, they are objectionable. By including conclusory statements as though they are factually corroborated, Defendants essentially ask the court to accept their assertions as fact, despite having provided no evidence or proper authentication for them. Plaintiff objects to the following statements for that reason.

**EVIDENTIARY OBJECTIONS TO PLAINTIFF ASIM KHAN'S DECLARATION REGARDING TELEGRAM CONVERSATIONS WITH ADAM IZA AKA ZORT ADMIN.**

General Objection. Defendant generally objects to most if not all of the Exhibits attached to Plaintiff Asim Khan's Declaration Regarding the Telegram Conversation with Adam Iza as they were not provided in the Request for Production. See Declaration of Elan Darvish.

1. **Kahn Decl., Ex. 1 and 2, Declaration of Asim Kahn, ¶ 4**

   On two occasions the person behind the screen name Zort Admin mentioned that their name was Adam. See attached Exhibit 1 and Exhibit 2.

**Objection**

   Fed. R. Evid 001. Authenticating or Identifying Evidence: Plaintiff failed to Authenticate. The Telegram message is a copy and paste and not the actual message attached to the document.

   Lack of Foundation. Plaintiff did not lay the foundation of when the text message was sent and received, how Plaintiff knew it was Adam Iza and the

process of obtaining the text message and copying and pasting it into a declaration.

Lacks Personal Knowledge that Adam Iza was behind the screen name "Zort Admin."

Hearsay. Fed. R. Evid. 801, 802. The contents of the memorandum are out of court statements improperly being offered for the truth of what they assert.

Misstates the Document. In the text message, Mr. Khan asks "isn't your name Adam." This purported Text message infers that it was Adam, not that Adam Iza was behind the screen name.

2. **Kahn Decl., Ex. 3, Declaration of Asim Kahn,  ¶ 5**

That on or about August 4, 2020, I decided to take a trip from Houston, Texas to Los Angeles, California. I mentioned this trip to Zort Admin and suggested that we meet. See Exhibit 3.

**Objection**

Fed. R. Evid 001. Authenticating or Identifying Evidence: Plaintiff failed to Authenticate. The Telegram message is a copy and paste and not the actual message attached to the document.

Lack of Foundation. Plaintiff did not lay the foundation of when the text message was sent and received, the process of obtaining the text message and copying and pasting it into a declaration and how Plaintiff knew it was Adam Iza.

Hearsay. Fed. R. Evid. 801, 802. The contents of the memorandum are out of court statements improperly being offered for the truth of what they assert.

**EVIDENTIARY OBJECTIONS TO PLAINTIFF'S DECLARATION RE TELEGRAM**

3

**3. Declaration of Asim Kahn, ¶ 6**

On or about August 5, 2020, I sent Zort Admin my flight details showing I would be flying United Airlines from Houston, Texas to Los Angeles, California on  August 6, 2020.

**Objection**

Fed. R. Evid 001. Authenticating or Identifying Evidence: Plaintiff failed to Authenticate. The Document purports to be a flight detail with NO IDENTIFYING INFORMATION. There is no name, no seat number, no receipt of payment for the flight. It does not identify the document that it purports to be that Plaintiff came to Los Angeles. All it purports to be is the flight status. This is a copy and paste and not the actual document.

Lack of Foundation. Plaintiff did not lay the foundation of when the document was downloaded, the process of downloading the document and pasting it into a declaration.

Hearsay. Fed. R. Evid. 801, 802. The contents of the memorandum are out of court statements improperly being offered for the truth of what they assert.

**4.  Kahn Decl., Ex. 4, Declaration of Asim Kahn,  ¶ 7**

For my stay I booked a room at the Sixty Beverly Hills hotel from August 6, 2020, to August 9, 2020. See the booking confirmation attached as Exhibit 4.

**Objection**

Fed. R. Evid 001. Authenticating or Identifying Evidence: Plaintiff failed to Authenticate. The Plaintiff contents that the Document purports to show a confirmation of a reservation, not the actual booking of the stay. This is a copy and paste and not the actual document and does not provide proof of payment.

