Elan Darvish (SBN 223453)
THE DARVISH FIRM, APC
12424 Wilshire Boulevard, Suite 1115
Los Angeles, California 90025
Telephone: (310) 234-4050
Facsimile: (310) 626-9471
Email: Elan@DarvishFirm.com

**Attorneys for Defendants, ADAM IZA, and ZORT, INC.**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASIM KHAN,<br><br>Plaintiff,<br><br>v.<br><br>ZORT, INC., and ADAM IZA<br><br>Defendants. | Case No.: **2:21-cv-08681-MFW-AGR**<br><br>[Assigned to the Honorable Alicia G. Rosenberg, Courtroom "550"]<br><br>**EVIDENTIARY OBJECTIONS TO PLAINTIFF ASIM KHAN'S DECLARATION REGARDING CRYPTOCURRENCY TRANSACTIONS TO DEFENDANTS**<br><br>Date: April 12, 2023<br>Time: 10:00 a.m.<br>Courtroom: 550<br>Location: Roybal Federal Building, 255 E. Temple St., Los Angeles, CA 90012 |

EVIDENTIARY OBJECTIONS TO PLAINTIFF'S DECLARATION RE CRYPTO TRANSACTIONS    1

**INTRODUCTION & SUMMARY OF EVIDENTIARY OBJECTIONS**

The declarations contains assertions of fact that are supported by inadequate or inadmissible documents or that are otherwise inadmissible.

They contain assertions made without evidence and, to the extent Plaintiff seeks to have them treated as fact, they are objectionable. By including conclusory statements as though they are factually corroborated, Plaintiff essentially ask the court to accept their assertions as fact, despite failing to provide proper authentication and foundation for them. Defendant objects to the following statements for that reason.

**EVIDENTIARY OBJECTIONS TO PLAINTIFF ASIM KHAN'S DECLARATION REGARDING CRYPTOCURRENCY TRANSACTIONS TO DEFENDANTS.**

1. **Declaration of Asim Kahn, ¶ 7**

   During the course of events contained in this declaration I was communicating with Defendants via the Telegram messaging App. My screen name in Telegram is "AntiSocialMob." In these conversations I was communicating with the screen names "ZORT" and "Zort Admin." I believe these screen names to be Defendant Adam Iza or someone acting on behalf of Defendants Adam Iza and Zort, Inc. In the Telegram conversation attached hereto as Exhibit "1" I say, "Idek your name" which is short for "I don't even know your name." Zort Admin responds, "Adam."

**Objection**

   Lack of Foundation. Plaintiff did not lay the foundation between ZORT and Zort Admin, how it is Adam Iza or someone acting on behalf of Adam Iza or Zort, Inc. responded.

Hearsay. Fed. R. Evid. 801, 802. The contents of the statements are out of court statements improperly being offered for the truth of what they assert.

## 2. **Declaration of Asim Kahn, ¶ 8**

When I initially started investing with Defendants it was through a monthly subscription service.

**Objection**

Lack of Foundation. Plaintiff did not lay the foundation of the Subscription Service.

Fed. R. Evid 001. Authenticating or Identifying Evidence: Plaintiff failed to authenticate the Subscription Payment.

Hearsay. Fed. R. Evid. 801, 802. The contents of the statements are out of court statements improperly being offered for the truth of what they assert.

## 3. **Declaration of Asim Kahn, ¶ 9**

My first subscription payment was for February of 2020, for 2 Bitcoin.

**Objection**

Lack of Foundation. Plaintiff did not lay the foundation of the Subscription Service and confuses "Subscription" with the "Zort Fund" Plaintiff contends he invested.

Fed. R. Evid 001. Authenticating or Identifying Evidence: Plaintiff failed to authenticate the Subscription Payment. This is a copy and paste of a Document and not the document itself.

Hearsay. Fed. R. Evid. 801, 802. The contents of the statements are out of court statements improperly being offered for the truth of what they assert.

**4.  <u>Khan Decl., Ex. 2, Declaration of Asim Kahn,  ¶ 10</u>**

Attached hereto as Exhibit "2" is a Telegram conversation with Zort Admin dated on or about February 10, 2020, where Zort Admin provides me with Coinbase link to make my first payment.

**<u>Objection</u>**

Lack of Foundation. Plaintiff did not lay the foundation of the Subscription Service and confuses "Subscription" with the "Zort Fund" Plaintiff contended he invested.  Furthermore, this Telegram message is a Copy and Paste and has not been authenticated.

Fed. R. Evid 001. Authenticating or Identifying Evidence: Plaintiff failed to authenticate the first payment. This is a copy and paste of a Document and not the document itself.

Hearsay. Fed. R. Evid. 801, 802. The contents of the statements are out of court statements improperly being offered for the truth of what they assert.

**5.  <u>Declaration of Asim Kahn,  ¶ 11</u>**

This conversation shows that I sent the transaction, Defendant confirms receipt, and then opens my Zort account and sends me the login credentials

**<u>Objection</u>**

Lack of Foundation. Plaintiff did not lay the foundation for the different payments he alleges he made.

Fed. R. Evid 001. Authenticating or Identifying Evidence: Plaintiff failed to authenticate. This is a copy and paste of a Document and not the document itself.

Hearsay. Fed. R. Evid. 801, 802. The contents of the statements are out of court statements improperly being offered for the truth of what they assert.

### 6. Kahn Decl., Ex. 3, Declaration of Asim Kahn, ¶ 12

Attached hereto as Exhibit "3" is a screenshot from my Coinbase account showing the destination address and transaction hash for the February 10, 2020, transaction.

**Objection**

Lack of Foundation. Plaintiff did not lay the foundation of his Coinbase account.

Fed. R. Evid 001. Authenticating or Identifying Evidence: Plaintiff failed to authenticate the Screenshot as it is a copy and paste and not of the account itself.

Hearsay. Fed. R. Evid. 801, 802. The contents of the statements are out of court statements improperly being offered for the truth of what they assert.

### 7. Declaration of Asim Kahn, ¶ 13

My second subscription payment was for April of 2020, for 22,000 USDC.

**Objection**

Lack of Foundation. Plaintiff did not lay the foundation of the Subscription Service and confuses "Subscription" with the "Zort Fund" Plaintiff contended he invested.

Fed. R. Evid 001. Authenticating or Identifying Evidence: Plaintiff failed to authenticate the second payment.

Hearsay. Fed. R. Evid. 801, 802. The contents of the statements are out of court statements improperly being offered for the truth of what they assert.

**8. Khan Decl., Ex. 4, Declaration of Asim Kahn, ¶ 14**

Attached hereto as Exhibit "4" is a Telegram conversation with Zort Admin from on or about April 3, 2020, where Zort Admin provides me with Coinbase link to make my second payment.

**Objection**

Lack of Foundation. Plaintiff did not lay the foundation for Coinbase link and the second payment.

Fed. R. Evid 001. Authenticating or Identifying Evidence: Plaintiff failed to authenticate the exhibit as it is a copy and paste.

Hearsay. Fed. R. Evid. 801, 802. The contents of the statements are out of court statements improperly being offered for the truth of what they assert.

**9. Declaration of Asim Kahn, ¶ 15**

For the second payment that was made, I initially sent a test transaction of $1 USDC first before sending the remaining $21,999.

