Elan Darvish (SBN 223453)
THE DARVISH FIRM, APC
12424 Wilshire Boulevard, Suite 1115
Los Angeles, California 90025
Telephone: (310) 234-4050
Facsimile: (310) 626-9471
Email: Elan@DarvishFirm.com

**Attorneys for Defendants, ADAM IZA, ZORT, INC.**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

ASIM KHAN,

                Plaintiff,

v.

ZORT, INC., and ADAM IZA

                Defendants.

**Case No.: 2:21-cv-08681-MFW-AGR**

[Assigned to the Honorable Alicia G. Rosenberg, Courtroom "550"]

**EVIDENTIARY OBJECTIONS TO DECLARATION OF ERIC BENSAMOCHAN**

Date: April 12, 2023
Time: 10:00 a.m.
Courtroom: 550
Location: Roybal Federal Building, 255 E. Temple St., Los Angeles, CA 90012

**INTRODUCTION & SUMMARY OF EVIDENTIARY OBJECTIONS**

The declarations contains assertions of fact that are supported by inadequate or inadmissible documents or that are otherwise inadmissible.

They contain assertions made without evidence and, to the extent Plaintiff seek to have them treated as fact, they are objectionable. By including conclusory statements as though they are factually corroborated, Plaintiff essentially ask the court to accept their assertions as fact, despite failing to provide proper authentication and foundation for them. Defendant objects to the following statements for that reason.

**EVIDENTIARY OBJECTIONS TO DECLARATION OF ERIC BENSAMOCHAN**

**1.  Declaration of ERIC BENSAMOCHAN, ¶ 7**

A Review of the transaction history shows 8 of the 11 transactions described in Asim Khan's declaration as detailed in the motion.

**Objection and Request to Strike**

The statement made by Mr. Bensamochan is improper for various reason and should be stricken by the Court. A declaration of attorney is insufficient to authenticate documents where knowledge was based only upon interviews with witnesses and review of documents. *Estremera v. United States* 442 F3d 580, 584–585 (7th Cir. 2006). Furthermore, the declaration relies solely on the Declaration of Asim Kahn who did not properly lay the foundation nor properly authenticated the exhibits attached to his declaration.

Dated:  March 21, 2023                    THE DARVISH FIRM, APC


By: _____/s/ Elan Darvish _____
Elan Darvish
Attorneys for Defendants, **ZORT, INC., ADAM IZA**

EVIDENTIARY OBJECTIONS TO DECLARATION OF ERIC BENSAMOCHAN                2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

12424 Wilshire Boulevard Suite 1115, Los Angeles, CA 90025

A true and correct copy of the foregoing document entitled (*specify*) "**EVIDENTIARY OBJECTIONS TO DECLARATION OF ERIC BENSAMOCHAN**" will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) March 21, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

eric@eblawfirm.us
andrew@cobos.law
dgodwin@godwinbowman.com
aserpik@bordinsemmer.com
bswaim@bordinsemmer.com

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) March 21, 2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) March 21, 2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 21, 2023 | Elan Darvish | /s/ Elan Darvish |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                **F 9013-3.1.PROOF.SERVICE**