Eric Bensamochan, Esq.   SBN 255482
THE BENSAMOCHAN LAW FIRM, INC.
9025 Wilshire Blvd. Suite 215
Beverly Hills, California 90211
Tel. (818) 574-5740
Fax. (818) 961-0138
Email: eric@eblawfirm.us

Attorney for Plaintiff
Asim Khan

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASIM KHAN,<br><br>                        Plaintiff,<br><br>            vs.<br><br>ZORT, INC., and ADAM IZA<br><br>                        Defendants. | Case No. 2:21-cv-08681-MFW-AGR<br><br>**DECLARATION OF ERIC BENSAMOCHAN REGARDING COINBASE PRODUCTION** |

<u>**DECLARATION OF ERIC BENSAMOCHAN**</u>

I, Eric Bensamochan, do hereby declare that all of the following is true and correct to the best of my personal knowledge and if called upon as a witness I could and would competently testify to the truthfulness of all of the below statements.

1.    I am counsel for Plaintiff, Asim Khan, in this matter, and as such, I have knowledge of the facts stated herein.

2.    On February 14, 2023, counsel for Coinbase sent the transaction history for Adam Iza's personal Coinbase account to my office and Defendants' counsel.

3.    Since the document production is subject to a protective order, I did not include it as an exhibit to the motion for terminating sanctions.

4.     Since the opposition called the Coinbase production into question, I felt it was necessary to file that documentation for the Court's review.

- 1 -
DECLARATION RE COINBASE PRODUCTION

The Bensamochan Law Firm, Inc.
9025 Wilshire Blvd, Suite 215
Beverly Hills, California

5.     On or about March 31, 2023, I sent a letter to Defendants counsel to schedule a meet and confer call regarding the filing of the documents under seal or agreeing to certain redactions. See Attached **Exhibit "A."**

6.     The meet and confer call took place on April 3, 2023. On the call, Plaintiff proposed redacting all transactions in the Coinbase production except for those described in the motion. Mr. Darvish stated that he would need to check with his client about that request and requested a follow up call be scheduled for April 5, 2023.

7.     The follow up call took place on April 5, 2023, and was extremely brief. Mr. Darvish indicated that he would need to see a copy of the documents with the proposed redactions in order to make a decision. I told Mr. Darvish he would have those by the following morning and that I expected an answer by the end of the day.

8.     The following morning, I sent the proposed redactions to Mr. Darvish. These were the same redactions described during the first meet and confer call. See attached **Exhibit "B."**

9.     Later that day I received a letter from MR. Darvish rejecting the proposed redactions and opposing any attempts to file the documents under seal. See attached **Exhibit "C."**

10.    Plaintiff seeks to file the following three documents under seal with this court:

    a.  Email correspondence with Coinbase, Inc. counsel regarding the document production. See **Exhibit "D."**

    b.  A .pdf of the transaction history of the Coinbase Account of Adam Iza. See **Exhibit "E."**

    c.  An Excel Spreadsheet of the transaction history of the Coinbase Account of Adam Iza. See **Exhibit "F."**

11.    The only reason for this application is the protective order in place. Plaintiff does not believe that there is any compelling reason for this documentation to be kept secret.

DECLARATION RE COINBASE PRODUCTION

I declare under penalty of perjury under the laws of the State of California and under the laws of the United States of America that the foregoing is true and correct. Executed this 10th day of April 2023, at Beverly Hills, California.

By: /s/Eric Bensamochan

Eric Bensamochan, Esq.

The Bensamochan Law Firm, Inc.
9025 Wilshire Blvd, Suite 215
Beverly Hills, California

- 3 -
DECLARATION RE COINBASE PRODUCTION

# EXHIBIT A

# The Bensamochan Law Firm Inc



9025 Wilshire Blvd., Suite 215
Beverly Hills, CA  90211
Ph. 818.574.5740 / Fax. 818.961.0138

February 16, 2023

Elan Darvish (SBN 223453)
THE DARVISH FIRM, APC
12424 Wilshire Boulevard, Suite 1115
Los Angeles, California 90025
Telephone: (310) 234-4050
Facsimile: (310) 626-9471
Email: Elan@DarvishFirm.com

**Re:    Khan v. Iza & Zort, Inc.;
         Case No.: 2:21-cv-08681-MFW-AGR**

Dear Counsel:

This letter shall serve as notice and an attempt to meet and confer regarding our intention to file an application to file the documents produced by Coinbase, Inc. under seal.

Pursuant to Local Rule 79-5.2.2(b) we have a duty to meet and confer in an attempt to eliminate or minimize the need for filing under seal by agreeing to redact certain portions of the documents. If we are unable to agree to a set of redactions, we are required to describe in detail our efforts to resolve this issue by declaration as part of the application.

We tried to avoid this added expense when we filed the motion for terminating sanctions but given the position taken in your opposition about the Coinbase production we feel we now have no other choice. Attached below are the documents we intend to file:

> **Exhibit A** – Emails between Coinbase, Plaintiff's Counsel, and Defendants' previous counsel where Coinbase produced the documents in response to Plaintiff's subpoena.
> **Exhibit B** – PDF of Adam Iza's Coinbase History
> **Exhibit C** – Excel Spreadsheet of Adam Iza's Coinbase History

Please let us know your availability for a conference call or Zoom meeting to discuss this matter further.

