UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ASIM KHAN, | ) | NO. CV 21-8681-MWF (AGRx) |
|           Plaintiff, | ) | |
| v. | ) | ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| ZORT, INC. et al., | ) | |
|           Defendant. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Plaintiff's motion for terminating sanctions (Docket No. 71) is DENIED.

DATED: May 10, 2023

_____
MICHAEL W. FITZGERALD
United States District Judge