Eric Bensamochan, Esq.   SBN 255482
THE BENSAMOCHAN LAW FIRM, INC.
9025 Wilshire Blvd. Suite 215
Beverly Hills, California 90211
Tel. (818) 574-5740
Fax. (818) 961-0138
Email: eric@eblawfirm.us

Attorney for Plaintiff
Asim Khan

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ASIM KHAN, | Case No. 2:21-cv-08681-MFW-AGR |
|---|---|
| Plaintiff, | **JOINT AGENDA REGARDING DISCOVERY DISPUTE** |
| vs. | |
| ZORT, INC., and ADAM IZA | |
| Defendants. | |

This joint agenda is submitted by the parties to this action through and by counsel regarding the subpoena that Plaintiff Asim Khan served on third party Emifast, LLC on or about May 8, 2023. Defendants have stated their intention to move to quash the third-party subpoena.

**I.   DISCOVERY DISPUTE**

On or about May 1, 2023, Plaintiff's counsel received an anonymous email claiming to have information regarding Defendant Adam Iza. ("Iza" herein) The email claimed that Iza was attempting to change his identity and flee the United States for

Dubai. In order to see if there was any truth to these statements, Plaintiff issued a subpoena to Emifast, LLC which is the entity which allegedly processed the Dubai residency application of Adam Iza. Plaintiff served Defendants' counsel with notice of this subpoena. (See Exhibit A) In response, Defendants counsel requested a meet and confer and stated the intention to quash the subpoena. Plaintiff's counsel has shared these emails with opposing counsel in response to the meet and confer call that the parties conducted. In the meet and confer, Plaintiff objected to the Subpoena as it is not relevant and sought private financial information. These efforts unfortunately did not resolve or narrow the issues and remain unresolved as whether the subpoena should move forward despite objection by counsel regarding Defendant's privacy, relevance as to the instant matter and Defendant deposition having not first being taken to ascertain the information sought. This discovery conference was requested following the parties' inability to find a resolution regarding the subpoena.

Dated: 5/23/2023                By: /s/Eric Bensamochan
                                Eric Bensamochan, Esq.
                                Counsel for Asim Khan

Dated: 5/23/2023                By: /s/Elan Darvish
                                Elan Darvish
                                Counsel for Adam Iza and Zort, Inc.

### SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed and on whose behalf the filing is submitted concur in the filing's content and have authorized the filing.

Dated: 5/23/2023                By: /s/Eric Bensamochan
                                Eric Bensamochan, Esq.
                                Counsel for Asim Khan