1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASIM KHAN,<br><br>              Plaintiff,<br><br>      v.<br><br>ZORT, INC. and ADAM IZA,<br><br>              Defendants. | Case No. CV 21-8681-MWF(AGRx)<br><br>ORDER GRANTING STIPULATION TO CONTINUE TRIAL DATES AND RELATED DEADLINES [99] |

The Court has reviewed the parties' Stipulation to Continue Trial Dates and Related Deadlines.  (Docket No. 99).  For good cause shown, IT IS ORDERED that the deadlines and dates are continued as follows:

| | |
|---|---|
| Last Day to Add Parties/Amend Pleadings | Expired |
| Non-Expert Discovery Cut-Off (including last day to hear discovery-related motions) | November 17, 2023 |
| Expert Disclosure (initial) | October 6, 2023 |
| Expert Disclosure (Rebuttal) | November 6, 2023 |
| Expert Disclosure Cut-Off | December 15, 2023 |
| Last Day to Hear Motions | December 18, 2023 |
| Last Day to Conduct ADR Proceeding | January 12, 2024 |
| File Memorandum of Contentions of Fact and Law, Exhibit and Witness Lists, Status Report regarding settlement, and all Motions in Limine | February 20, 2024 |

| Lodge Pretrial Conference Order; file agreed set of Jury Instructions and Verdict form, statement regarding Disputed Instructions and Verdict forms, and Oppositions to Motions in Limine | February 27, 2024 |
|---|---|
| Final Pretrial Conference and Hearing on Motions in Limine | March 11, 2024 at 11:00 a.m. |
| Jury Trial (Est. 4 Days) | March 26, 2024 at 8:30 a.m. |

**IT IS SO ORDERED.**

Dated:  June 21, 2023

_____
MICHAEL W. FITZGERALD
United States District Judge