Eric Bensamochan, Esq.   SBN 255482
THE BENSAMOCHAN LAW FIRM, INC.
9025 Wilshire Blvd. Suite 215
Beverly Hills, California 90211
Tel.  (818) 574-5740
Fax. (818) 961-0138
Email: eric@eblawfirm.us

Attorney for Plaintiff
Asim Khan

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASIM KHAN,<br><br>Plaintiff,<br><br>vs.<br><br>ZORT, INC., et. al.<br><br><br><br>Defendants. | Case No. 2:21-cv-08681-MFW-AGR<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

    Plaintiff ASIM KHAN (hereinafter "Khan") and Defendant ZORT, INC and ADAM IZA (hereinafter "Zort") by and through their respective counsel, hereby stipulate as follows:

    WHEREAS, Fed. R. Civ. P. 41(a)(1)(A) allows a plaintiff to "dismiss an action without a court order by filing…(ii) a stipulation of dismissal signed by all parties who have appeared."

    WHEREAS, Khan and Zort have executed a formal confidential settlement and release agreement that settles all claims and issues in this action and that the Confidential Settlement Agreement is governed by Rule 408 of the Federal Rules of Civil Procedure.

NOW, THEREFORE, Khan and Zort, by and through their respective counsel of record, agree and stipulate that Khan's Complaint is hereby dismissed with prejudice pursuant Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Khan and Zort shall each bear their own fees and costs.

It is so stipulated.

Dated: September 28, 2023     **THE BENSAMOCHAN LAW FIRM, INC.**

By: /s/Eric Bensamochan
Eric Bensamochan, Esq.
Counsel for Plaintiff
Asim Khan

Dated: September 28, 2023     **THE DARVISH FIRM, APC.**

By: /s/ Elan Darvish
Elan Darvish
Counsel for Defendant
Zort, Inc. and Adam Iza

### FILERS ATTESTATION

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i) regarding signatures, Eric Bensamochan hereby attests that concurrence in the filing of this document has been obtained from all signatories identified above.

Dated: September 28, 2023     **THE BENSAMOCHAN LAW FIRM, INC.**

By: /s/Eric Bensamochan
Eric Bensamochan, Esq.
Counsel for Plaintiff
Asim Khan