JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASIM KHAN,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ZORT, INC., and ADAM IZA,<br><br>　　　　　Defendants. | Case No. 2:21-cv-08681-MWF(AGRx)<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE** |

　　　Before the Court is the parties' Stipulation of Dismsisal with Prejudice, filed September 28, 2023. ("Stipulation" (Docket No. 102)). Having read and considered the Stipulation and good cause appearing therefore,

　　　IT IS HEREBY ORDERED that:

　　　1. The Stipulation is GRANTED;

　　　2. This case is DISMISSED WITH PREJUDICE.

　　　3 Each party shall bear their own fees and costs.

**IT IS SO ORDERED**.

Dated: September 29, 2023

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　MICHAEL W. FITZGERALD
　　　　　　　　　　　　　　　　　　　United States District Judge