**EVIDENTIARY OBJECTIONS TO PLAINTIFF'S DECLARATION RE TELEGRAM**
4

Lack of Foundation. Plaintiff did not lay the foundation of when the document was prepared, the process of downloading the document and pasting it into a declaration. Furthermore, there is no identifying information of the website where it was taken.

Hearsay. Fed. R. Evid. 801, 802. The contents of the memorandum are out of court statements improperly being offered for the truth of what they assert.

**5. Kahn Decl., Ex. 5, Declaration of Asim Kahn, ¶ 8**

I also rented a car for my stay. See the confirmation of my car rental attached as Exhibit 5.

**Objection**

Fed. R. Evid 001. Authenticating or Identifying Evidence: Plaintiff failed to Authenticate. All it purports to be is the flight status. This is a copy and paste and not the actual document.

Lack of Foundation. Plaintiff did not lay the foundation of when the vehicle was booked, when the document was downloaded, the process of downloading the document and pasting it into a declaration. There is no evidence of payment and all that is provided is a confirmation.

Hearsay. Fed. R. Evid. 801, 802. The contents of the memorandum are out of court statements improperly being offered for the truth of what they assert.

**6. Kahn Decl., Ex. 6, Declaration of Asim Kahn, ¶ 9**

Confirmation of my flight is Attached hereto as **Exhibit 6.**

**EVIDENTIARY OBJECTIONS TO PLAINTIFF'S DECLARATION RE TELEGRAM**

5

**Objection**

> Fed. R. Evid 001. Authenticating or Identifying Evidence: Plaintiff failed to Authenticate. The document does not have any identifying information on it. It is a copy and paste.

> Lack of Foundation. Plaintiff did not lay the foundation of when it was downloaded, and when it was sent. It is a copy and paste of a document.

**7.  Kahn Decl., Ex. 7, Declaration of Asim Kahn,  ¶ 11**

The conversation which shows us arranging our meet up is attached as  **Exhibit 7.**

**Objection**

> Lack of Foundation. Plaintiff did not lay the foundation of the text messages. Fed. R. Evid 001. Authenticating or Identifying Evidence: Plaintiff failed to Authenticate the text messages.

> Hearsay. Fed. R. Evid. 801, 802. The contents of the memorandum are out of court statements improperly being offered for the truth of what they assert.

**8.  Declaration of Asim Kahn,  ¶ 12**

In the conversation, you see us arranging to meet at the Ritz Carlton in  Downtown Los Angeles. You can also see that there were three outgoing calls to  Zort Admin from my telegram. The first one went unanswered, the second one  lasted 53 seconds, and the third one was 80 seconds.

**Objection**

> Lack of Foundation. Plaintiff did not lay the foundation of the text messages. Fed. R. Evid 001. Authenticating or Identifying Evidence: Plaintiff failed to Authenticate the text messages.

**EVIDENTIARY OBJECTIONS TO PLAINTIFF'S DECLARATION RE TELEGRAM**
6

Hearsay. Fed. R. Evid. 801, 802. The contents of the memorandum are out of court statements improperly being offered for the truth of what they assert.

**9.  Declaration of Asim Kahn, ¶ 13**

Zort Admin asked me to send a picture of where I was outside the hotel and I  sent a picture from my rental car which can be seen in the conversation.

**Objection**

Lack of Foundation. Plaintiff did not lay the foundation of the pictures. Who took the pictures and when they were taken.

Fed. R. Evid 001. Authenticating or Identifying Evidence: Plaintiff failed to Authenticate the pictures.

Hearsay. Fed. R. Evid. 801, 802. The contents of the memorandum are out of court statements improperly being offered for the truth of what they assert.