**Objection**

Lack of Foundation. Plaintiff did not lay the foundation for test transaction.

Fed. R. Evid 001. Authenticating or Identifying Evidence: Plaintiff failed to authenticate the exhibit as it is a copy and paste.

Hearsay. Fed. R. Evid. 801, 802. The contents of the statements are out of court statements improperly being offered for the truth of what they assert.

**10.** **Khan Decl., Ex. 5, Declaration of Asim Kahn,  ¶ 16**

Attached hereto as Exhibit "5" is a screenshot from my Coinbase account showing the destination addresses and transaction hashes for the April 3, 2020 transactions.

**Objection**

Fed. R. Evid 001. Authenticating or Identifying Evidence: Plaintiff failed to authenticate the exhibit as it is a copy and paste.

Lack of Foundation. Plaintiff did not lay the foundation of Plaintiff's Coinbase account.

Hearsay. Fed. R. Evid. 801, 802. The contents of the statements are out of court statements improperly being offered for the truth of what they assert.

**11.  Declaration of Asim Kahn,  ¶ 17**

The Destination Address is:

0x8785600116673f6dfbdb1ec55d0df838917c60fa

**Objection**

Lack of Foundation. Plaintiff did not lay the foundation of the Destination Address and did not provide the originating address.

Fed. R. Evid 001. Authenticating or Identifying Evidence: Plaintiff failed to authenticate the exhibit as it is a copy and paste.

Hearsay. Fed. R. Evid. 801, 802. The contents of the statements are out of court statements improperly being offered for the truth of what they assert.

## 12. **Declaration of Asim Kahn,  ¶ 18**

The Hash for the 1 USDC transaction is:

26357f393498c69257cb351546453f1185856ec496458c818fe2b6198a8e6374

## **Objection**

Lack of Foundation. Plaintiff did not lay the foundation for the Hash transaction.

Fed. R. Evid 001. Authenticating or Identifying Evidence: Plaintiff failed to authenticate the exhibit as it is a copy and paste.

Hearsay. Fed. R. Evid. 801, 802. The contents of the statements are out of court statements improperly being offered for the truth of what they assert.

## 13. **Declaration of Asim Kahn, ¶ 19**

The Hash for the 21,999 USDC transaction is:

08205ea5960026bd0978b64aa41f1f266b0a6e5a74eec8c5ccf3c2b2dd65025b

## **Objection**

Lack of Foundation. Plaintiff did not lay the foundation for the Hash transaction.

Fed. R. Evid 001. Authenticating or Identifying Evidence: Plaintiff failed to authenticate the exhibit as it is a copy and paste.

Hearsay. Fed. R. Evid. 801, 802. The contents of the statements are out of court statements improperly being offered for the truth of what they assert.

**14. Declaration of Asim Kahn, ¶ 20**

Using Etherscan we can gain independent information about these transactions.

**Objection**

Hearsay. Fed. R. Evid. 801, 802. The contents of the statements are out of court statements improperly being offered for the truth of what they assert.

Lack of Foundation. Plaintiff did not lay the foundation for Etherscan.

Fed. R. Evid 001. Authenticating or Identifying Evidence: Plaintiff failed to show how this is a true and correct copy, how it was prepared and who prepared it.

**15. Kahn Decl., Ex. 6, Declaration of Asim Kahn, ¶ 20(a)**

Attached hereto as Exhibit "6" is a PDF printout from Etherscan after searching the Destination Address listed above. Link to this search is: https://etherscan.io/token/0xa0b86991c6218b36c1d19d4a2e9eb0ce3606eb48?a =0x8785600116673f6dfbdb1ec55d0df838917c60fa

**Objection**

Hearsay. Fed. R. Evid. 801, 802. The contents of the statements are out of court statements improperly being offered for the truth of what they assert.

Lack of Foundation. Plaintiff did not lay the foundation for Etherscan.

Fed. R. Evid 001. Authenticating or Identifying Evidence: Plaintiff failed to show how this is a true and correct copy, how it was prepared and who prepared it.

**16.  <u>Khan Decl., Ex. 7, Declaration of Asim Kahn, ¶ 20(b)</u>**

Attached hereto as Exhibit "7" is a PDF printout from Etherscan after searching the Hash for the 1 USDC listed above. Link to this search is: https://etherscan.io/tx/0x26357f393498c69257cb351546453f1185856ec496458 c818fe2b6198a8e6374

**<u>Objection</u>**

Hearsay. Fed. R. Evid. 801, 802. The contents of the statements are out of court statements improperly being offered for the truth of what they assert.

Lack of Foundation. Plaintiff did not lay the foundation for Etherscan.

Fed. R. Evid 001. Authenticating or Identifying Evidence: Plaintiff failed to show how this is a true and correct copy, how it was prepared and who prepared it.

**17.  <u>Khan Decl., Ex. 8, Declaration of Asim Khan, ¶ 20(c)</u>**

Attached hereto as Exhibit "8" is a PDF printout from Etherscan after searching the Hash for the 21,999 USDC listed above. Link to this search is: https://etherscan.io/tx/0x08205ea5960026bd0978b64aa41f1f266b0a6e5a74eec8 c5ccf3c2b2dd65025b

**<u>Objection</u>**

Hearsay. Fed. R. Evid. 801, 802. The contents of the statements are out of court statements improperly being offered for the truth of what they assert.

Lack of Foundation. Plaintiff did not lay the foundation for Etherscan.

Fed. R. Evid 001. Authenticating or Identifying Evidence: Plaintiff failed to show how this is a true and correct copy, how it was prepared and who prepared it.

**18.  <u>Declaration of Asim Khan, ¶21</u>**

My third subscription payment was for May of 2020, for 22,000 USDC.

**<u>Objection</u>**

Lack of Foundation. Plaintiff did not lay the foundation of the Subscription Service and confuses "Subscription" with the "Zort Fund" Plaintiff contended he invested.

Fed. R. Evid 001. Authenticating or Identifying Evidence: Plaintiff failed to authenticate the first payment. This is a copy and paste of a Document and not the document itself.

Hearsay. Fed. R. Evid. 801, 802. The contents of the statements are out of court statements improperly being offered for the truth of what they assert.

**19.  <u>Khan Decl., Ex.9, Declaration of Asim Khan ¶22</u>**

Attached hereto as Exhibit "9" is a Telegram conversation with Zort Admin from on or about May 3, 2020, where Zort Admin provides me with a Coinbase link to make my third payment.

**<u>Objection</u>**

Lack of Foundation. Plaintiff did not lay the foundation of the Coinbase link and third payment.

Fed. R. Evid 001. Authenticating or Identifying Evidence:
Plaintiff failed to show how this is a true and correct copy, how it was prepared and who prepared it.

Hearsay. Fed. R. Evid. 801, 802. The contents of the statements are out of court statements improperly being offered for the truth of what they assert.

**EVIDENTIARY OBJECTIONS TO PLAINTIFF'S DECLARATION RE CRYPTO TRANSACTIONS**    11

**20. Khan Decl., Ex.10, Declaration of Asim Khan ¶23**

Attached hereto as Exhibit "10" is a screenshot from my Coinbase account showing the destination address and transaction hash for the May 3, 2020, transaction.