Yours truly,

*Eric Bensamochan*

Eric Bensamochan

# EXHIBIT B

## Daniel Phelan

| | |
|---|---|
| **From:** | Eric Bensamochan |
| **Sent:** | Thursday, April 6, 2023 11:52 AM |
| **To:** | Elan Darvish |
| **Cc:** | Daniel Phelan |
| **Subject:** | Proposed redacted version |
| **Attachments:** | CoinbaseLogPDF-Proposed_Redactions.pdf |

Please see attached.  As discussed yesterday, we will need a response today.

Best,
Eric

Eric Bensamochan, Esq. SBN 255482
The Bensamochan Law Firm Inc.
9025 Wilshire Blvd. Suite 215
Beverly Hills, CA. 90211
Phone: (818) 574-5740
Fax: (818) 961-0138
eric@eblawfirm.us


Agoura/Westlake Office
30851 Agoura Rd. Suite 114
Agoura Hills, CA. 91301

NO TAX ADVICE: To comply with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained herein (including any attachments), unless specifically stated otherwise, is not intended or written to be used, and cannot be used, for the purposes of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter herein.

Privileged And Confidential Communication.
This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC §§ 2510-2521), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited

1

# EXHIBIT C



12424 Wilshire Boulevard
Suite 1115
Los Angeles, California 90025

Telephone (310) 234-4050
Facsimile (310) 626-9471
Website- www.DarvishFirm.com

April 6, 2023

**SENT VIA EMAIL TO eric@eblawfirm.us**

Eric Bensamochan, Esq.
The Bensamochan Law Firm Inc.
9025 Wilshire Blvd. Suite 215
Beverly Hills, CA 90211

> ***RE:    Asim Khan v. Zort Inc., et. al.,***
> ***Case Number 2:21-cv-08681-MWF-AGR***

Dear Mr. Bensamochan,

We are writing to express our disagreement with your proposal to file the documents produced by Coinbase, Inc. under seal or by redacting certain portions of the documents. After a thorough review of the redacted version that you have proposed, we have found that it contains information that is neither relevant to this case nor has been raised in Plaintiff's Motion for Terminating Sanctions. This includes sensitive information such as the account summary, account balances, email address, and home address, which we believe should not be disclosed in the public record.

Furthermore, the remaining information contained in the redacted version has already been disclosed on pages 8 to 9 of Plaintiff's Motion. Therefore, we do not see the need to file a redacted version of the documents.

Additionally, we would like to clarify that we did not object to the information provided on the right side of the table on pages 8 to 9 of Plaintiff's Motion as being an accurate depiction of the information found in the Coinbase documents. That being said, we will agree to waive any objections that may have been implied that such information is not a true and correct depiction of the information found in the Coinbase documents.

In light of these concerns, we respectfully request that you withdraw your proposal to file the documents produced by Coinbase, Inc. under seal or by redacting certain portions of the documents.

Sincerely,

Elan Darvish

---

*Asim Khan v. Zort Inc., et. al., Case Number 2:21-cv-08681-MWF-AGR*                    *1*

# EXHIBIT D

**Daniel Phelan**

---

**From:**        Anderson, Dylan <DAnderson@GodwinBowman.com>
**Sent:**        Tuesday, February 14, 2023 1:44 PM
**To:**          David Shieh; Eric Bensamochan
**Cc:**          Eric Wasik; Zaira Emry; Daniel Phelan; Cheung, Dixon
**Subject:**     RE: Khan v. Zort, Inc. et al. (C.D. Cal.)


We agree with Eric, we will all be bound by the protective order and you can send the production. Thank you.


# Dylan Anderson - Associate

500 N. Akard #1100, Dallas, TX 75201
danderson@godwinbowman.com
O: 214.939.4522
C: 972.693.3401



  

This electronic transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender that is protected by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510 and 2521 and may be legally privileged. This message (and any associated files) is intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential, subject to copyright or constitutes a trade secret. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this message, or files associated with this message, is strictly prohibited. If you have received this communication in error, please notify **GODWIN BOWMAN PC** immediately by telephone (800.662.8393) and destroy the original message. Messages sent to and from us may be monitored.

**From:** David Shieh <david.shieh@coinbase.com>
**Sent:** Tuesday, February 14, 2023 11:49 AM
**To:** Eric Bensamochan <eric@eblawfirm.us>
**Cc:** Eric Wasik <eric.wasik@coinbase.com>; Zaira Emry <zaira.emry@coinbase.com>; Daniel Phelan <danielp@eblawfirm.us>; Anderson, Dylan <DAnderson@GodwinBowman.com>; Cheung, Dixon <DCheung@GodwinBowman.com>
**Subject:** Re: Khan v. Zort, Inc. et al. (C.D. Cal.)

Thanks, Eric. If counsel for defendants can confirm that they agree, I'll send over the production shortly.