**10. Kahn Decl., Ex. 8, Declaration of Asim Kahn, ¶ 14**

From there I followed Adam, who was driving his white Lamborghini Urus, back to his office on Spring Street in Downtown Los Angeles. See Exhibit 8.

**Objection**

Lack of Foundation. Plaintiff did not lay the foundation of the text messages.

Fed. R. Evid 001. Authenticating or Identifying Evidence: Plaintiff failed to Authenticate the pictures.

**EVIDENTIARY OBJECTIONS TO PLAINTIFF'S DECLARATION RE TELEGRAM**

7

Hearsay. Fed. R. Evid. 801, 802. The contents of the memorandum are out of court statements improperly being offered for the truth of what they assert.

**11. Kahn Decl., Ex. 9, Declaration of Asim Kahn, ¶ 15**

We went to the rooftop of his building on Spring Street where we smoked cigars and spoke for a while. See Exhibit 9.

**Objection**

Lack of Foundation. Plaintiff did not lay the foundation.

**12. Kahn Decl., Ex. 10 and 11, Declaration of Asim Kahn, ¶ 16**

Adam also took me inside to show me his shoe collection and some expensive Birkin Handbags his girlfriend Iris Au had. See attached Exhibit 10 & Exhibit 11.

**Objection**

Lack of Foundation. Plaintiff did not lay the foundation of the Pictures. Who took the pictures, when ere they were taken and how they were produced. Fed. R. Evid 001. Authenticating or Identifying Evidence: Plaintiff failed to Authenticate the text messages.

Hearsay. Fed. R. Evid. 801, 802. The contents of the memorandum are out of court statements improperly being offered for the truth of what they assert.

///

**EVIDENTIARY OBJECTIONS TO PLAINTIFF'S DECLARATION RE TELEGRAM**
8

**13. Kahn Decl., Ex. 12, Declaration of Asim Kahn, ¶ 17**

After I left Los Angeles Adam Iza through the Zort Admin Telegram account sent me pictures of another Lamborghini he had shipped from Miami to Los Angeles including a picture of him sitting in it. See attached Exhibit 12.

**Objection**

Lack of Foundation. Plaintiff did not lay the foundation of the pictures.

Fed. R. Evid 001. Authenticating or Identifying Evidence: Plaintiff failed to Authenticate the pictures.

Hearsay. Fed. R. Evid. 801, 802. The pictures are out of court statements improperly being offered for the truth of what they assert.

**14. Kahn Decl., Ex. 13, Declaration of Asim Kahn, ¶ 18**

The man I met with is Adam Iza and attached as **Exhibit 13** are a few more pictures showing Adam Iza.

**Objection**

Lack of Foundation. Plaintiff did not lay the foundation of the pictures offered.

Fed. R. Evid 001. Authenticating or Identifying Evidence: Plaintiff failed to Authenticate the pictures.

Hearsay. Fed. R. Evid. 801, 802. The pictures are out of court statements improperly being offered for the truth of what they assert.

///

**EVIDENTIARY OBJECTIONS TO PLAINTIFF'S DECLARATION RE TELEGRAM**

**15. Kahn Decl., Ex. 14, Declaration of Asim Kahn, ¶ 19**

On or about September 14, 2021, through September 18, 2021, I communicated with Adam Iza via WhatsApp. See WhatsApp conversation attached as Exhibit 14.

**Objection**

Lack of Foundation. Plaintiff did not lay the foundation of the text messages.

Fed. R. Evid 001. Authenticating or Identifying Evidence: Plaintiff failed to Authenticate the text messages.

Hearsay. Fed. R. Evid. 801, 802. The contents of the text messages are out of court statements improperly being offered for the truth of what they assert.

**16. Declaration of Asim Kahn, ¶ 20**

Adam Iza's name of WhatsApp was also "Zort Admin" just like on Telegram.

**Objection**

Lack of Foundation. Plaintiff did not lay the foundation of the text messages. Fed. R. Evid 001. Authenticating or Identifying Evidence: Plaintiff failed to Authenticate the text messages.