**Objection**

Lack of Foundation. Plaintiff did not lay the foundation of the Coinbase Account.

Fed. R. Evid 001. Authenticating or Identifying Evidence: Plaintiff failed to authenticate the transaction. This is a copy and paste of a Document and not the document itself.

Hearsay. Fed. R. Evid. 801, 802. The contents of the statements are out of court statements improperly being offered for the truth of what they assert.

**21. Declaration of Asim Khan, ¶24**

Using Etherscan we can gain independent information about this transaction.

**Objection**

Hearsay. Fed. R. Evid. 801, 802. The contents of the statements are out of court statements improperly being offered for the truth of what they assert.

Lack of Foundation. Plaintiff did not lay the foundation for Etherscan.

Fed. R. Evid 001. Authenticating or Identifying Evidence: Plaintiff failed to show how this is a true and correct copy, how it was prepared and who prepared it.

**22. Khan Decl., Ex. 11, Declaration of Asim Khan, ¶24(a)**

Attached hereto as Exhibit "11" is a PDF printout from Etherscan after searching the Hash listed above. Link to this search is: https://etherscan.io/tx/0xdac26ca6392cb66e63414fe207dc579e758b71adc89f96736ad9d6494469da4b

**Objection**

Hearsay. Fed. R. Evid. 801, 802. The contents of the statements are out of court statements improperly being offered for the truth of what they assert.

Lack of Foundation. Plaintiff did not lay the foundation for Etherscan.

Fed. R. Evid 001. Authenticating or Identifying Evidence: Plaintiff failed to show how this is a true and correct copy, how it was prepared and who prepared it.

### 23.  Khan Decl., Ex. 12, Declaration of Asim Khan, ¶24(b)

Attached hereto as Exhibit "12" is a PDF printout from Etherscan after searching the Destination Address listed above. Link to this search is: https://etherscan.io/token/0xa0b86991c6218b36c1d19d4a2e9eb0ce3606eb48?a=0xd70e1eed6de06f60947e419dddbba045fe55b0bf

**Objection**

Hearsay. Fed. R. Evid. 801, 802. The contents of the statements are out of court statements improperly being offered for the truth of what they assert.

Lack of Foundation. Plaintiff did not lay the foundation for Etherscan.

Fed. R. Evid 001. Authenticating or Identifying Evidence: Plaintiff failed to show how this is a true and correct copy, how it was prepared and who prepared it.

### 24. <u>Khan Decl., Ex. 13, Declaration of Asim Khan, ¶25</u>

After these three, monthly installments Defendants recommended that I move to an annual subscription that would be at a discounted rate of $215,000. See the Telegram conversation attached hereto as Exhibit "13."

### <u>Objection</u>

Lack of Foundation. Plaintiff did not lay the foundation of the Subscription Service versus the Zort Fund.

Fed. R. Evid 001. Authenticating or Identifying Evidence: Plaintiff failed to authenticate the Subscription Payment. Plaintiff failed to show how this is a true and correct copy, how it was prepared and who prepared it.

Hearsay. Fed. R. Evid. 801, 802. The contents of the statements are out of court statements improperly being offered for the truth of what they assert.

### 25. <u>Declaration of Asim Khan, ¶26</u>

This $215,000 was sent in 5 separate transactions.

### <u>Objection</u>

Lack of Foundation. Plaintiff did not lay the foundation for each of these transactions.

Fed. R. Evid 001. Authenticating or Identifying Evidence: Plaintiff failed to authenticate each payment, how they were made, why they were made in five separate transactions and provide other identifying information regarding the transaction.

Hearsay. Fed. R. Evid. 801, 802. The contents of the statements are out of court statements improperly being offered for the truth of what they assert.

**26.  Khan Decl., Ex. 14, Declaration of Asim Khan, ¶27**

The first transaction was for 5 Bitcoin on May 14, 2020. The telegram conversation where Defendant provided me with the Destination address is attached hereto as Exhibit "14."

**Objection**

Lack of Foundation. Plaintiff did not lay the foundation for the 5 Bitcoin payment.

Fed. R. Evid 001. Authenticating or Identifying Evidence: Plaintiff failed to authenticate as this is a copy and paste.

Hearsay. Fed. R. Evid. 801, 802. The contents of the statements are out of court statements improperly being offered for the truth of what they assert.

**27.  Khan Decl., Ex. 15, Declaration of Asim Khan, ¶28**

A screenshot from my Coinbase account showing the Destination address and Transaction Hash is attached hereto as Exhibit "15."

**Objection**

Hearsay. Fed. R. Evid. 801, 802. The contents of the statements are out of court statements improperly being offered for the truth of what they assert.

Lack of Foundation. Plaintiff failed to authenticate the transaction. This is a copy and paste of a Document and not the document itself.

Fed. R. Evid 001. Authenticating or Identifying Evidence: Plaintiff failed to show how this is a true and correct copy, how it was prepared and who prepared it.

**28. <u>Khan Decl., Ex. 16, Declaration of Asim Khan, ¶29</u>**

The second transaction was for 46,442 USDC on May 15, 2020. The telegram conversation where Defendant provided me with the Destination address is attached hereto as Exhibit "16."

**<u>Objection</u>**

Hearsay. Fed. R. Evid. 801, 802. The contents of the statements are out of court statements improperly being offered for the truth of what they assert.

Lack of Foundation. Plaintiff did not lay the foundation for the second transaction and the Destination Address.

Fed. R. Evid 001. Authenticating or Identifying Evidence: Plaintiff failed to show how this is a true and correct copy, how it was prepared and who prepared it.

**29. <u>Khan Decl., Ex. 17, Declaration of Asim Khan, ¶30</u>**

A screenshot from my Coinbase account showing the Destination address and Transaction Hash is attached hereto as Exhibit "17."

**<u>Objection</u>**

Hearsay. Fed. R. Evid. 801, 802. The contents of the statements are out of court statements improperly being offered for the truth of what they assert.

Lack of Foundation. Plaintiff did not lay the foundation for the Transaction Hash and the Destination address.

Fed. R. Evid 001. Authenticating or Identifying Evidence: Plaintiff failed to show how this is a true and correct copy, how it was prepared and who prepared it.

---

**EVIDENTIARY OBJECTIONS TO PLAINTIFF'S DECLARATION RE CRYPTO TRANSACTIONS** 16

**30.  <u>Declaration of Asim Khan, ¶31</u>**

The Destination Address is:

0xD960471F14d51D39db808C0CA707A1983ABa666D

**<u>Objection</u>**

Hearsay. Fed. R. Evid. 801, 802. The contents of the statements are out of court statements improperly being offered for the truth of what they assert.

Lack of Foundation. Plaintiff did not lay the foundation for the destination address being a Zort account.

Fed. R. Evid 001. Authenticating or Identifying Evidence: Plaintiff failed to show how this is a true and correct copy, how it was prepared and who prepared it.

**31.  <u>Declaration of Asim Khan, ¶32</u>**

The Transaction Hash is:

5103fdeccb9b40c4867e6057876d142c0e4d675ed7e02eeb2b51e4fbf40d4b6c

**<u>Objection</u>**

Hearsay. Fed. R. Evid. 801, 802. The contents of the statements are out of court statements improperly being offered for the truth of what they assert.