**David Shieh**
Senior Counsel, Litigation

david.shieh@coinbase.com

On Tue, Feb 14, 2023 at 12:46 PM Eric Bensamochan <eric@eblawfirm.us> wrote:

Good morning,

The protective order was signed by all parties and we will all be bound by it.  I see no reason to hold off on producing the documents at this time.

Thank you,

Eric

Eric Bensamochan, Esq. SBN 255482

The Bensamochan Law Firm Inc.

9025 Wilshire Blvd. Suite 215

Beverly Hills, CA. 90211

Phone: (818) 574-5740

Fax: (818) 961-0138

eric@eblawfirm.us

Agoura/Westlake Office

30851 Agoura Rd. Suite 114

Agoura Hills, CA. 91301

NO TAX ADVICE: To comply with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained herein (including any attachments), unless specifically stated otherwise, is not intended or written to be used, and cannot be used, for the purposes of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter herein.

Privileged And Confidential Communication.

This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC §§ 2510-2521), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited

---

**From:** David Shieh <david.shieh@coinbase.com>
**Sent:** Tuesday, February 14, 2023 9:42 AM
**To:** Eric Bensamochan <eric@eblawfirm.us>
**Cc:** Eric Wasik <eric.wasik@coinbase.com>; Zaira Emry <zaira.emry@coinbase.com>; Daniel Phelan <danielp@eblawfirm.us>; Anderson, Dylan <DAnderson@godwinbowman.com>; Cheung, Dixon <DCheung@godwinbowman.com>
**Subject:** Re: Khan v. Zort, Inc. et al. (C.D. Cal.)

Counsel:

Coinbase, Inc. ("Coinbase") is prepared to produce documents in response to Plaintiff's subpoena and can do so today per the Court's January 31 order. Can you confirm that you agree that Coinbase can do so without awaiting the Court's approval of the protective order? Otherwise, we will hold the production pending the entry of the protective order. Thank you.

**David Shieh**

Senior Counsel, Litigation



david.shieh@coinbase.com

On Wed, Feb 1, 2023 at 2:28 PM Eric Bensamochan <eric@eblawfirm.us> wrote:

Good morning Mr. Shieh,

The court has ruled and denied the motion to quash.  I have attached the minute order and copied opposing counsel on this email.

Thank you,

Eric


Eric Bensamochan, Esq. SBN 255482

The Bensamochan Law Firm Inc.

9025 Wilshire Blvd. Suite 215

Beverly Hills, CA. 90211

Phone: (818) 574-5740

Fax: (818) 961-0138

eric@eblawfirm.us



Agoura/Westlake Office

30851 Agoura Rd. Suite 114

Agoura Hills, CA. 91301


NO TAX ADVICE: To comply with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained herein (including any attachments), unless specifically stated otherwise, is not intended or written to be used, and cannot be used, for the purposes of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter herein.


Privileged And Confidential Communication.

This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC §§ 2510-2521), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited

4

**From:** David Shieh <david.shieh@coinbase.com>
**Sent:** Wednesday, January 11, 2023 3:55 PM
**To:** Eric Bensamochan <eric@eblawfirm.us>
**Cc:** Eric Wasik <eric.wasik@coinbase.com>; Zaira Emry <zaira.emry@coinbase.com>; Daniel Phelan <danielp@eblawfirm.us>
**Subject:** Re: Khan v. Zort, Inc. et al. (C.D. Cal.)

Great, thank you.

**David Shieh**

Senior Counsel, Litigation



david.shieh@coinbase.com

On Wed, Jan 11, 2023 at 6:54 PM Eric Bensamochan <eric@eblawfirm.us> wrote:

Yes,

We are filing an opposition to that motion shortly and will advise you of the ruling as soon as it is decided.

Eric Bensamochan, Esq. SBN 255482

The Bensamochan Law Firm Inc.

9025 Wilshire Blvd. Suite 215

Beverly Hills, CA. 90211

Phone: (818) 574-5740

Fax: (818) 961-0138

eric@eblawfirm.us

5

Agoura/Westlake Office

30851 Agoura Rd. Suite 114

Agoura Hills, CA. 91301

NO TAX ADVICE: To comply with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained herein (including any attachments), unless specifically stated otherwise, is not intended or written to be used, and cannot be used, for the purposes of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter herein.

Privileged And Confidential Communication.

This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC §§ 2510-2521), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited

---

**From:** David Shieh <david.shieh@coinbase.com>
**Sent:** Wednesday, January 11, 2023 3:50 PM
**To:** Eric Bensamochan <eric@eblawfirm.us>
**Cc:** Eric Wasik <eric.wasik@coinbase.com>; Zaira Emry <zaira.emry@coinbase.com>; Daniel Phelan <danielp@eblawfirm.us>
**Subject:** Re: Khan v. Zort, Inc. et al. (C.D. Cal.)

Eric,

We saw that defendants have filed a motion to quash your subpoenas directed at Coinbase, Inc. ("Coinbase") in the *Khan v. Zort* matter. I assume we have your consent that Coinbase need not respond or serve Rule 45 objections to the subpoenas until at least a week after the court has ruled on defendants' motion to quash? Thanks in advance.

**David Shieh**

Senior Counsel, Litigation

6