Hearsay. Fed. R. Evid. 801, 802. The contents of the memorandum are out of court statements improperly being offered for the truth of what they assert.

///

**EVIDENTIARY OBJECTIONS TO PLAINTIFF'S DECLARATION RE TELEGRAM**
10

**17. Declaration of Asim Kahn,  ¶ 21**

In the conversation Adam refers to our Telegram conversations and tells me to contact him via Telegram.

**<u>Objection</u>**

Lack of Foundation. Plaintiff did not lay the foundation of the text messages.

Fed. R. Evid 001. Authenticating or Identifying Evidence: Plaintiff failed to Authenticate the text messages.

Hearsay. Fed. R. Evid. 801, 802. The statement is an out of court statements improperly being offered for the truth of what they assert.

**18. Kahn Decl., Ex. 22, Declaration of Asim Kahn,  ¶ 15**

The phone number associated with this "Zort Admin" WhatsApp screen name is (310)721-7882. See attached **Exhibit 15.**

**<u>Objection</u>**

Fed. R. Evid 001. Authenticating or Identifying Evidence: Plaintiff failed to Authenticate the text messages and that the phone number is actually associated with Zort Admin.

Lack of Foundation. Plaintiff did not lay the foundation for this statement.

Hearsay. Fed. R. Evid. 801, 802. The contents of the memorandum are out of court statements improperly being offered for the truth of what they assert.

///

**EVIDENTIARY OBJECTIONS TO PLAINTIFF'S DECLARATION RE TELEGRAM**

11

**19. Kahn Decl., Ex. 16, Declaration of Asim Kahn, ¶ 23**

A reverse phone number lookup shows that this phone number has been associated with Iris Au. See attached **Exhibit 16.**

**Objection**

Hearsay. Fed. R. Evid. 801, 802. The contents of the memorandum are out of court statements improperly being offered for the truth of what they assert.

Fed. R. Evid 001. Authenticating or Identifying Evidence: Plaintiff failed to Authenticate the text messages and that the phone number is actually associated with Zort Admin.

Lack of Foundation. Plaintiff did not lay the foundation for this statement.

**20. Kahn Decl., Ex. 17, Declaration of Asim Kahn, ¶ 24**

On Twitter, Zort, Inc. has a verified account @zortworld. This account provides a link to contact Zort via telegram. See **Exhibit 17.**

**Objection**

Hearsay. Fed. R. Evid. 801, 802. The contents of the memorandum are out of court statements improperly being offered for the truth of what they assert.

Lack of Foundation. Plaintiff did not lay the foundation for this statement.

Fed. R. Evid 001. Authenticating or Identifying Evidence: Plaintiff failed to Authenticate that zortworld is actually Zort Admin and how that is connected to Zort.

**EVIDENTIARY OBJECTIONS TO PLAINTIFF'S DECLARATION RE TELEGRAM**
12

Dated:  March 21, 2023                    THE DARVISH FIRM, APC


                                          By:  _____/s/ Elan Darvish_____
                                               Elan Darvish
                                               Attorneys for Defendants, **ZORT, INC., ADAM IZA**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

12424 Wilshire Boulevard Suite 1115, Los Angeles, CA 90025

A true and correct copy of the foregoing document entitled (*specify*) "EVIDENTIARY OBJECTIONS TO PLAINTIFF ASIM KHAN'S DECLARATION REGARDING TELEGRAM CONVERSATIONS WITH ADAM IZA AKA ZORT ADMIN." will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) March 21, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

eric@eblawfirm.us
andrew@cobos.law
dgodwin@godwinbowman.com
aserpik@bordinsemmer.com
bswaim@bordinsemmer.com                                  ☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) March 21, 2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

                                                          ☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method <u>for each person or entity served</u>):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) March 21, 2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

                                                          ☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 21, 2023 | Elan Darvish | /s/ Elan Darvish |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                              **F 9013-3.1.PROOF.SERVICE**