Lack of Foundation. Plaintiff did not lay the foundation for the Transaction Hash.

Fed. R. Evid 001. Authenticating or Identifying Evidence: Plaintiff failed to show how this is a true and correct copy, how it was prepared and who prepared it.

**32.  Declaration of Asim Khan, ¶33**

Using Etherscan we can gain independent information about this transaction.

**Objection**

Hearsay. Fed. R. Evid. 801, 802. The contents of the statements are out of court statements improperly being offered for the truth of what they assert.

Lack of Foundation. Plaintiff did not lay the foundation for Etherscan.

Fed. R. Evid 001. Authenticating or Identifying Evidence: Plaintiff failed to show how this is a true and correct copy, how it was prepared and who prepared it.

**33.  Khan Decl., Ex. 18, Declaration of Asim Khan, ¶33(a)**

Attached hereto as Exhibit "18" is a PDF printout from Etherscan after searching the Hash listed above. Link to this search is: https://etherscan.io/tx/0x5103fdeccb9b40c4867e6057876d142c0e4d675ed7e02eeb2b51e4fbf40d4b6c

**Objection**

Hearsay. Fed. R. Evid. 801, 802. The contents of the statements are out of court statements improperly being offered for the truth of what they assert.

Lack of Foundation. Plaintiff did not lay the foundation for Etherscan.

Fed. R. Evid 001. Authenticating or Identifying Evidence: Plaintiff failed to show how this is a true and correct copy, how it was prepared and who prepared it.

**34.  <u>Khan Decl., Ex. 19, Declaration of Asim Khan, ¶33(b)</u>**

Attached hereto as Exhibit "19" is a PDF printout from Etherscan after searching the Destination Address listed above. Link to this search is: https://etherscan.io/token/0xa0b86991c6218b36c1d19d4a2e9eb0ce3606eb48?a =0xD960471F14d51D39db808C0CA707A1983ABa666D

**<u>Objection</u>**

Hearsay. Fed. R. Evid. 801, 802. The contents of the statements are out of court statements improperly being offered for the truth of what they assert.

Lack of Foundation. Plaintiff did not lay the foundation for Etherscan.

Fed. R. Evid 001. Authenticating or Identifying Evidence: Plaintiff failed to show how this is a true and correct copy, how it was prepared and who prepared it.

**35.  <u>Khan Decl., Ex. 20, Declaration of Asim Khan, ¶34</u>**

The third transaction was for 45,805 USDC on May 15, 2020. The telegram conversation where Defendant provided me with the Destination address is attached hereto as Exhibit "20."

**<u>Objection</u>**

Fed. R. Evid 001. Authenticating or Identifying Evidence: Plaintiff failed to show how this is a true and correct copy, how it was prepared and who prepared it. This is a Copy and Paste and not the actual document.

Lack of Foundation. Plaintiff did not lay the foundation for the third transaction and the Destination address.

Hearsay. Fed. R. Evid. 801, 802. The contents of the statements are out of court statements improperly being offered for the truth of what they assert.

**EVIDENTIARY OBJECTIONS TO PLAINTIFF'S DECLARATION RE CRYPTO TRANSACTIONS**   19

**36.  <u>Khan Decl., Ex. 21, Declaration of Asim Khan, ¶35</u>**

A screenshot from my Coinbase account showing the Destination address and Transaction Hash is attached hereto as Exhibit "21.

**<u>Objection</u>**

Hearsay. Fed. R. Evid. 801, 802. The contents of the statements are out of court statements improperly being offered for the truth of what they assert.

Lack of Foundation. Plaintiff did not lay the foundation for the Coinbase account and the copy and paste of the document.

Fed. R. Evid 001. Authenticating or Identifying Evidence: Plaintiff failed to show how this is a true and correct copy, how it was prepared and who prepared it.

**37.  <u>Declaration of Asim Khan, ¶36</u>**

The Destination Address is:

0x310626c412811354024B3cEc7F222743c89CD58B

**<u>Objection</u>**

Hearsay. Fed. R. Evid. 801, 802. The contents of the statements are out of court statements improperly being offered for the truth of what they assert.

Lack of Foundation. Plaintiff did not lay the foundation for the Destination address.

Fed. R. Evid 001. Authenticating or Identifying Evidence: Plaintiff failed to show how this is a true and correct copy, how it was prepared and who prepared it.

## 38.  **Declaration of Asim Khan, ¶37**

The Transaction Hash is:

43bd9b5d58d50ab9d3d306b0c9bc03134f8501114badf9aa5955c5640627cc69

**Objection**

Hearsay. Fed. R. Evid. 801, 802. The contents of the statements are out of court statements improperly being offered for the truth of what they assert.

Lack of Foundation. Plaintiff did not lay the foundation for the Transaction Hash and the copy and paste of the document.

Fed. R. Evid 001. Authenticating or Identifying Evidence: Plaintiff failed to show how this is a true and correct copy, how it was prepared and who prepared it.

## 39.  **Declaration of Asim Khan, ¶38**

Using Etherscan we can gain independent information about this transaction.

**Objection**

Fed. R. Evid 001. Authenticating or Identifying Evidence: Plaintiff failed to show how this is a true and correct copy, how it was prepared and who prepared it. This is a Copy and Paste and not the actual document.

Lack of Foundation. Plaintiff did not lay the foundation for Etherscan.

Hearsay. Fed. R. Evid. 801, 802. The contents of the statements are out of court statements improperly being offered for the truth of what they assert.

**40.  <u>Khan Decl., Ex. 22, Declaration of Asim Khan, ¶38(a)</u>**

Attached hereto as Exhibit "22" is a PDF printout from Etherscan after searching the Hash listed above. Link to this search is: https://etherscan.io/tx/0x43bd9b5d58d50ab9d3d306b0c9bc03134f8501114badf9aa5955c5640627cc69

**<u>Objection</u>**

Fed. R. Evid 001. Authenticating or Identifying Evidence: Plaintiff failed to show how this is a true and correct copy, how it was prepared and who prepared it. This is a Copy and Paste and not the actual document.

Lack of Foundation. Plaintiff did not lay the foundation for Etherscan.

Hearsay. Fed. R. Evid. 801, 802. The contents of the statements are out of court statements improperly being offered for the truth of what they assert.

**41.  <u>Khan Decl., Ex. 23, Declaration of Asim Khan, ¶38(b)</u>**

Attached hereto as Exhibit "23" is a PDF printout from Etherscan after searching the Destination Address listed above. Link to this search is: https://etherscan.io/token/0xa0b86991c6218b36c1d19d4a2e9eb0ce3606eb48?a=0x310626c412811354024B3cEc7F222743c89CD58B

**<u>Objection</u>**

Fed. R. Evid 001. Authenticating or Identifying Evidence: Plaintiff failed to show how this is a true and correct copy, how it was prepared and who prepared it. This is a Copy and Paste and not the actual document.

Lack of Foundation. Plaintiff did not lay the foundation for Etherscan.

Hearsay. Fed. R. Evid. 801, 802. The contents of the statements are out of court statements improperly being offered for the truth of what they assert.

**EVIDENTIARY OBJECTIONS TO PLAINTIFF'S DECLARATION RE CRYPTO TRANSACTIONS**    22

**42.  <u>Khan Decl., Ex. 24, Declaration of Asim Khan, ¶39</u>**

The Fourth transaction was for 50,000 USDC on May 18, 2020. The telegram conversation where Defendant provided me with the Destination address is attached hereto as Exhibit "24."

**<u>Objection</u>**

Fed. R. Evid 001. Authenticating or Identifying Evidence: Plaintiff failed to show how this is a true and correct copy, how it was prepared and who prepared it. This is a Copy and Paste and not the actual document.

Lack of Foundation. Plaintiff did not lay the foundation for the Fourth transaction and the Destination address.

Hearsay. Fed. R. Evid. 801, 802. The contents of the statements are out of court statements improperly being offered for the truth of what they assert.

**43.  <u>Khan Decl., Ex. 25, Declaration of Asim Khan, ¶40</u>**

A screenshot from my Coinbase account showing the Destination address and Transaction Hash is attached hereto as Exhibit "25."

**<u>Objection</u>**

Fed. R. Evid 001. Authenticating or Identifying Evidence: Plaintiff failed to show how this is a true and correct copy, how it was prepared and who prepared it. This is a Copy and Paste and not the actual document.

Lack of Foundation. Plaintiff did not lay the foundation for the Coinbase Account.

Hearsay. Fed. R. Evid. 801, 802. The contents of the statements are out of court statements improperly being offered for the truth of what they assert.

**EVIDENTIARY OBJECTIONS TO PLAINTIFF'S DECLARATION RE CRYPTO TRANSACTIONS    23**

**44. Declaration of Asim Khan, ¶41**

The Destination Address is:

0x91F7108608aB5dD946FD1A0Aa87848D2CdDA6952

**Objection**

Fed. R. Evid 001. Authenticating or Identifying Evidence: Plaintiff failed to show how this is a true and correct copy, how it was prepared and who prepared it. This is a Copy and Paste and not the actual document.

Lack of Foundation. Plaintiff did not lay the foundation for the Destination Address.

Hearsay. Fed. R. Evid. 801, 802. The contents of the statements are out of court statements improperly being offered for the truth of what they assert.

**45. Declaration of Asim Khan, ¶42**

The Transaction Hash is:

9ab75a94f8d1c9535762da6c5a675a2da8c186bd580951c60af82a55c87c218c

**Objection**

Lack of Foundation. Plaintiff did not lay the foundation for the Transaction Hash and the copy and paste of the document.

Fed. R. Evid 001. Authenticating or Identifying Evidence: Plaintiff failed to show how this is a true and correct copy, how it was prepared and who prepared it. This is a Copy and Paste and not the actual document.

Hearsay. Fed. R. Evid. 801, 802. The contents of the statements are out of court statements improperly being offered for the truth of what they assert.

**EVIDENTIARY OBJECTIONS TO PLAINTIFF'S DECLARATION RE CRYPTO TRANSACTIONS** 24

**46.   Declaration of Asim Khan, ¶43**

Using Etherscan we can gain independent information about this transaction.

**Objection**

Lack of Foundation. Plaintiff did not lay the foundation for Etherscan.

Fed. R. Evid 001. Authenticating or Identifying Evidence: Plaintiff failed to show how this is a true and correct copy, how it was prepared and who prepared it. This is a Copy and Paste and not the actual document.

Hearsay. Fed. R. Evid. 801, 802. The contents of the statements are out of court statements improperly being offered for the truth of what they assert.

**47.   Khan Decl., Ex. 26, Declaration of Asim Khan, ¶43(a)**

Attached hereto as Exhibit "26" is a PDF printout from Etherscan after searching the Hash listed above. Link to this search is: https://etherscan.io/tx/0x9ab75a94f8d1c9535762da6c5a675a2da8c186bd58095 1c60af82a55c87c218c

**Objection**

Hearsay. Fed. R. Evid. 801, 802. The contents of the statements are out of court statements improperly being offered for the truth of what they assert.

Lack of Foundation. Plaintiff did not lay the foundation for Etherscan.

Fed. R. Evid 001. Authenticating or Identifying Evidence: Plaintiff failed to show how this is a true and correct copy, how it was prepared and who prepared it.

**48.  <u>Khan Decl., Ex. 27, Declaration of Asim Khan, ¶43(b)</u>**

Attached hereto as Exhibit "27" is a PDF printout from Etherscan after searching the Destination Address listed above. Link to this search is: https://etherscan.io/token/0xa0b86991c6218b36c1d19d4a2e9eb0ce3606eb48?a=0x91F7108608aB5dD946FD1A0Aa87848D2CdDA6952

**<u>Objection</u>**

Fed. R. Evid 001. Authenticating or Identifying Evidence: Plaintiff failed to show how this is a true and correct copy, how it was prepared and who prepared it.

Lack of Foundation. Plaintiff did not lay the foundation for Etherscan.

Hearsay. Fed. R. Evid. 801, 802. The contents of the statements are out of court statements improperly being offered for the truth of what they assert.

**49.  <u>Khan Decl., Ex. 28, Declaration of Asim Khan, ¶44</u>**

The Fifth transaction was for 24,237 USDC on May 19, 2020. The telegram conversation where Defendant provided me with the Destination address is attached hereto as Exhibit "28."

**<u>Objection</u>**

Fed. R. Evid 001. Authenticating or Identifying Evidence: Plaintiff failed to show how this is a true and correct copy, how it was prepared and who prepared it. This is a Copy and Paste and not the actual document.

Lack of Foundation. Plaintiff did not lay the foundation for the Telegram Message.

Hearsay. Fed. R. Evid. 801, 802. The contents of the statements are out of court statements improperly being offered for the truth of what they assert.

**50. Khan Decl., Ex. 29, Declaration of Asim Khan, ¶45**

A screenshot from my Coinbase account showing the Destination address and Transaction Hash is attached hereto as Exhibit "29."

**Objection**

Fed. R. Evid 001. Authenticating or Identifying Evidence: Plaintiff failed to show how this is a true and correct copy, how it was prepared and who prepared it. This is a Copy and Paste and not the actual document.

Lack of Foundation. Plaintiff did not lay the foundation for the Coinbase Account.

Hearsay. Fed. R. Evid. 801, 802. The contents of the statements are out of court statements improperly being offered for the truth of what they assert.

**51. Declaration of Asim Khan, ¶46**

The Destination Address is:

0xaB52f8142894D8e13F9D02b5F9fED4766Ac44A46

**Objection**

Fed. R. Evid 001. Authenticating or Identifying Evidence: Plaintiff failed to show how this is a true and correct copy, how it was prepared and who prepared it. This is a Copy and Paste and not the actual document.

Lack of Foundation. Plaintiff did not lay the foundation for the Destination Address.

Hearsay. Fed. R. Evid. 801, 802. The contents of the statements are out of court statements improperly being offered for the truth of what they assert.

**52.  <u>Declaration of Asim Khan, ¶47</u>**

The Transaction Hash is:

0628ac2cea235693c4a519eb2e540a51472ac176f461868856ffc2322af5a946

**<u>Objection</u>**

Fed. R. Evid 001. Authenticating or Identifying Evidence: Plaintiff failed to show how this is a true and correct copy, how it was prepared and who prepared it. This is a Copy and Paste and not the actual document.

Lack of Foundation. Plaintiff did not lay the foundation for the Transaction Hash.

Hearsay. Fed. R. Evid. 801, 802. The contents of the statements are out of court statements improperly being offered for the truth of what they assert.

**53.  <u>Declaration of Asim Khan, ¶48</u>**

Using Etherscan we can gain independent information about this transaction.

**<u>Objection</u>**

Fed. R. Evid 001. Authenticating or Identifying Evidence: Plaintiff failed to show how this is a true and correct copy, how it was prepared and who prepared it. This is a Copy and Paste and not the actual document.

Lack of Foundation. Plaintiff did not lay the foundation for Etherscan.

Hearsay. Fed. R. Evid. 801, 802. The contents of the statements are out of court statements improperly being offered for the truth of what they assert.

**54.  <u>Khan Decl., Ex. 30, Declaration of Asim Khan, ¶48(a)</u>**

Attached hereto as Exhibit "30" is a PDF printout from Etherscan after searching the Hash listed above. Link to this search is:

**EVIDENTIARY OBJECTIONS TO PLAINTIFF'S DECLARATION RE CRYPTO TRANSACTIONS**     28

https://etherscan.io/tx/0x0628ac2cea235693c4a519eb2e540a51472ac176f46186 8856ffc2322af5a946

**Objection**

Fed. R. Evid 001. Authenticating or Identifying Evidence: Plaintiff failed to show how this is a true and correct copy, how it was prepared and who prepared it. This is a Copy and Paste and not the actual document.

Lack of Foundation. Plaintiff did not lay the foundation for Etherscan.

Hearsay. Fed. R. Evid. 801, 802. The contents of the statements are out of court statements improperly being offered for the truth of what they assert.

## 55.  Khan Decl., Ex. 31, Declaration of Asim Khan, ¶48(b)

Attached hereto as Exhibit "31" is a PDF printout from Etherscan after searching the Destination Address listed above. Link to this search is: https://etherscan.io/token/0xa0b86991c6218b36c1d19d4a2e9eb0ce3606eb48?a =0xaB52f8142894D8e13F9D02b5F9fED4766Ac44A46

**Objection**

Fed. R. Evid 001. Authenticating or Identifying Evidence: Plaintiff failed to show how this is a true and correct copy, how it was prepared and who prepared it. This is a Copy and Paste and not the actual document.

Lack of Foundation. Plaintiff did not lay the foundation for Etherscan.

Hearsay. Fed. R. Evid. 801, 802. The contents of the statements are out of court statements improperly being offered for the truth of what they assert.

**56. <u>Declaration of Asim Khan, ¶49</u>**

On or about September of 2020, I was communicating with Defendants via the Telegram messaging App. At this point they recommended that I move from a subscription-based service to a hedge fund type of service which they called the Zort Pool. The Zort Pool was supposed to be a place where all investors could consolidate their investments and Zort would make trades on their behalf to increase profits

**<u>Objection</u>**

Fed. R. Evid 001. Authenticating or Identifying Evidence: Plaintiff failed to show how this is a true and correct copy, how it was prepared and who prepared it. This is a Copy and Paste and not the actual document.

Lack of Foundation. Plaintiff did not lay the foundation for the Telegram Message.

Hearsay. Fed. R. Evid. 801, 802. The contents of the statements are out of court statements improperly being offered for the truth of what they assert.

**57. <u>Khan Decl., Ex. 32, Declaration of Asim Khan, ¶50</u>**

On September 14, 2020, I began the processes of joining this "Zort Pool" sometimes referred to as the "Zort Institutional Fund". See this telegram conversation attached hereto as Exhibit "32."

**<u>Objection</u>**

Fed. R. Evid 001. Authenticating or Identifying Evidence: Plaintiff failed to show how this is a true and correct copy, how it was prepared and who prepared it. This is a Copy and Paste and not the actual document.

Lack of Foundation. Plaintiff did not lay the foundation for the Telegram Message.

Hearsay. Fed. R. Evid. 801, 802. The contents of the statements are out of court statements improperly being offered for the truth of what they assert.

### 58. Declaration of Asim Khan, ¶51

In the September 14th conversation, ZORT sent me a USDC Address to send cryptocurrency to. That Destination Address is:

0xD2336f96Db745FD5615C5Abea2506eaC76e374b7

### Objection

Fed. R. Evid 001. Authenticating or Identifying Evidence: Plaintiff failed to show how this is a true and correct copy, how it was prepared and who prepared it. This is a Copy and Paste and not the actual document.

Lack of Foundation. Plaintiff did not lay the foundation for the Telegram Message.

Hearsay. Fed. R. Evid. 801, 802. The contents of the statements are out of court statements improperly being offered for the truth of what they assert.

### 59. Declaration of Asim Khan, ¶52

On that same day, September 14, 2020, I sent 50,000 USDC from my Coinbase account to the Destination Address:

0xD2336f96Db745FD5615C5Abea2506eaC76e374b7

### Objection

Fed. R. Evid 001. Authenticating or Identifying Evidence: Plaintiff failed to show how this is a true and correct copy, how it was prepared and who prepared it. This is a Copy and Paste and not the actual document.

Lack of Foundation. Plaintiff did not lay the foundation for the Coinbase account.

Hearsay. Fed. R. Evid. 801, 802. The contents of the statements are out of court statements improperly being offered for the truth of what they assert.

**60.  Khan Decl., Ex. 33, Declaration of Asim Khan, ¶53**

See a screenshot of my Coinbase account and withdrawal history attached hereto as Exhibit "33." You can see my screen name "AntiSocialMob" in the upper right-hand portion of the screen shot.

**Objection**

Fed. R. Evid 001. Authenticating or Identifying Evidence: Plaintiff failed to show how this is a true and correct copy, how it was prepared and who prepared it. This is a Copy and Paste and not the actual document.

Lack of Foundation. Plaintiff did not lay the foundation for the Coinbase account.

Hearsay. Fed. R. Evid. 801, 802. The contents of the statements are out of court statements improperly being offered for the truth of what they assert.

**61.  Declaration of Asim Khan, ¶54**

When I made the transfer from my Coinbase account to the destination address provided by Defendants that transaction was assigned a transaction identification number known as a hash. That hash is:

032f69b194c6e5647fd0ed7431d9498538b4a18191f18104594994fe9d061c14

**Objection**

Fed. R. Evid 001. Authenticating or Identifying Evidence: Plaintiff failed to show how this is a true and correct copy, how it was prepared and who prepared it. This is a Copy and Paste and not the actual document.

Lack of Foundation. Plaintiff did not lay the foundation for the transaction.

Hearsay. Fed. R. Evid. 801, 802. The contents of the statements are out of court statements improperly being offered for the truth of what they assert.

## 62.  Declaration of Asim Khan, ¶55

Using Etherscan we can gain independent information about this transaction.

**Objection**

Fed. R. Evid 001. Authenticating or Identifying Evidence: Plaintiff failed to show how this is a true and correct copy, how it was prepared and who prepared it.

Lack of Foundation. Plaintiff did not lay the foundation for Etherscan.

Hearsay. Fed. R. Evid. 801, 802. The contents of the statements are out of court statements improperly being offered for the truth of what they assert.

## 63.  Khan Decl., Ex. 34, Declaration of Asim Khan, ¶55(a)

Attached hereto as Exhibit "34" is a PDF printout from Etherscan after searching the Hash listed above. Link to this search is:

https://etherscan.io/tx/0x032f69b194c6e5647fd0ed7431d9498538b4a18191f18104594994fe9d061c14

**Objection**

Fed. R. Evid 001. Authenticating or Identifying Evidence: Plaintiff failed to show how this is a true and correct copy, how it was prepared and who prepared it.

Lack of Foundation. Plaintiff did not lay the foundation for Etherscan.

Hearsay. Fed. R. Evid. 801, 802. The contents of the statements are out of court statements improperly being offered for the truth of what they assert.

## 64.   Khan Decl., Ex. 35, Declaration of Asim Khan, ¶55(b)

Attached hereto as Exhibit "35" is a PDF printout from Etherscan after searching the Destination Address listed above. Link to this search is:

https://etherscan.io/token/0xa0b86991c6218b36c1d19d4a2e9eb0ce3606eb48?a=0xD2336f96Db745FD5615C5Abea2506eaC76e374b7

**Objection**

Fed. R. Evid 001. Authenticating or Identifying Evidence: Plaintiff failed to show how this is a true and correct copy, how it was prepared and who prepared it. This is a Copy and Paste and not the actual document.

Lack of Foundation. Plaintiff did not lay the foundation for Etherscan.

Hearsay. Fed. R. Evid. 801, 802. The contents of the statements are out of court statements improperly being offered for the truth of what they assert.

## 65.   Declaration of Asim Khan, ¶56

The Etherscan exhibits provide independent, third-party confirmation of the transactions listed in this declaration. The Destination Address search shows that the first and only deposit was the 50,000 USDC I sent. Then, that balance is

transferred out to a number of different destination addresses over the course of 12 transactions on the same day.

**Objection**

Hearsay. Fed. R. Evid. 801, 802. The contents of the statements are out of court statements improperly being offered for the truth of what they assert.

Fed. R. Evid 001. Authenticating or Identifying Evidence: Plaintiff failed to show how this is a true and correct copy, how it was prepared and who prepared it.

Lack of Foundation. Plaintiff did not lay the foundation the Etherscan.

**66. Khan Decl., Ex. 36, Declaration of Asim Khan, ¶57**

In a September 15th conversation, ZORT sent me a USDC Address to send cryptocurrency to. See this telegram conversation attached hereto as Exhibit "36." That Destination Address is:

0xB5756Dfe14A1b661b3cB969e6adCCC8F542809e7

**Objection**

Fed. R. Evid 001. Authenticating or Identifying Evidence: Plaintiff failed to show how this is a true and correct copy, how it was prepared and who prepared it. This is a Copy and Paste and not the actual document.

Lack of Foundation. Plaintiff did not lay the foundation for the Telegram message.

Hearsay. Fed. R. Evid. 801, 802. The contents of the statements are out of court statements improperly being offered for the truth of what they assert.

**67.  Declaration of Asim Khan, ¶58**

On that same day, September 15, 2020, I sent 50,000 USDC from my Coinbase account to the Destination Address:

0xB5756Dfe14A1b661b3cB969e6adCCC8F542809e7

**Objection**

Fed. R. Evid 001. Authenticating or Identifying Evidence: Plaintiff failed to show how this is a true and correct copy, how it was prepared and who prepared it. This is a Copy and Paste and not the actual document.

Lack of Foundation. Plaintiff did not lay the foundation for the Coinbase account.

Hearsay. Fed. R. Evid. 801, 802. The contents of the statements are out of court statements improperly being offered for the truth of what they assert.

**68.  Khan Decl., Ex. 37, Declaration of Asim Khan, ¶59**

See a screenshot of my Coinbase account with the September 15th withdrawal attached hereto as Exhibit "37."

**Objection**

Fed. R. Evid 001. Authenticating or Identifying Evidence: Plaintiff failed to show how this is a true and correct copy, how it was prepared and who prepared it. This is a Copy and Paste and not the actual document.

Lack of Foundation. Plaintiff did not lay the foundation for his Coinbase Account.

Hearsay. Fed. R. Evid. 801, 802. The contents of the statements are out of court statements improperly being offered for the truth of what they assert.

**EVIDENTIARY OBJECTIONS TO PLAINTIFF'S DECLARATION RE CRYPTO TRANSACTIONS**   36

**69.  <u>Declaration of Asim Khan, ¶60</u>**

When I made the transfer from my Coinbase account to the destination address provided by Defendants that transaction was assigned a Hash of: 08c685b23984560b676a53b9046c6440c83dc1a7110332b135d143cd2314efb0

**<u>Objection</u>**

Fed. R. Evid 001. Authenticating or Identifying Evidence: Plaintiff failed to show how this is a true and correct copy, how it was prepared and who prepared it. This is a Copy and Paste and not the actual document.

Lack of Foundation. Plaintiff did not lay the foundation for the Coinbase account.

Hearsay. Fed. R. Evid. 801, 802. The contents of the statements are out of court statements improperly being offered for the truth of what they assert.

**70.  <u>Declaration of Asim Khan, ¶61</u>**

Using Etherscan we can gain independent information about this transaction.

**<u>Objection</u>**

Fed. R. Evid 001. Authenticating or Identifying Evidence: Plaintiff failed to show how this is a true and correct copy, how it was prepared and who prepared it.

Lack of Foundation. Plaintiff did not lay the foundation for Etherscan.

Hearsay. Fed. R. Evid. 801, 802. The contents of the statements are out of court statements improperly being offered for the truth of what they assert.

**71.  <u>Khan Decl., Ex. 38, Declaration of Asim Khan, ¶61(a)</u>**

Attached hereto as Exhibit "38" is a PDF printout from Etherscan after searching the Hash listed above. Link to this search is: https://etherscan.io/tx/0x08c685b23984560b676a53b9046c6440c83dc1a7110332b135d143cd2314efb0

**<u>Objection</u>**

Fed. R. Evid 001. Authenticating or Identifying Evidence: Plaintiff failed to show how this is a true and correct copy, how it was prepared and who prepared it.

Lack of Foundation. Plaintiff did not lay the foundation for Etherscan.

Hearsay. Fed. R. Evid. 801, 802. The contents of the statements are out of court statements improperly being offered for the truth of what they assert.

**72.  <u>Khan Decl., Ex. 39, Declaration of Asim Khan, ¶61(b)</u>**

Attached hereto as Exhibit "39" is a PDF printout from Etherscan after searching the Destination Address listed above. Link to this search is: https://etherscan.io/token/0xa0b86991c6218b36c1d19d4a2e9eb0ce3606eb48?a=0xB5756Dfe14A1b661b3cB969e6adCCC8F542809e7

**<u>Objection</u>**

Fed. R. Evid 001. Authenticating or Identifying Evidence: Plaintiff failed to show how this is a true and correct copy, how it was prepared and who prepared it.

Lack of Foundation. Plaintiff did not lay the foundation for Etherscan.

Hearsay. Fed. R. Evid. 801, 802. The contents of the statements are out of court statements improperly being offered for the truth of what they assert.

**EVIDENTIARY OBJECTIONS TO PLAINTIFF'S DECLARATION RE CRYPTO TRANSACTIONS**   38

**73. Declaration of Asim Khan, ¶62**

The Destination Address search shows that the first and only deposit was the 50,000 USDC I sent. Then, that balance is transferred out to a number of different destination addresses over the course of 8 transactions on the same day.

**Objection**

Fed. R. Evid 001. Authenticating or Identifying Evidence: Plaintiff failed to show how this is a true and correct copy, how it was prepared and who prepared it.

Lack of Foundation. Plaintiff did not lay the foundation for Etherscan.

Hearsay. Fed. R. Evid. 801, 802. The contents of the statements are out of court statements improperly being offered for the truth of what they assert.

**74. Khan Decl., Ex. 40, Declaration of Asim Khan, ¶63**

In a September 17th conversation, ZORT sent me a USDC Address to send cryptocurrency to. See this telegram conversation attached hereto as Exhibit "40." That Destination Address is: 0x768969B88a3c8F9C6b601fb496c3c8CdE07C5b5b

**Objection**

Fed. R. Evid 001. Authenticating or Identifying Evidence: Plaintiff failed to show how this is a true and correct copy, how it was prepared and who prepared it. This is a Copy and Paste and not the actual document.

Lack of Foundation. Plaintiff did not lay the foundation for the Telegram messages.

Hearsay. Fed. R. Evid. 801, 802. The contents of the statements are out of court statements improperly being offered for the truth of what they assert.

**75.  Declaration of Asim Khan, ¶64**

On that same day, September 17, 2020, I sent 200,000 USDC from my Coinbase account to the Destination Address:

0x768969B88a3c8F9C6b601fb496c3c8CdE07C5b5b

**Objection**

Fed. R. Evid 001. Authenticating or Identifying Evidence: Plaintiff failed to show how this is a true and correct copy, how it was prepared and who prepared it. This is a Copy and Paste and not the actual document.

Lack of Foundation. Plaintiff did not lay the foundation the Coinbase Account.

Hearsay. Fed. R. Evid. 801, 802. The contents of the statements are out of court statements improperly being offered for the truth of what they assert.

**76.  Khan Decl., Ex. 41, Declaration of Asim Khan, ¶65**

See a screenshot of my Coinbase account with the September 17th withdrawal attached hereto as Exhibit "41."

**Objection**

Fed. R. Evid 001. Authenticating or Identifying Evidence: Plaintiff failed to show how this is a true and correct copy, how it was prepared and who prepared it. This is a Copy and Paste and not the actual document.

Lack of Foundation. Plaintiff did not lay the foundation for the Coinbase account.

Hearsay. Fed. R. Evid. 801, 802. The contents of the statements are out of court statements improperly being offered for the truth of what they assert.

**77.  Declaration of Asim Khan, ¶66**

When I made the transfer from my Coinbase account to the destination address provided by Defendants that transaction was assigned a Hash of: 76f29dad8b755625b241f536906fa45f0db65ab1a39a995bd9f02509e9bd6ca3

**Objection**

Fed. R. Evid 001. Authenticating or Identifying Evidence: Plaintiff failed to show how this is a true and correct copy, how it was prepared and who prepared it. This is a Copy and Paste and not the actual document.

Lack of Foundation. Plaintiff did not lay the foundation for the Coinbase Account.

Hearsay. Fed. R. Evid. 801, 802. The contents of the statements are out of court statements improperly being offered for the truth of what they assert.

**78.  Declaration of Asim Khan, ¶67**

Using Etherscan we can gain independent information about this transaction.

**Objection**

Fed. R. Evid 001. Authenticating or Identifying Evidence: Plaintiff failed to show how this is a true and correct copy, how it was prepared and who prepared it. This is a Copy and Paste and not the actual document.

Lack of Foundation. Plaintiff did not lay the foundation for Etherscan.

Hearsay. Fed. R. Evid. 801, 802. The contents of the statements are out of court statements improperly being offered for the truth of what they assert.

**79.  <u>Khan Decl., Ex. 42, Declaration of Asim Khan, ¶67(a)</u>**

Attached hereto as Exhibit "42" is a PDF printout from Etherscan after searching the Hash listed above. Link to this search is:

https://etherscan.io/tx/0x76f29dad8b755625b241f536906fa45f0db65ab1a39a99 5bd9f02509e9bd6ca3

**<u>Objection</u>**

    Fed. R. Evid 001. Authenticating or Identifying Evidence: Plaintiff failed to show how this is a true and correct copy, how it was prepared and who prepared it.

    Lack of Foundation. Plaintiff did not lay the foundation for Etherscan.

    Hearsay. Fed. R. Evid. 801, 802. The contents of the statements are out of court statements improperly being offered for the truth of what they assert.

**80.  <u>Khan Decl., Ex. 43, Declaration of Asim Khan, ¶67(b)</u>**

Attached hereto as Exhibit "43" is a PDF printout from Etherscan after searching the Destination Address listed above. Link to this search is:

https://etherscan.io/token/0xa0b86991c6218b36c1d19d4a2e9eb0ce3606eb48?a =0x768969B88a3c8F9C6b601fb496c3c8CdE07C5b5b

**<u>Objection</u>**

    Fed. R. Evid 001. Authenticating or Identifying Evidence: Plaintiff failed to show how this is a true and correct copy, how it was prepared and who prepared it.

    Lack of Foundation. Plaintiff did not lay the foundation for Etherscan.

    Hearsay. Fed. R. Evid. 801, 802. The contents of the statements are out of court statements improperly being offered for the truth of what they assert.

**81.  Declaration of Asim Khan, ¶68**

The Destination Address search shows that the first and only deposit was the 200,000 USDC I sent. Then, that balance is transferred out in a single transaction on the same day.

**Objection**

Fed. R. Evid 001. Authenticating or Identifying Evidence: Plaintiff failed to show how this is a true and correct copy, how it was prepared and who prepared it.

Lack of Foundation. Plaintiff did not lay the foundation for Etherscan.

Hearsay. Fed. R. Evid. 801, 802. The contents of the statements are out of court statements improperly being offered for the truth of what they assert.

Dated:  March 21, 2023                    THE DARVISH FIRM, APC


                                          By:  _____/s/ Elan Darvish_____
                                               Elan Darvish
                                               Attorneys for Defendants, **ZORT, INC., ADAM IZA**

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

12424 Wilshire Boulevard Suite 1115, Los Angeles, CA 90025

A true and correct copy of the foregoing document entitled (*specify*) "**EVIDENTIARY OBJECTIONS TO PLAINTIFF ASIM KHAN'S DECLARATION REGARDING CRYPTOCURRENCY TRANSACTIONS TO DEFENDANTS**" will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) March 21, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

eric@eblawfirm.us
andrew@cobos.law
dgodwin@godwinbowman.com
aserpik@bordinsemmer.com
bswaim@bordinsemmer.com

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) March 21, 2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) March 21, 2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 21, 2023 | Elan Darvish | /s/ Elan Darvish |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**